Jack L. Earl, Jr.
CCA/FCC
P.O. Box 6200
Florence, AZ 85232

**RECEIVED**

MAY 30 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK EARL,<br><br>        Plaintiff,<br><br>v.<br><br>MIKE ADDINGTON,<br>CYNDI ADDINGTON,<br>MATTHEW ITKOWITZ,<br>JOHN/JANE DOE CONTRACT AIR CHARTER,<br>JANE DOE FLIGHT NURSE,<br>JOHN/JANE DOE U.S. MARSHAL,<br>FLORENCE CORRECTIONAL CENTER<br>JOHN/JANE DOE S.O.R.T. TEAM MEMBER,<br>FRANK LUNA,    TIMOTHY LYDEN,<br>DONALD BRANDON, LEITONI TUPOU,<br><br>        Defendants. | CASE NO. 3:06-cv-00126 TMB |

## DEMAND FOR JURY TRIAL

Plaintiff, Jack E. Earl, Jr., demands trial by jury on all triable issues.

Respectfully submitted this __16th__ day of __May__ 2006.

By: _____