Jack L. Earl, Jr.
**Name**
# 302235
**Prison Number**
Florence Correctional Center
**Mailing Address, Zip/Place of Confinement**
P.O. BOX 6200
Florence, Arizona      85232

RECEIVED

MAY 3 0 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

JACK L. EARL, JR.

Plaintiff,

vs.

MIKE ADDINGTON, et al.

Defendant(s).

**PRISONER'S DECLARATION AND APPLICATION TO PROCEED *IN FORMA PAUPERIS***

CASE NO. 3:06-cv-00126 TMB
(To be supplied by the Court)

I, Jack Lawrence Earl, Jr., declare that I am the (*check the appropriate box*)

☒ Plaintiff (filing 42 U.S.C. § 1983)
☐ Petitioner (writ of habeas corpus 28 U.S.C. §§ 2254 or 2241)
☐ Movant (filing 28 U.S.C. § 2255 motion)
☐ Other _____

in this case. I am unable to prepay the fees for this proceeding or give security because of my poverty, and I believe I am entitled to the relief I am requesting. I acknowledge and consent that a portion of any recovery, as directed by the Court, will be paid to the Clerk of Court for reimbursement of all fees incurred by me as a result of being granted leave to proceed *in forma pauperis*.

In support of this application, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?   ☒ Yes   ☐ No  **(If "No" DO NOT USE THIS FORM)**

    If "Yes" state the place of your incarceration: Florence Correctional Center a contract facility in Arizona

**IMPORTANT: Have the Department of Corrections fill out the Certification and Calculation portion of this application and attach a certified copy of your prison trust account statement showing transactions for the past six months.**

2.  Are you currently employed?   ☒ Yes   ☐ No

    If the answer is "Yes," state both your gross and net salary or wages per month, and give the name and address of your employer: I am employed as a Tutor and I get .60 per hour.

    **Gross:** $100.00 avg.     **Net:** $100.00

    **Employer:** Correction Corporation of America Inc., at the Florence Correctional Center in Florence, Arizona.

If the answer to No. 2 is "No," state the date of last employment and the amount of the gross and net salary and wages per month which you received.

Gross: _____   Net: _____

Employer: _____

Date of Last Employment: ____/____/____ (month/day/year)

3. In the past twelve months have you received any money from any of the following sources?

| | | | Yes | No |
|---|---|---|---|---|
| a. | Business, profession or other self-employment | | ☐ Yes | ☒ No |
| b. | Rent payments, interest, dividends or PFDs | | ☐ Yes | ☒ No |
| c. | Pensions, annuities or life insurance payments | | ☐ Yes | ☒ No |
| d. | Disability or worker's compensation payments | | ☐ Yes | ☒ No |
| e. | Gifts or inheritances | | ☐ Yes | ☒ No |
| f. | Any other sources | | ☒ Yes | ☐ No |

If the answer to any of the above is "Yes," describe each source and state the amount and when received and what you expect you will continue to receive. Attach additional sheets if necessary.
I received small amounts unexpectedly from friends, but do not expect to receive monies consistely from any of them.

4. Do you have any cash?   ☐ Yes   ☒ No
   State the total amount and location: _____

5. Do you have any checking account(s)?   ☐ Yes   ☒ No

   a. Name(s) and address(es) of bank(s): _____

   b. Present balance(s) in account(s): _____

6. Do you have any savings/IRA/money market/CDs' separate from checking accounts?
   ☐ Yes   ☒ No
   a. Name(s) and address(es) of bank(s): _____

   b. Present balance(s) in account(s): _____

7. Do you own an automobile or other motor vehicle?   ☐ Yes ☒ No
   a. Make: _____ Year: _____ Model: _____
   b. Is it financed?   ☐ Yes   ☐ No
   c. If so, what is the amount owed? _____

8. Do you own any real estate, stocks, bonds, securities, other financial instruments or other valuable property?  ☐ Yes  ☒ No

If "Yes" describe the property and state its value: _____

_____

9. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support: _____

N/A

_____

10. Do you have any other assets or personal property other than clothing? ☒ Yes ☐ No

If "Yes" list the asset(s) and state the value of each asset listed: 19" color TV 75.00, a set of Sony 600 headphones 90.00, a Smith Corona Typewriter 75.00, an XBoX game system and 7 games 250.00 approximately, a Kelso 8" Fan 25.00

_____

11. Have you placed any property, assets or money in the name or custody of anyone else in the last two years?  ☐ Yes  ☒ No

If the answer is "Yes," give the date, describe the property, assets or money, give the name of the person given custody of the item and the reason for the transfer: _____

_____

### DECLARATION UNDER PENALTY OF PERJURY

**I declare under penalty of perjury under the laws of the United States of America that the above information is true and correct.**

Executed on: 5/16/06
DATE

[signature]
SIGNATURE OF APPLICANT

## AUTHORIZATION

I, _Jack L. Earl, Jr._____, request and authorize the agency holding me in custody to prepare for the Clerk of the United States District Court for the District of Alaska, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action in accordance with 28 U.S.C. § 1915(b).

_5/16/2006_____     _[signature]_____
DATE                          SIGNATURE OF APPLICANT

_Jack L. Earl, Jr._____        # 302235_____
COMMITTED NAME OF APPLICANT                INMATE NO.
(Type or Print)

## CERTIFICATION AND CALCULATION
(To be completed by the Department of Corrections)

I certify that the applicant named herein has the (available) sum of $_____ on account to his/her credit at _____ (name of institution).

I further certify that during the past six months the applicant's average monthly **balance** was $_____.

I further certify that during the past six months the average monthly **deposits** to the applicant's account was $_____.

**Please attach certified copy of applicant's account statement showing transactions for past six months.**

_____        _____
DATE                   SIGNATURE OF AUTHORIZED OFFICER

_____
TITLE and NAME OF AGENCY