Jack L. Earl, Jr.
CCA/FCC
P.O. Box 6200
Florence, AZ 85232

RECEIVED

MAY 30 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

JACK EARL,  )
            )
    Plaintiff,  )
            )
v.          ) CASE NO. 3:06-cv-00126 TMB
MIKE ADDINGTON,  )
CYNDI ADDINGTON,  )
MATTHEW ITKOWITZ,  )
JOHN/JANE DOE CONTRACT AIR CHARTER,  )
JANE DOE FLIGHT NURSE,  )
JOHN/JANE DOE U.S. MARSHAL,  )
FLORENCE CORRECTIONAL CENTER  )
JOHN/JANE DOE S.O.R.T. TEAM MEMBER,  )
FRANK LUNA,    TIMOTHY LYDEN,  )
DONALD BRANDON, LEITONI TUPOU,  )
    Defendants.  )

**MOTION FOR ORDER APPOINTING COUNSEL**

Plaintiff, Jack E. Earl, Jr., who is currently appearing without counsel pro se, does hereby move the court for an order appointed counsel from the Pro Bono Program. Plaintiff believes that the required "extraordinary circumstances" exist for the appointment of counsel by the court due to the facts of the case and the nature of the constitutional violations claims and causes of action in the complaint. Plaintiff further asserts that, because of defendants' locations and their roles in the violations, the case may become complex and deserving of proper legal representation. Moreover, a genuine public interest is at issue and rulings in this case will effect those other persons that are disabled who find themselves incarcerated, as defendants individually and collectively violated the Americans with Disabilities Act.

1

Respectfully submitted this _16th_ day of _May_ 2006.

By: _____