Jack L. Earl, Jr.
CCA/FCC
P.O. BOX 6200
Florence, AZ    85232

**RECEIVED**
**JUL 10 2006**
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK L. EARL,<br><br>  Plaintiff,<br><br>vs.<br><br>MIKE ADDINGTON, et. al.,<br><br>  Defendants. | Case No. 3:06-cv-00126-TMB<br><br>**MOTION FOR EXTENSION OF TIME TO COMPLY WITH COURT ORDER REGARDING PRE-PAYMENT OF FEES** |

   Plaintiff Jack L. Earl, appearing without the benefits of counsel, pro se, does hereby move this Court for an additional 30 days in which to comply with it's order dated June 28th, 2006 regarding "pre-payment of fees."

   This motion is fully supported by attached memorandum and declaration of the Plaintiff.

   DATED this 5th day of July, 2006 at Florence Correctional Center in Florence, Arizona.

By: _____
Jack L. Earl, Jr.
Plaintiff, Pro Se