Jack L. Earl, Jr.
CCA/FCC
P.O. BOX 6200
Florence, AZ    85232

**RECEIVED**

**JUL 1 0 2006**

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

|  |  |
|---|---|
| JACK L. EARL,<br><br>      Plaintiff,<br><br>vs.<br><br>MIKE ADDINGTON, et. al.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>) Case No. 3:06-cv-00126-TMB<br>)<br>) **O R D E R**<br>)<br>) |

This Court Having considered the Plaintiff's motion, supporting memorandum and declaration, does hereby **GRANT** Plaintiff's Motion for Extension of Time to Comply' with this Court's previous order regarding "pre-payment of fees" dated June 28th, 2006.

IT IS FURTHER ORDERED that the Plaintiff now has until August 28th, 2006 to fully comply with the Court's order.

DATED this_____day of July, 2006 at the United States District Court for the District of Alaska at Anchorage.

                                                      The Honorable Timothy M. Burgess
                                                    United States District Judge