Jack L. Earl, Jr.
CCA/FCC
P.O. BOX 6200
Florence, AZ    85232

RECEIVED

JUL 1 0 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK L. EARL,<br><br>        Plaintiff,<br><br>vs.<br><br>MIKE ADDINGTON, et. al.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>) Case No. 3:06-cv-00126-TMB<br>)<br>) **MEMORANDUM SUPPORTING PLAINTIFF'S**<br>) **MOTION FOR EXTENSION OF TIME TO**<br>) **COMPLY WITH COURT ORDER REGARDING**<br>) **PRE-PAYMENT OF FEES** |

As this Court has surmised the Plaintiff is an Alaska state prisoner held under contract in Florence, Arizona, and is being currently housed at the Florence Correctional Center, in Florence, Arizona. The reasons set forth in this memorandum which support the necessity of the motion for extending the time in which the Plaintiff must comply fully with the Court's June 28th, 2006 order regarding "pre-payment of fees," are that the entire Alaska population is scheduled sometime in the next 5-10 days to be relocated in the newly constructed detention center located in Eloy, Arizona. At no fault of the Plaintiff he, as well as the entire Alaska population is uncertain when this will occur, for security reasons, but assuredly it will take place.

This Court can of course verify this by contacting the Alaska Department of Corrections and/or the Florence Correctional Center. Therefore the request for a 30 day extension of time,

-1-

making the date of compliance August 28th, 2006 is necessary and justified. In fact Plaintiff doesn't even have the new address.

RESPECTFULLY SUBMITTED this 5TH day of July, 2006 at Florence Correctional Center in Florence, Arizona.

By: _____
Jack L. Earl, Jr.
Plaintiff, Pro Se