Jack L. Earl, Jr.
CCA/FCC
P.O. BOX 6200
Florence, AZ    85232

RECEIVED
JUL 1 0 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK L. EARL, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 3:06-cv-00126-TMB |
| MIKE ADDINGTON, et. al., | ) **DECLARATION OF PLAINTIFF** |
| | ) **JACK L. EARL, JR.** |
| Defendants. | ) |

   I Jack L. Earl, Jr. the Plaintiff in the above captioned case, who can be further identified by his prison number which is #302235, does hereby **DECLARE** that the information expressed in the "memorandum" is true to my best personal knowledge and belief, and of which can be verified by contacting the Alaska Department of Corrections or the Florence Correctional Center wherein I am currently housed under contract.

   Furthermore, I make this **DECLARATION** under the penalty of perjury and of my own free will.

   DATED this 5th day of July, 2006 at Florence Correctional Center in Florence, Arizona.

By: _____
Jack L. Earl, Jr.
Plaintiff, Pro Se