Today's Date: 07/12/2006

# Inmate Account Summary Report
## Florence Correctional Center

Page 12 of 17

| Last Name | First Name | Middle Name | Affix | Booking# |
|---|---|---|---|---|
| EARL | JACK | | | 17148 |

| Trans Date/Time | Trans Type | Amount | Code | Check# | Deposit From/Withdrawal To | Curr Bal | CR Bal | Receipt # | Rev? |
|---|---|---|---|---|---|---|---|---|---|
| 11/17/2005 14:00 | Withdrawal | -63.24 | CRV | | COMMISSARY SUMMARY REVERSAL | 72.83 | 0.00 | 1401175 | |
| Authorizing Employee: WESMORE | | | | | Document Locator Number: | | | | |
| 11/17/2005 14:04 | Withdrawal | -11.45 | CO | | COMMISSARY SUMMARY POSTING | 61.38 | 0.00 | 1401568 | |
| Authorizing Employee: LYROSE | | | | | Document Locator Number: | | | | |
| 11/22/2005 10:48 | Deposit | 105.60 | JA | | Oct-Nov 2005 Pay | 166.98 | 0.00 | 1417725 | |
| Authorizing Employee: KCUNNI | | | | | Document Locator Number: | | | | |
| 11/28/2005 11:23 | Withdrawal | -45.60 | CO | | COMMISSARY SUMMARY POSTING | 121.38 | 0.00 | 1434051 | |
| Authorizing Employee: DPARMA | | | | | Document Locator Number: | | | | |
| 12/01/2005 11:51 | Withdrawal | -10.64 | CO | | COMMISSARY SUMMARY POSTING | 110.74 | 0.00 | 1446694 | |
| Authorizing Employee: MONT26 | | | | | Document Locator Number: | | | | |
| 12/02/2005 13:44 | Withdrawal | -39.97 | MA | 38927 | FIGIS | 70.77 | 0.00 | 1451786 | |
| Authorizing Employee: SGULLE | | | | | Document Locator Number: | | | | |
| 12/08/2005 10:10 | Withdrawal | -32.33 | MA | 39124 | EB GAMES | 38.44 | 0.00 | 1471721 | |
| Authorizing Employee: SGULLE | | | | | Document Locator Number: | | | | |
| 12/13/2005 12:22 | Withdrawal | -9.15 | CO | | COMMISSARY SUMMARY POSTING | 29.29 | 0.00 | 1490882 | |
| Authorizing Employee: DPARMA | | | | | Document Locator Number: | | | | |
| 12/14/2005 08:19 | Deposit | 50.00 | MO | | MAIL | 79.29 | 0.00 | 1486230 | 61646 |
| Authorizing Employee: JVIVAS | | | | | Document Locator Number: | | | | |
| 12/14/2005 12:16 | Deposit | 50.00 | MO | | MAIL | 129.29 | 0.00 | 1492167 | |
| Authorizing Employee: DWRIGH | | | | | Document Locator Number: | | | | |
| 12/15/2005 08:07 | Withdrawal | -16.00 | SO | | BLACK HX PIZZA SALE | 113.29 | 0.00 | 1491925 | |
| Authorizing Employee: TMOORE | | | | | Document Locator Number: | | | | |
| 12/20/2005 10:03 | Deposit | 105.60 | JA | | Nov-Dec Pay | 218.89 | 0.00 | 1510170 | |
| Authorizing Employee: KCUNNI | | | | | Document Locator Number: | | | | |
| 12/21/2005 07:58 | Withdrawal | -4.00 | AC | | AK COPAY DOS: 12/09/05 | 214.89 | 0.00 | 1523598 | |
| Authorizing Employee: SGULLE | | | | | Document Locator Number: | | | | |

RECEIVED JUL 2 2006 CLERK U.S. DISTRICT COURT ANCHORAGE, ALASKA

Today's Date: 07/12/2006

# Inmate Account Summary Report
## Florence Correctional Center

Page 13 of 17

| Last Name | First Name | Middle Name | Affix | Booking# |
|---|---|---|---|---|
| EARL | JACK | L | | 1748 |

