UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

JACK LAWRENCE EARL  v.  MIKE ADDINGTON, et al.

THE HONORABLE TIMOTHY M. BURGESS

DEPUTY CLERK                                                              CASE NO. 3:06-cv-00126-TMB

Patty Demeter

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**           DATE: July 31, 2006

EXTENSION OF TIME

Jack Lawrence Earl, representing himself, for good cause shown, has moved this Court for a 30-day extension of time in which to file his amended application to waive prepayment of the filing fee.[1]

Mr. Earl's motion for extension of time will, therefore, be granted, and Mr. Earl may file his amended application to waive prepayment of fees, as provided in the Court's June 29, 2006, Order Regarding Pre-Payment of Fees, on or before **August 28, 2006.**

IT IS SO ORDERED.

---

[1] See Docket Nos. 16, 17.

[$File[1].wpd]{IA.WPD*Rev.12/96}