Jack L. Earl, Jr. // Pro Se
Red Rock Correctional Center / CCA
1750 E. Arica Road
Eloy, AZ                              85231

RECEIVED

IN THE UNITED STATES DISTRICT COURT    AUG 2 4 2006

FOR THE DISTRICT OF ALASKA CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| | |
|---|---|
| JACK L. EARL, JR., | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 3:06-cv-00126-TMB |
| MIKE ADDINGTON, et al., | ) |
| Defendants. | ) |

## JUDICIAL NOTICE

COMES NOW plaintiff, Jack L. Earl, Jr.   (herein after "Earl") appearing without the benefit of counsel, pro se, does hereby give this Court "judicial notice" of his change of address, as a result of a en masse Alaska inmate population move from the Florence Correctional Center, in Florence, Arizona, to the new address below:

RED ROCK CORRECTIONAL CENTER / CCA
1750 E. Arica Road
Eloy, AZ   85231
(520) 464-3800

This judicial notice is given in good faith and in as timely a manner as the circumstances will allow, this 17th day of August, 2006.

By: _____
Jack L. Earl, Jr.
Plaintiff // Pro Se