/7/-/7/-/7-/7/7-/7/-/7/-/

**Name** Jack L. Earl, Jr.

**Prison Number** # 302235

**Mailing Address, Zip Code, Place of Confinement**
Red Rock Correctional Center
1752 East Arica Road
Eloy, AZ   85232

RECEIVED
SEP 0 5 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

JACK L. EARL,

Plaintiff,

vs.

MIKE ADDINGTON, et al.,

Defendant(s).

Case No. 3:06cv-00126-TMB

**RESPONSE TO ORDER TO SHOW CAUSE**

I, Jack Lawrence Earl, Jr., proceeding without counsel, respond to the Court's Order to Show Cause as follows: Irregardless of what Defendant Itkowitz told the FCC S.O.R.T. Team members occurred during the flight (allegedly) they acted on their own when they denied me access to colostomy supplies and a bathroom, full well knowing and in this case actually seeing that the pouch was full, to do proper self-care for well over 5 hours time, even when I complained of the pain associated with such an extremely full pouch. Their conducts in

PS 07A
F:\PUBLIC\DOCS\FORMS\Pro_Se\PS07A Response to Order to Show Cause Prisoner.wpd

both in their physical abuse and self-care denial was wanton, and does fall squarely within the cruel and unusual punishment analysis when viewing the totality of the circumstances. I believe Defendant Frank Luna acted because of what he was told, eventhough I had sent him a prior written correspondence of my disability and needs he may have only been told part of what occurred, when deying my due process.

I have attached true and correct copies of the following documents to this response:

A Septemeber 1, 2003 letter sent to FCC Warden FrankLuna regarding my pending transfer to his facility and my A.D.A. Accommodations & special needs.

I, Jack L. Earl, Jr. , declare under penalty of perjury, that I have reviewed the above response, and that the information contained in this response is true and correct.

DATED *August 30, 2006*, at *Red Rock/ AZ*.
(Location)

_____
Signature

I hereby certify that a copy of the above response was mailed, postage prepaid, to the United States District Court for the District of Alaska, at 222 W. 7th Avenue, # 4, Anchorage, Alaska 99513, on *8/30/06* .
(Date of mailing, or handing to correctional officer)

_____
Signature

PS 07A
F:\PUBLIC\DOCS\FORMS\Pro_Se\PS07A Response to Order to Show Cause Prisoner.wpd    2                              RESPONSE