RECEIVED
SEP 0 5 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

ADDENDUM TO RESPONSE TO ORDER TO SHOW CAUSE

In addition to the John and/or Jane Doe S.O.R.T. team members above I believe that the U.S. Marshal whom was stationed at the restroom of the airplane when I used it (listed as John Doe U.S. Marshal) when he was asked about my colostomy supplies, to at least release one hand from the cuffs, and alternatively contact the "Flight Nurse" to assist me, given the denial of one unrestrained hand for self-care purposes being given notice of my needs did verbally abuse me and failed to contact assistance for me, denying me the benefits of at least the "Flight Nurse's" assistance purposely, which would have resulted in no accidents during attempted self-care.

By: _____
Jack L. Earl
Plaintiff Pro Se    8/30/06