IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK L. EARL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 3:06-CV-00126-TMB |
| ) | |
| MIKE ADDINGTON, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**PROPOSED**
ORDER GRANTING MOTION TO DISMISS

Having reviewed the State of Alaska's motion to dismiss plaintiff Earl's claims against defendants Mike Addington and Cyndi Addington for failure to file the claims within the two-year statute of limitations, it is hereby ordered that the State's motion is granted and the claims against defendants Mike Addington and Cyndi Addington are dismissed.

Dated this ___ day of _____, 2006.

_____
Hon. Timothy M. Burgess
District Court Judge