Jack L. Earl, Jr. / Pro Se
#302235
Red Rock Correctional Center
1752 East Arcia Road
Eloy, AZ                85231

RECEIVED

SEP 0 8 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK L. EARL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 3:06-cv-00126-TMB |
| ) | |
| MIKE ADDINGTON, et al., ) | **MOTION FOR CONSIDERATION OF COURT** |
| ) | **ORDER GRANTING CLERK MADE COPIES** |
| Defendants. ) | **FOR IN FORMA PAUPERIS PLAINTIFF** |
| ) | |

The plaintiff, Jack L. Earl, without the benefit of counsel, pro se, having been granted in forma pauperis status by this Court, does hereby move this Court, if applicable, for an order allowing the Plaintiff the benefit of copies of the pleadings for the defendants to be made by the court clerk in this case.

RESPECTFULLY SUBMITTED this 4th day of September, 2006 from the Red Rock Correctional Center, in Eloy, Arizona.

By: _____
    Jack L. Earl, Jr. / Pro Se