Jack L. Earl, Jr. / Pro Se
#302235
Red Rock Correctional Center
1752 East Arica Road
Eloy, AZ          85231

RECEIVED
SEP 18 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK L. EARL,<br><br>        Plaintiff,<br><br>vs.<br><br>MIKE ADDINGTON, et al.,<br><br>        Defendants. | Case No. 3:06-cv-00126-TMB<br>**MOTION FOR COURT ORDER COMPELLING "RESPONSE FROM THE EMPLOYER" OF REQUESTED S.O.R.T. TEAM MEMBERS NAMED AS JOHN/JANE DOE DEFENDANTS** |

Plaintiff Jack L. Earl, appearing without the benefit of counsel, pro se, and having received the Court's <u>Order Directing Service and Response</u> dated August 16, 2006, on or about August 18th, 2006, did attempt, informally, to gain the names of the John/Jane Doe S.O.R.T. Team members named in the original complaint from their employer and direct supervisor (WARDEN) Frank Luna. Plaintiff attaches an exact copy of that correspondence, and since no response was received to date, Plaintiff hereby moves this Court for an Order compelling a response, as to the names of all relevant S.O.R.T. Team members present on December 14, 2003, on the tarmac, when the Alaska prisoner transport arrived at the airport.

In addition the Plaintiff would advise that Mr. Frank Luna (WARDEN) can be reached at the following addresses and/or telephone numbers:   Florence Corr. Center         Red Rock Corr. Center
          1100 Bowling Road             1750 E. Arica Road
          Florence, AZ    85232         Eloy, AZ        85231
          (520) 868-9590                (520) 464-3800

-1-

DATED this 13th day of September, 2006 from Red Rock Correctional Center in Eloy, Arizona.

By: _____
Jack L. Earl, Jr.    /#302235
Plaintiff / Pro Se

-2-