August 30, 2006

RECEIVED
SEP 1 8 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Mr. Frank Luna
Warden, Red Rock Correctional Center
1750 East Arica Road
Eloy, AZ                              85231


   In re: Informal attempts to gain John and/or Jane Doe S.O.R.T. team members names of those present at the December 14, 2003 prisoner transport


Mr. Luna,


The Federal District Court of Alaska, in case 3:06-cv-00126-TMB have ordered that I informally request information regarding the names of the S.O.R.T. team members I named as "John and/or Jane Doe" in the above complaint, that were present at the airport we arrived at from Anchorage, Alaska December 14, 2003 during a Alaska prisoner transport to Florence Correctional Center.

I alleged that because of what U.S. Marshal Matthew Itkowitz told your S.O.R.T. team members they took it upon themselves to mistreat, and deny me appropriate accommodations for my disability.

I originally named you also as a defendant because of the immediate administrative segregation without proper due process, however in retrospect, and having learned that you are a reasonable and fair man, it is my belief that you were not told the truth and you acted accordingly, but not wantonly, therefore I have dismissed you as a defendant, and will not attempt to revive the defendant status, which the court agrees. Afterall you would not purposely hurt anyone, as I've come to believe.

This request is informal and merely to put names to those responsible for the violations I claim, and will have no negative effect on you personally.

So to reiterate please give me the names of those S.O.R.T. team members present that day, their commanding officer(s) and those whom directly interacted with me upon deplanning at the airport, to van, to segregation.

                                              Respectfully,

cc: File                              _____
    U.S. Dist. Court Alaska           Jack L. Earl, Jr. / #302235
                                      Red Rock Correctional Center
                                      1752 East Arica Road
                                      Eloy, AZ                  85231