Jack L. Earl, Jr. / Pro Se
Red Rock Correctional Center
1752 East Arica Road
Eloy, AZ                    85231

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

RECEIVED

SEP 2 2 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

JACK L. EARL,           )
                        )
           Plaintiff,   )
                        )
vs.                     ) Case No. 3:06-cv-00126-TMB
                        ) MOTION FOR COURT ORDER COMPLLING
MIKE ADDINGTON, et al., ) "RESPONSE FROM THE EMPLOYER" OF
                        ) REQUESTED U.S.M.S. AIR TRANSPORT
           Defendants.  ) MARSHAL NAMED AS JOHN DOE DEFENDANT
                        )
_____)

Plaintiff Jack L. Earl, appearing without the benefit of counsel, pro se, and having received the Court's <u>Order Directing Service and Response</u> dated August 16, 2006, on or about August 18, 2006, did attempt, informally, to gain the name of the John Doe U.S. Marshal named in the original complaint from their employer. Plaintiff attaches an exact copy of that correspondence. Having waited for a response until the last moment, and receiving no reponse to the letter sent September 3, 2006, Plaintiff hereby moves this Court for an Orde compelling response as to the John Doe U.S. Marshal stationed, during the flight, at the left-side (rear) restroom.

DATED this 15th day of September, 2006 from Red Rock Correctional Center in Eloy, Arizona.

By: _____
Jack L. Earl, Jr. /#302235
Plaintiff/ Pro se