September 3, 2006

United States Marshal Prisoner Transport Services
5919 South Sossman Road
Building 75
Mesa, AZ                                              85217

In re: Alaska Prisoner Transport dated 12/14/03

Dear USMS

My name is Jack Earl, and I am one of the prisoners transported from Anchorage, Alaska to Arizona, on December 14, 2003. I am also the prisoner that has a disability which the U.S.M.S transport personnel was apparently unwilling to properly accommodate, eventhough it was alleged they were aware of my disability.

I have filed a lawsuit under the Americans with Disabilities Act, for violations perpetrated by some of the U.S.M.S. transport personnel.

I learned that Matthew Itkowitz was the U.S.M.S. transport supervisor, however other members of the "crew" under his direction I did not get to learn, and the Marshal that had a "New York" accent, and was stationed at the left-side bathroom, I named a John Doe defendant.

I was ordered by the U.S. Federal District Court in Anchorage to attempt to get his name informally, before an order was to be issued.

Therefore this is my informal attempt to gain that Marshal's proper name so I can name him for summons in this matter.

Please send me his name as soon as possible, since I only have until 9/18/06 in which to either send that name in for summons purposes, or move the court to compel it from your agency.

Thank you.

Respectfully,

Jack L. Earl, Jr,
Alaska Prisoner #302235
Red Rock Correctional Center
1752 East Arica Road
Eloy, AZ                                              85231