Jack L. Earl, Jr. / Pro Se
#302235
Red Rock Correctional Center
1752 East Arica Road
Eloy, AZ                    85231

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

**RECEIVED**
SEP 2 5 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

JACK L. EARL, )
 )
         Plaintiff, )
 )
vs. ) Case No. 3:06-cv-00126-TMB
 ) **MOTION FOR CLERK OF COURT TO SEND**
 ) **DEFENDANTS' MOTION TO DISMISS SO**
MIKE ADDINGTON, et al., ) **PLAINTIFF CAN PROPERLY OPPOSE AND**
 ) **FOR EXTENSION OF TIME TO OPPOSE**
         Defendants. ) **DUE TO NO SERVICE OF THE MOTION**
 )
_____)

Plaintiff Jack L. Earl, Jr. appearing without the benefit of counsel, pro se, does hereby move this Court to order the Clerk of Court to send copy of the Defendants' Motion To Dismiss which was never received by Plaintiff.

In addition Plaintiff further moves for an extension of time to oppose the aforementioned "motion" which was not properly served, with said extension made necessary at no fault of the Plaintiff's. The Court will need to reschedule a date the Plaintiff's opposition is due, once proper service and reciept of said "motion" is initiated.

This "motion" is supported by attached **Declaration** of Plaintiff with three (3) docketing exhibits previously received which will explain this matter.

DATED this 20th day of September, 2006 at Red Rock Correctional Center, Eloy, Arizona.        By: _____
                                                    Jack L. Earl, Jr. /#302235
                                                    Plaintiff / Pro Se

Jack L. Earl, Jr. / Pro Se
Red Rock Correctional Center
1752 East Arica Road
Eloy, AZ          85231

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK L. EARL, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 3:06-cv-00126-TMB |
| MIKE ADDINGTON, et al., | ) **PROOF OF SERVICE** ) ) |
| Defendants. | ) ) ) |

Plaintiff Jack L. Earl, Jr. appearing without the benefit of counsel, pro se, does hereby certify that true and correct copies of the foregoing documents and their exhibits were mailed via First Class U.S. Mail Service, this 20th day of September, 2006 from Red Rock Correctional Center, in Eloy, Arizona to:

Mr. John Bodick
Assistant Attorney General
Criminal Division
310 K Street, Suite 507
Anchorage, Alaska 99501-2064

By: _____
Jack L. Earl, Jr./ #302235
Plaintiff / Pro Se