**Other Orders/Judgments**
3:06-cv-00126-TMB Earl v. Addington et al

RECEIVED
SEP 2 5 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

## U.S. District Court

## District of Alaska

Notice of Electronic Filing

The following transaction was received from EKS, COURT STAFF entered on 9/7/2006 at 2:43 PM ADT and filed on 9/7/2006
**Case Name:** Earl v. Addington et al
**Case Number:** 3:06-cv-126
**Filer:**
**Document Number:** 25

**Docket Text:**
ORDER On or before September 18, 2006, Mr. Earl may move to have the names of employer agencies or entitites of his John and Jane Doe defendants substituted in this action, and request summonses be issued. Mr. Earl may amend his complaint to allege specific facts that show Frank Luna's involvement in violation his rights. The Clerk of Court will send Mr. Earl a motion form, PS 15, with a copy of this order. (EKS, COURT STAFF)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105331613 [Date=9/7/2006] [FileNumber=121975-0]

[cdbea4ae0465a2eff62b403673cc6617622255bc5a17783bf8eaf9cad7f085e6958e9
f46f754cae0095724877fd4473b4034e4362c4e8a98ac9d0c6da6a7cb4e]]

**3:06-cv-126 Notice will be electronically mailed to:**

**3:06-cv-126 Notice will be delivered by other means to:**

Jack Lawrence Earl, JR
302235
RED ROCK CORRECTIONAL CENTER / CCA
1750 E. Arica Road
Eloy, AZ 85231



https://ecf.akd.circ9.dcn/cgi-bin/Dispatch.pl?768839476140955   9/7/2006