**Other Documents**

3:06-cv-00126-TMB Earl v. Addington et al

**RECEIVED**

SEP 2 5 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

**U.S. District Court**

**District of Alaska**

Notice of Electronic Filing

The following transaction was received from EKS, COURT STAFF entered on 9/11/2006 at 1:11 PM ADT and filed on 9/11/2006
**Case Name:**   Earl v. Addington et al
**Case Number:**   3:06-cv-126
**Filer:**
**Document Number:**

**Docket Text:**
Docket Annotation ERROR re: Motion to Dismiss [26]; incorrect document attached. Motion terminated; Attorney Bodick advised to refile Motion to Dismiss with proposed order. (EKS, COURT STAFF)

The following document(s) are associated with this transaction:

**3:06-cv-126 Notice will be electronically mailed to:**

John K. Bodick    john_bodick@law.state.ak.us, sherry_gowan@law.state.ak.us

**3:06-cv-126 Notice will be delivered by other means to:**

Jack Lawrence Earl, JR
302235
RED ROCK CORRECTIONAL CENTER / CCA
1750 E. Arica Road
Eloy, AZ 85231



Ex. B