**Other Documents**

3:06-cv-00126-TMB Earl v. Addington et al

RECEIVED
SEP 2 5 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

## U.S. District Court

### District of Alaska

Notice of Electronic Filing

The following transaction was received from PRR, COURT STAFF entered on 9/11/2006 at 4:37 PM ADT and filed on 9/11/2006
**Case Name:** Earl v. Addington et al
**Case Number:** 3:06-cv-126
**Filer:**
**Document Number:**

**Docket Text:**
Docket Annotation: Error: Attachments to Dkt #28 were not described; Correction: The attachment description has been entered; no further action needed. (PRR, COURT STAFF)

The following document(s) are associated with this transaction:

**3:06-cv-126 Notice will be electronically mailed to:**

John K. Bodick   john_bodick@law.state.ak.us, sherry_gowan@law.state.ak.us

**3:06-cv-126 Notice will be delivered by other means to:**

Jack Lawrence Earl, JR
302235
RED ROCK CORRECTIONAL CENTER / CCA
1750 E. Arica Road
Eloy, AZ 85231



Ex. C

https://156.128.41.21/cgi-bin/Dispatch.pl?915380495683862   9/11/2006