John K. Bodick
Assistant Attorney General
310 K Street, Suite 403
Anchorage, Alaska 99501
Telephone: (907)269-6379
Attorney for State of Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| JACK L. EARL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 3:06-CV-00126-TMB |
| | ) | |
| MIKE ADDINGTON, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### NOTICE OF RE-SERVICE OF MOTION TO DISMISS

COMES NOW the State of Alaska, by and through Assistant Attorney General for the State of Alaska, John K. Bodick, and hereby gives notice of the re-service of the motion to dismiss dated September 7, 2006. This notice is in response to Earl's pleading in which he claims he did not receive service of this motion. The undersigned's records indicate such service was completed but the motion and attachments will again be served

to secure the expeditious resolution of the motion,

                          Dated this 28 day of September, 2006.

                          DAVID W. MÁRQUEZ
                          ATTORNEY GENERAL

                          By: s/ John K. Bodick
                          Assistant Attorney General
                          State of Alaska, Department of Law
                          Criminal Division Central Office
                          310 K Street, Suite 403
                          Anchorage, AK  99501
                          Telephone:  269-6379
                          Facsimile:   269-6305
                          Email:  John_Bodick@law.state.ak.us
                          AK Bar No. 8411098

## Certificate of Service

I certify that on September 28, 2006, a copy of the foregoing Motion to Dismiss, all attachments thereto, and the Proposed Order were served on
Jack Earl, inmate
#302235
Red Rock Correctional Center
1752 East Arica Road
Eloy, AZ., 85231

                    s/ John K. Bodick