IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK L. EARL,<br><br>    Plaintiff,<br><br>vs.<br><br>MIKE ADDINGTON, et al.,<br><br>    Defendants. | Case No. 3:06-cv-00126-TMB<br><br><br><br>ORDER REGARDING COUNSEL |

Jack L. Earl, a self-represented prisoner proceeding without payment of fees, has filed a civil rights complaint, and an application for appointment of counsel.[1] The Court concluded that Mr. Earl is an indigent litigant who has arguably alleged a meritorious cause of action in which counsel would be helpful, and referred the matter to Alaska Pro Bono Program, Inc.[2]

The Court warned, however, that there is no constitutional right to counsel at public expense in civil cases.[3] The Court may not compel an attorney to assist an

---

[1] *See* Docket Nos. 1, 14.

[2] *See* Docket No. 21.

[3] *See id.* at 4, n. 13.

indigent litigant without pay, but may only <u>request</u> that a private attorney represent an indigent civil litigant.[4]  There are no guarantees.  The Court has now received notice that the Pro Bono Program is unable to secure a voluntary lawyer to represent in this action.  This Court has no other source of volunteer attorneys.  Mr. Earl must, therefore, either find an attorney willing to represent him, or represent himself in this action.

**IT IS HEREBY ORDERED:**

Mr. Earl shall represent himself in this action, or secure counsel on his own.

DATED this 10th day of October, 2006, at Anchorage, Alaska.

/s/TIMOTHY M. BURGESS
United States District Judge

---

[4] *See Mallard v. United States District Court*, 490 U.S. 296, 300-308 (1989).