# U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

**RECEIVED**
OCT 13 2006
CLERK, U.S.M.B.
ANCHORAGE, ALASKA
U.S. DISTRICT COURT

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| JACK L. EARL | 3:06-cv-00126 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| MIKE ADDINGTON | Service of Summons & CV Complaint |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Mike Addington ; Alaska Dept. of Corrections; Diplomacy Building

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

4500 Diplomacy Drive, Suite 109; Anchorage, AK  99508

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Jack L. Earl, Jr. /#302235
Red Rock Correctional Center
1752 E. Arica Road
Eloy, AZ  85231

| | |
|---|---|
| Number of process to be served with this Form - 285 | 3 |
| Number of parties to be served in this case | X3 |
| Check for service on U.S.A. | NO |

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE** *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

Defendant Mike Addington works for the AK D.O.C. in some capacity, since being removed from the Director of Institutions position at the address above.

Signature of Attorney or other Originator requesting service on behalf of:  [X] PLAINTIFF  [ ] DEFENDANT

*/s/ Jack Earl, Jr.*

TELEPHONE NUMBER: Message number (520) 464-3800

DATE: 9/4/06

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | 6 | 6 | *[signature]* | 9/12/06 |

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

Name and title of individual served (if not shown above)

[ ] A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above): Mailed

Date of Service: 

Time: am / pm

Signature of U.S. Marshal or Deputy: *RJS*

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 8 | 5.60 | | 1360 | | $1360 |

**REMARKS:** sent out certified - RR

---

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

# United States District Court

DISTRICT OF ALASKA

JACK EARL,

Plaintiff,

V.

MIKE ADDINGTON, CYNDI ADDINGTON, MATTHEW ITKOWITZ,
JOHN/JANE DOE CONTRACT AIR CHARTER,
JOHN/JANE DOE FLIGHT NURSE,
JOHN/JANE DOE UNITED STATES MARSHAL,
FLORENCE CORRECTIONAL CENTER JOHN/JANE DOE S.O.R.T. TEAM MEMBER,
FRANK LUNA, TIMOTHY LYDEN, DONALD BRANDON, LEITONI TUPOU,

Defendants.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 3:06-CV-00126 TMB

TO: (Name and address of defendant)

Mr. Mike Addington
Alaska Department of Corrections
4500 Diplomacy Drive, Suite 109
Anchorage, AK         99508
Diplomacy Building

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mr. Jack L. Earl, Jr.
~~Florence Correctional Center~~
~~P.O. BOX 6200~~
~~Florence, AZ         85232~~

NEW address: Red Rock Correctional Center
1822 E. Arica Rd.
Eloy, AZ  85231

an answer to the complaint which is herewith served upon you, within ___30___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_Ida Romack_                                         Aug. 18, 2006
CLERK                                                DATE

**SIGNATURE REDACTED**

(BY) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                Date                              Signature of Server

                                                  _____
                                                  Address of Server

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



