| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

RECEIVED
OCT 13 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| PLAINTIFF<br>JACK L. EARL | COURT CASE NUMBER<br>#3:06-cv-00126-TMB |
|---|---|
| DEFENDANT<br>CYNDI ADDINGTON | TYPE OF PROCESS  Service of Summons<br>CV Complaint |

**SERVE** ▶ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Cyndi Addington; Anchorage Police Dept., 4501 S. Bragaw Street;

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Anchorage, AK    99507

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Jack L. Earl, Jr. /#302235
Red Rock Correctional Center
1752 E. Arica Road
Eloy, AZ    85231

| Number of process to be served with this Form - 285 | 3 |
|---|---|
| Number of parties to be served in this case | X3 |
| Check for service on U.S.A. | NØ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Cyndi Addington once worked for the AK. D.O.C. as Prisoner Transport Officer, her husband is Mike Addington, also a defendant but has since quit to work for the A.P.D. at the address above.

Signature of Attorney or other Originator requesting service on behalf of:    ☒ PLAINTIFF    ☐ DEFENDANT

TELEPHONE NUMBER: Message number (520) 464-3800    DATE: 9/4/06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 6 | District to Serve<br>No. 6 | Signature of Authorized USMS Deputy or Clerk | Date<br>9/12/06 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 9/22/06    Time: ___ am/pm

Signature of U.S. Marshal or Deputy

| Service Fee<br>8 | Total Mileage Charges (including endeavors)<br>5.60 | Forwarding Fee | Total Charges<br>13 60 | Advance Deposits | Amount owed to U.S. Marshal or<br>$13 60 | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:   sent out certified - RR

PRIOR EDITIONS MAY BE USED    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF ALASKA

JACK EARL,

          Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 3-06-CV-00126 TMB

MIKE ADDINGTON, CYNDI ADDINGTON, MATTHEW ITKOWITZ,
JOHN/JANE DOE CONTRACT AIR CHARTER,
JOHN/JANE DOE FLIGHT NURSE,
JOHN/JANE DOE UNITED STATES MARSHAL,
FLORENCE CORRECTIONAL CENTER JOHN/JANE DOE S.O.R.T. TEAM MEMBER,
FRANK LUNA, TIMOTHY LYDEN, DONALD BRANDON, LEITONI TUPOU,
          Defendants.

TO: (Name and address of defendant)

    Mrs. Cyndi Addington
    Anchorage Police Department
    4501 South Bragaw Street
    Anchorage, AK    99507

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Mr. Jack L. Earl, Jr.
    ~~Florence Correctional Center~~
    ~~P.O. BOX 6200~~
    ~~Florence, AZ   85232~~

NEW address: Red Rock Correctional Center
1792 E. Arrica ~~Eloy, AZ~~  85231

an answer to the complaint which is herewith served upon you, within __30__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_Ida Bomack_
**CLERK**

_Aug. 18, 2006_
**DATE**

**SIGNATURE REDACTED**

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a ●●● ·tion

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                        Date                                  Signature of Server

                                         _____
                                         Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.60 |

Postmark Here: SEP 14 2006

7003 3110 0005 2101 0369

Sent To:
Mrs. Cyndi Addington
Anchorage Police Department
4501 S. Bragaw Street
Anchorage, AK 99507

PS Form 3800,

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mrs. Cyndi Addington
Anchorage Police Department
4501 S. Bragaw Street
Anchorage, AK 99507

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X D. Campos
☐ Agent
☐ Addressee

B. Received by (Printed Name): Daniel Campos
C. Date of Delivery: 9-20-06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

SEP 22 — MARSHAL RECEIVED SERVICE

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)    7003 3110 0005 2101 0369

PS Form 3811, August 2001    Domestic Return Receipt    102595-01-M-2509