John K. Bodick
Assistant Attorney General
310 K Street, Suite 403
Anchorage, Alaska 99501
Telephone: (907)269-6379
Attorney for defendant Cyndi Addington

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK L. EARL,              )<br>                            )<br>    Plaintiff,            )<br>                            )<br>    vs.                     )<br>                            )<br>MIKE ADDINGTON, et al.,     )<br>                            )<br>    Defendants.             )<br>_____) | Case No. 3:06-CV-00126-TMB<br><br>ENTRY OF APPEARANCE |

COMES NOW Assistant Attorney General for the State of Alaska, John K. Bodick, and hereby enters his appearance on behalf of Cyndi Addington. All further pleadings and communications regarding this case should be served on:

>John K. Bodick
>Assistant Attorney General
>Criminal Division Central Office
>310 K Street, Suite 403
>Anchorage, AK  99501-5993

Entry of Appearance for Cyndi Addington
*Earl v. Addington, et al.*, 3:06-cv-00126-TMB
Page 1 of 2

Dated this 16 day of October, 2006.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By: s/ John K. Bodick
Assistant Attorney General
State of Alaska, Department of Law
Criminal Division Central Office
310 K Street, Suite 403
Anchorage, AK  99501
Telephone:  269-6379
Facsimile:   269-6305
Email:  John_Bodick@law.state.ak.us
AK Bar No. 8411098

## Certificate of Service

I certify that on October 16, 2006, a copy of the foregoing Motion to Dismiss, all attachments thereto, and the Proposed Order were served on
Jack Earl, inmate
#302235
Red Rock Correctional Center
1752 East Arica Road
 Eloy, AZ., 85231

        s/ John K. Bodick

Entry of Appearance for Cyndi Addington
*Earl v. Addington, et al.*, 3:06-cv-00126-TMB
Page 2 of 2