IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK L. EARL,          ) | |
| ) | |
| Plaintiff,  ) | |
| ) | |
| vs.                          ) | Case No. 3:06-CV-00126-TMB |
| ) | |
| MIKE ADDINGTON, et al.,   ) | |
| ) | |
| Defendants.  ) | |

## **PROPOSED**
ORDER GRANTING MOTION TO DISMISS

Having reviewed defendant Cyndi Addington's motion to dismiss plaintiff Earl's claims against her for failure to file the claims within the two-year statute of limitations, it is hereby ordered that the motion is granted and the claims against defendant Cyndi Addington are dismissed.

Dated this ___ day of _____, 2006.

_____
Hon. Timothy M. Burgess
District Court Judge