Jack L. Earl, Jr. / Pro Se
# 302235
Red Rock Correctional Center
1752 East Arica Road
Eloy, AZ                85231



RECEIVED
OCT 1 6 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK L. EARL, <br><br> Plaintiff, <br><br> vs. <br><br> MIKE ADDINGTON, et al., <br><br> Defendants. | Case No. 3:06-cv-00126-TMB <br> **PLAINTIFF'S PROPOSED ORDER DENYING DEFENDANTS' MOTION TO DISMISS** |

This Court having reviewed Plaintiff's "Opposition to Defendants' Mike Addington and Cyndi Addington's Motion to Dismiss," does hereby deny the defendants' motion to dismiss.


DATED this_____day of_____, 2006.


_____
The Honorable Timothy M. Burgess
United States District Court Judge