**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**


 JACK LAWRENCE EARL, JR.     v.    MIKE ADDINGTON 

THE HONORABLE TIMOTHY M. BURGESS

DEPUTY CLERK                                    CASE NO.   3:06-cv-00126-TMB 

 Elisa Singleton 


PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**    DATE: October 19, 2006

On October 13, 2006, the Court received an un-executed return of service for defendant Mike Addington.[1]  The Marshal could serve Mr. Addington at his home address, but the Court will allow counsel for the State of Alaska to determine how it would prefer Mr. Addington to be served with the summons and complaint in this case.

On or before November 1, 2006, counsel for Cynthia Addington may file instructions regarding how Mr. Addington may be served;[2] otherwise, the Court will direct service at his home address. The return of service, in such case, will be filed under seal, and the address will not be revealed to the defendant, or any other party, in this case.

In addition, on or before November 1, 2006, counsel for Cynthia Addington must inform the Court as to whether he (or any other attorney for the State of Alaska) will be representing any other defendant in this case, and whether his office will accept service on behalf of any defendant, including any Doe defendants and their names.


IT IS SO ORDERED.

---

[1]  *See* Docket No. 35.  The Department of Corrections declined service on Mr. Addington's behalf.

[2]  These instructions may include acceptance of service by Mr. Bodick on Mr. Addington's behalf, and/or may be filed under seal.

[~3869973.wpd]{IA.WPD*Rev.12/96}