January 10, 2004

RECEIVED

JAN 20 2004

Department of Corrections
Commissioner's Office

Mr. Tim Lyden
Standards Administrator
State of Alaska
Department of Corrections
P.O. BOX 112000
Juneau, Alaska  99811-2000

In re: ADA & Other Abuses During Transfer to Arizona
*and while @ FCC*

Dear Mr. Lyden,

I received your December 24, 2003 letter in reference to numerous issues I presented to Mr. Don Brandon. I wish now to bring a "formal" ADA Complaint to your attention, for a possible remedy, although I am hardpressed to believe that you could really do anything to remedy, other than make reccommendations to the "Sky Marshal's" and how they accommodate inmates while transporting them, from wherever they are from. This is what took place from the minute I arrived on the airport tarmac.

We left Achorage Jail approximately 0600, give or take, and when I told one of the Marshals that my colostomy pouch was full they led me (while shackeled, bellychained and handcuffed, in -7 degree weather, behind a snowpile, like a dog, to empty the pouch contents. I should note that the "Nurse" did not know what the hell I was talking about when I asked for my "supplies", instead she gave me two 10cc bottles of saline solution with a papertowel, to use, which was not only inadequate, but ludicrous. After I was forced to kneel in the snow, fight with the handcuffs and the bellychains (which rode directly over the pouch) I was placed on the MD80, over the wings.

Then approximately 2X hours into the flight I asked to used the bathroom, and this time it was only expanded gases in the pouch, but I did discover that the "specially packed and marked box, that was to have my colostomy supplies in it for the flight" was nowhere to be found and they did not know what I was talking about.

The second time that I needed to use the bathroom, which frankly was nowhere useable for someone with a colostomy. I went back to the bathroom and asked the Marshal (whom I found out was from New York) where my colostomy supplies that were specially packed for me were, and he said "shut the fuck up, and hurry up."

EXHIBIT C

I asked the Marshal "why are you mad at me?" and he said that he wasn't but he wanted me to hurry. I attempted for him to get my supplies, and to at least let me have one had free. He stated "No, deal with it", so As I attempted to pull the pouch out of my pants, and trying to release the pouch from the bellychains, and undue the clip enclosure at the bottom of the pouch, the pouch slipped as did the clip, and the contents fell directly to the floor in front of me. On the top front of the very small toilet and on my shoes, pants and socks.

Shortly thereafter I went back to my assigned seat by the wing and a few minutes later one of the Sky Marshals whom I found out was the "supervisor" came to me and became very verbally abusive. He said "I know you did that on purpose" "why did you do that" I tried to explain to him the difficulty I was having, and asked him why they were not prepared for my special needs, and he said he "didn't care about no special needs, and that I should be glad I was treated as well as I was." I said that was sorry about waht happened, and he then became verbally abusive making sexual conatations, and innuendos, and stated that "I had a colostomy, and thats exactly what I deserved." I said "how can you say that, I would not wish this on anyone" he then stated something else of a sexual nature and I told him at least I have a bigger dick than you do."

This was the last interaction I had with this man except that everytime he walked down the walkway on the plane he made sure that he physically bumped into me, as if trying to initiate a physical confrontation.

I relayed this to the Disability Law Center, and to Mr. Brandon. The following inmates all have relevant knowledges of these events in whole or in part, and are willing to testify on my behalf. William Justice, Tim Lavey, Michael Kolkman, James Simpkin. I have been told that here are others whom will come forward if this goes to court.

The second ADA related Complaint deals with CCA/FCC non-compliance to the ADA Accommodations I received through the DOC P&P #808.16, eggcrate mattress, which eventhough there are several here already, and that there are numerous bed wedges, made of the same material, my request is a "fire hazard." I have attempted to properly exercise my rights under the ADA agreements, and their responses have been

to place me in segregation, which apparently is the only place I'll ever not have a cellmate.

They refuse to honor the ADA issues without alot of harassment and retaliation and I believe they should not be paid the daily bed-space costs for their non-compliances to ADA and be made to honor what they told you.

I cannot believe that Az DOC would transfer me from an Az institution where all my ADA issues had been honored, knowingly, to a detention center that will not.

Going back to the AK-AZ flight when we landed I was seperated from the others, labeled a "troublemaker" by the Air Marshal "supervisor" and placed into segregation for 8 days, on still un-discovered (in writting) allegations that I "flung the contents of my pouch and smeared it all over the walls of the bathroom," all of which are not true.

Then when I was accused of receiving 60 Neurotin tabs at one time (because a nurse noted it on my perscription sheet) I brought my concerns and again false

3

allegation of threatening staff were brought to bear and I was again segregated for 5 more days. All of which I truely believe are attempts to intimidate me to give up my rights under ADA and the laws.

## Relief Requested

1. Damages/Punitive of $100,000.00 for the abuses of Sky Marshals
2. Damages/Punitive of $100,000.00 for FCC abuses, and ADA non-compliance
3. Written reprimand for both agencies
4. Retro fit all Air Marshal transport planes with at least one ADA acceptable ostomy friendly bathroom/toilet facilities.
5. Return me and my property at Alaska's (DOC) cost back to SCCC in Seward Alaska.

I declare under penalty of perjury that the foregoing is true to the best of my personal knowledge

By: Jack Earl Jr

cc: File