# STATE OF ALASKA

**DEPARTMENT OF CORRECTIONS**
*Commissioner's Office*

FRANK H. MURKOWSKI, GOVERNO[R]

431 N. Franklin St., Suite 400
Juneau, AK 99801
PHONE: (907) 465-4652
FAX: (907) 465-3390

January 22, 2004

Jack Earl
#302235
Florence Correctional Center
PO Box 6200
Florence, AZ 85232

Dear Mr. Earl,

Thank you for your letter dated 1/10/04 which addressed several incidents regarding your transportation to and incarceration in Florence Correctional Center. Your letter addressed incidents regarding 1) your air transfer, 2) segregation placement, and 3) accommodation for an egg-crate mattress. I will comment on each of these matters individually.

1. In reference to the air transfer incidents, I will process your statements as an ADA complaint and will investigate the presence of any ADA discrimination or accommodation issues related to the situation. I will contact you by telephone within 10 days of this letter with the purpose to resolve the complaint.

2. You mentioned that you were placed in segregation for incidents regarding the distribution of your pouch contents in the airplane bathroom and the receipt of medications at the facility. Although you have associated the placement in segregation to your disability, both placements appear to have resulted from actions you allegedly initiated. It is understandable that you disagree with the determinations made by the correctional staff. Administrative procedures addressing placement into segregation as well as your rights to appeal those actions are laid out for you in Alaska Policy and Procedure #804.01 and 804.02. Consequently, I will not address these placements further and expect you to pursue the proper administrative remedies for those concerns.

3. You also chose to file a complaint regarding the use of an egg-crate mattress. On 1/13/04 I spoke with staff at the Florence Correctional Center regarding this accommodation. It is my understanding that the staff needs to periodically verify ongoing special considerations. If you have not done so already, I suggest that you contact the medical department so they can have document your current need in this area. A Request for Accommodation under 808.16 should only be necessary if the situation is still not resolved.

EXHIBIT D

printed on recycled paper

I hope that I have clarified the best and proper avenues for you to voice your concerns or have your needs met. In contrast, some of the specific relief you seek in your letter is beyond the scope and authority of my office. An investigation into your ADA discrimination complaint as addressed in section 1 above is within the charge of my office and I will be contacting you shortly to reach a resolution.

Sincerely,

*Timothy F. Lyden*

Timothy F. Lyden
DOC Prisoner ADA Coordinator

cc:   Rodger Wilson, Institutional ADA Coordinator
      John K. Bodick, Assistant Attorney General
      file