| Trans Date/Time | Trans Type | Amount | Code | Check# | Deposit From/Withdrawal To | Curr Bal | CR Bal | Receipt # | Rev? |
|---|---|---|---|---|---|---|---|---|---|
| 12/22/2005 13:12 | Withdrawal | -32.33 | MA | 39737 | EB GAMES | 182.56 | 0.00 | 1530524 | |
| Authorizing Employee: SGULLE | | | | | | | | | |
| 12/26/2005 11:45 | Withdrawal | -70.55 | CO | | COMMISSARY SUMMARY POSTING | 112.01 | 0.00 | 1538890 | |
| Authorizing Employee: MONT26 | | | | | Document Locator Number: | | | COMMISSARY SUMMARY POSTING | |
| 01/05/2006 10:22 | Withdrawal | -10.00 | PT | | phone time | 102.01 | 0.00 | 1570864 | |
| Authorizing Employee: KBRADY | | | | | Document Locator Number: | | | | |
| 01/06/2006 12:24 | Withdrawal | -8.10 | PO | | POSTAGE | 93.91 | 0.00 | 1577353 | |
| Authorizing Employee: TGARCI | | | | | Document Locator Number: | | | | |
| 01/09/2006 14:10 | Withdrawal | -6.00 | OT | | AK Native Culture Fundraiser | 87.91 | 0.00 | 1561670 | |
| Authorizing Employee: CAGUIR | | | | | Document Locator Number: | | | | |
| 01/11/2006 07:22 | Withdrawal | -60.04 | CO | | COMMISSARY SUMMARY POSTING | 27.87 | 0.00 | 1594605 | |
| Authorizing Employee: LTROSE | | | | | Document Locator Number: | | | COMMISSARY SUMMARY POSTING | |
| 01/19/2006 10:37 | Withdrawal | -6.00 | PT | | | 21.87 | 0.00 | 1624499 | |
| Authorizing Employee: MCLEMO | | | | | Document Locator Number: | | | PHONE TIME | |
| 01/23/2006 12:59 | Withdrawal | -12.85 | CO | | COMMISSARY SUMMARY POSTING | 9.02 | 0.00 | 1637370 | |
| Authorizing Employee: DPARMA | | | | | Document Locator Number: | | | COMMISSARY SUMMARY POSTING | |
| 01/24/2006 09:28 | Deposit | 100.80 | JA | | OTHER Pay Dec-Jan Pay 2006 | 109.82 | 0.00 | 1656708 | |
| Authorizing Employee: KCUNNI | | | | | Document Locator Number: | | | | |
| 01/27/2006 13:46 | Withdrawal | -6.56 | PO | | POSTAGE | 103.26 | 0.00 | 1688114 | |
| Authorizing Employee: TGARCI | | | | | Document Locator Number: | | | | |
| 02/06/2006 16:21 | Withdrawal | -64.33 | CO | | COMMISSARY SUMMARY POSTING | 38.93 | 0.00 | 1688868 | |
| Authorizing Employee: DPARMA | | | | | Document Locator Number: | | | COMMISSARY SUMMARY POSTING | |
| 02/07/2006 12:11 | Withdrawal | -.20 | CE | | COPIES | 38.73 | 0.00 | 1693732 | |
| Authorizing Employee: TGARCI | | | | | Document Locator Number: | | | | |
| 02/10/2006 12:47 | Withdrawal | -24.00 | SO | | Toys for Tots | 14.73 | 0.00 | 1709977 | |
| Authorizing Employee: MVERDU | | | | | Document Locator Number: | | | | |

Today's Date: 07/12/2006

# Inmate Account Summary Report
## Florence Correctional Center

Page 14 of 17

| Last Name | First Name | Middle Name | Affix | Booking# |
|---|---|---|---|---|
| EARL | JACK | L | | 17148 |

| Trans Date/Time | Trans Type | Amount | Code | Check# | Deposit From/Withdrawal To | Curr Bal | CR Bal | Receipt # | Rev? |
|---|---|---|---|---|---|---|---|---|---|
| 02/22/2006 10:48 | Deposit | 110.40 | JA | | Jan-Feb Pay 2006 | 125.13 | 0.00 | 1743242 | |
| Authorizing Employee: KCUNNI | | | | | Document Locator Number: | | | | |
| 02/21/2006 07:06 | Deposit | 90.00 | MO | | DWRIGH | 215.13 | 0.00 | 1753218 | |
| Authorizing Employee: KCUNNI | | | | | Document Locator Number: | | | | |
| 03/01/2006 11:48 | Deposit | 100.00 | MO | MAIL | SAGUIR | 315.13 | 0.00 | 1777639 | |
| Authorizing Employee: DWRIGH | | | | | Document Locator Number: | | | | |
| 03/03/2006 09:41 | Withdrawal | -26.55 | MA | 41749 | JAME BROOKS | 288.58 | 0.00 | 1790427 | |
| Authorizing Employee: SAGUIR | | | | | Document Locator Number: | | | | |
| 03/06/2006 16:18 | Withdrawal | -71.73 | CO | | E B GAMES | 216.85 | 0.00 | 1802175 | |
| Authorizing Employee: TGARCI | | | | | Document Locator Number: COMMISSARY SUMMARY POSTING | | | | |
| 03/08/2006 17:04 | Withdrawal | 71.73 | CRV | | COMMISSARY SUMMARY REVERSAL | 288.58 | 0.00 | 1816433 | |
| Authorizing Employee: DPARMA | | | | | Document Locator Number: COMMISSARY SUMMARY REVERSAL | | | | |
| 03/09/2006 11:01 | Withdrawal | -66.91 | CO | | LTROSE | 221.67 | 0.00 | 1819158 | |
| Authorizing Employee: LTROSE | | | | | Document Locator Number: COMMISSARY SUMMARY POSTING | | | | |
| 03/09/2006 11:44 | Withdrawal | -10.00 | PT | | phone time | 211.67 | 0.00 | 1818180 | |
| Authorizing Employee: KBRADY | | | | | Document Locator Number: | | | | |
| 03/09/2006 13:12 | Withdrawal | -12.00 | SO | | Brita | 199.67 | 0.00 | 1819048 | |
| Authorizing Employee: MVERDU | | | | | Document Locator Number: | | | | |
| 03/09/2006 15:58 | Withdrawal | -8.10 | PO | | POSTAGE | 191.57 | 0.00 | 1821193 | |
| Authorizing Employee: TGARCI | | | | | Document Locator Number: | | | | |
| 03/16/2006 11:15 | Withdrawal | -10.00 | PT | | PHONE TIME | 181.57 | 0.00 | 1847014 | |
| Authorizing Employee: JMATLO | | | | | Document Locator Number: | | | | |
| 03/20/2006 11:28 | Withdrawal | -44.15 | CO | | COMMISSARY SUMMARY POSTING | 137.42 | 0.00 | 1858553 | |
| Authorizing Employee: MONT26 | | | | | Document Locator Number: COMMISSARY SUMMARY POSTING | | | | |
| 03/21/2006 12:19 | Deposit | 96.00 | JA | OTHER | Feb-Mar 2006 Pay | 233.42 | 0.00 | 1858047 | |
| Authorizing Employee: KCUNNI | | | | | Document Locator Number: | | | | |

Today's Date: 07/12/2006

# Inmate Account Summary Report
## Florence Correctional Center

Page 15 of 17

| Last Name | First Name | Middle Name | Affix | Booking# |
|---|---|---|---|---|
| EARL | JACK | L | | 17148 |

| Trans Date/Time | Trans Type | Amount | Code | Check# | Deposit From/Withdrawal To | Curr Bal | CR Bal | Receipt # | Rev? |
|---|---|---|---|---|---|---|---|---|---|
| 03/23/2006 08:16 | Withdrawal | -4.00 | AC | | AK MED. CO-PAY DOS: 2/9/06 | 229.42 | 0.00 | 1874051 | |
| Authorizing Employee: TGARCI | | | | | Document Locator Number: | | | | |
| 03/27/2006 12:00 | Withdrawal | -77.30 | MA | 42634 | UNION SUPPLY CO | 152.12 | 0.00 | 1887153 | |
| Authorizing Employee: TGARCI | | | | | Document Locator Number: | | | | |
| 03/30/2006 09:53 | Withdrawal | -10.00 | PT | | PHONE TIME | 142.12 | 0.00 | 1896622 | |
| Authorizing Employee: JMATLO | | | | | Document Locator Number: | | | | |
| 04/04/2006 09:43 | Withdrawal | -65.41 | CO | | COMMISSARY SUMMARY POSTING | 76.71 | 0.00 | 1917594 | |
| Authorizing Employee: MONT26 | | | | | Document Locator Number: COMMISSARY SUMMARY POSTING | | | | |
| 04/06/2006 08:13 | Deposit | 50.00 | MO | MAIL | WILL FRASIER 9050 WILAWA AVE AN | 126.71 | 0.00 | 1925695 | |
| Authorizing Employee: JVIVAS | | | | | Document Locator Number: | | | | |
| 04/11/2006 11:42 | Withdrawal | -.10 | CE | | COPIES DOS: 3/29/06 | 126.61 | 0.00 | 1948325 | |
| Authorizing Employee: SGULLE | | | | | Document Locator Number: | | | | |
| 04/11/2006 12:46 | Withdrawal | -15.00 | SO | | WA NATIVE/HOSTESS | 111.61 | 0.00 | 1933482 | |
| Authorizing Employee: MVERDU | | | | | Document Locator Number: | | | | |
| 04/13/2006 10:24 | Withdrawal | -10.00 | PT | | phone time | 101.61 | 0.00 | 1959217 | |
| Authorizing Employee: JMATLO | | | | | Document Locator Number: | | | | |
| 04/17/2006 10:34 | Withdrawal | -74.89 | CO | | COMMISSARY SUMMARY POSTING | 26.72 | 0.00 | 1971869 | |
| Authorizing Employee: DPARMA | | | | | Document Locator Number: COMMISSARY SUMMARY POSTING | | | | |
| 04/25/2006 12:53 | Deposit | 105.60 | JA | OTHER | March-April 2006 Pay | 132.32 | 0.00 | 1999362 | |
| Authorizing Employee: KCUNNI | | | | | Document Locator Number: | | | | |
| 04/26/2006 12:58 | Withdrawal | -4.00 | AC | | AK COPAY DOS: 4/14/06 | 128.32 | 0.00 | 2013322 | |
| Authorizing Employee: SGULLE | | | | | Document Locator Number: | | | | |
| 04/27/2006 10:29 | Withdrawal | -5.00 | PT | | PHONE TIME | 123.32 | 0.00 | 2016655 | |
| Authorizing Employee: KCUNNI | | | | | Document Locator Number: | | | | |
| 04/28/2006 08:33 | Deposit | 39.95 | MO | MAIL | UNION SUPPLY | 163.27 | 0.00 | 2018550 | |
| Authorizing Employee: DWRIGH | | | | | Document Locator Number: | | | | |

Today's Date: 07/12/2006

# Inmate Account Summary Report
## Florence Correctional Center

Page 16 of 17

| Last Name | First Name | Middle Name | Affix | Booking# |
|---|---|---|---|---|
| EARL | JACK | L | | 17148 |

| Trans Date/Time | Trans Type | Amount | Code | Check# | Deposit From/Withdrawal To | Curr Bal | CR Bal | Receipt # | Rev? |
|---|---|---|---|---|---|---|---|---|---|
| 05/02/2006 12:10 | Withdrawal | -88.37 | CO | | COMMISSARY SUMMARY POSTING | 74.90 | 0.00 | 2032229 | |
| Authorizing Employee: DPARMA | | | | | Document Locator Number: COMMISSARY SUMMARY POSTING | | | | |
| 05/04/2006 11:14 | Withdrawal | -5.00 | PT | | phone time | 69.90 | 0.00 | 2039147 | |
| Authorizing Employee: KBRADY | | | | | Document Locator Number: | | | | |
| 05/10/2006 10:22 | Deposit | 50.00 | MO | MAIL | WILL ROSZETT | 119.90 | 0.00 | 2062244 | |
| Authorizing Employee: DWRIGH | | | | | Document Locator Number: | | | | |
| 05/11/2006 10:14 | Withdrawal | -5.00 | PT | | phone time | 114.90 | 0.00 | 2073046 | |
| Authorizing Employee: KBRADY | | | | | Document Locator Number: | | | | |
| 05/11/2006 12:11 | Withdrawal | -24.00 | SO | | BLK HX PIZZA SALE | 90.90 | 0.00 | 2068800 | |
| Authorizing Employee: TMOORE | | | | | Document Locator Number: | | | | |
| 05/16/2006 11:41 | Withdrawal | -81.46 | CO | | COMMISSARY SUMMARY POSTING | 9.44 | 0.00 | 2092575 | |
| Authorizing Employee: MONT26 | | | | | Document Locator Number: COMMISSARY SUMMARY POSTING | | | | |
| 05/23/2006 10:49 | Deposit | 100.80 | JA | OTHER | Apr/May PAy 2006 | 110.24 | 0.00 | 2094518 | |
| Authorizing Employee: KCUNNI | | | | | Document Locator Number: | | | | |
| 05/24/2006 11:00 | Withdrawal | -15.51 | CO | | COMMISSARY SUMMARY POSTING | 94.73 | 0.00 | 2127378 | |
| Authorizing Employee: MONT26 | | | | | Document Locator Number: COMMISSARY SUMMARY POSTING | | | | |
| 05/25/2006 10:57 | Deposit | 50.00 | MO | MAIL | M. E. | 144.73 | 0.00 | 2129728 | |
| Authorizing Employee: DWRIGH | | | | | Document Locator Number: | | | | |
| 05/25/2006 13:46 | Withdrawal | -8.30 | PO | | POSTAGE | 136.43 | 0.00 | 2134043 | |
| Authorizing Employee: TGARCI | | | | | Document Locator Number: | | | | |
| 05/30/2006 08:51 | Withdrawal | -3.51 | PO | | POSTAGE | 132.92 | 0.00 | 2141948 | |
| Authorizing Employee: TGARCI | | | | | Document Locator Number: | | | | |
| 06/01/2006 07:30 | Withdrawal | -106.93 | CO | | COMMISSARY SUMMARY POSTING | 25.99 | 0.00 | 2151142 | |
| Authorizing Employee: LTROSE | | | | | Document Locator Number: COMMISSARY SUMMARY POSTING | | | | |
| 06/08/2006 14:14 | Withdrawal | -5.00 | PT | | PHONE TIME | 20.99 | 0.00 | 2168802 | |
| Authorizing Employee: JMATLO | | | | | Document Locator Number: | | | | |