Jack Earl again asked for his colostomy supplies and was told by the agent there that "they are packed and nobody is going to unpack them, use the can or return to your seat." I then heard Jack Earl state "this ain't right man" and seen Jack Earl return to his seat.

It was at this time that the agent there started to complain of the smell in the bathroom, and went and found a can of deodorizer, a haz-mat bag and went back into the restroom just used by Jack Earl and with paper towels in hand along with the other stuff sprayed and wiped down the whole area, placing the can of deodorizer and used paper towels into the haz-mat bag, placing them all under the last row of seats.

The tall agent informed the female sergeant "that fuckin' asshole did that shit on purpose" switched places with her stating "I'm going to have a word with Earl." I wasn't able to see what he did then when he went to the front of the plane, but he did not stop and have any conversation I could hear with Jack Earl.

When it became my turn to use the bathroom, I went, and afterwards I could not flush the toilet because there was no water, nor could I wash my hands, and when I mentioned it a small red-faced agent told me to hold my hands out, and then squirted some hand-sanitizer into them, explaining "thats all you need to use."

Approximately four hours or so later anothe round of restroom runs was commenced, and I overheard the female sergeant state "asshole wants the bathroom again" motioning with a nod of her head in Jack Earl's direction. She said this to the agent that had sprayed and wiped down the restroom the first time Jack Earl used it. I had used the bathroom after Jack Earl as did others in the second round of breaks and seen no sign, nor detected no odors of contaminates, fecal matter, or any bodily fluids, however the overpowering smell of the deodorizing spray was assaulting. I would like to note that everyone that used the bathroom had to do so with the door wide open and an agent standing directly inside the door watching. But the agents that negatively commented on Jack Earl's bathroom break were still talking about him, and commented that "he'd better not do that shit again, or we'll make him clean it up with his tongue."

Once again Jack Earl passed me on his way to the restroom and again I heard him ask for his supplies, some water, and a hand free so he coyuld properly clean out his full pouch, the agent however just held up a squeeze bottle of hand-sanitizer, telling Jack.earl "you can use this when your done" but Jack earl stated that he needed the beforementioned items to properly attend to his self-care, but was again refused, and told to "hurry up." The agent did however look in the overhead compartment a got some toilet paper, and then handing it to Jack Earl, stood right behind [him] while Jack earl attempted to, I assume, empty his pouch.

A short time later Jack Earl returned to his seat followed by an agent.

When the plane landed in Mesa Arizona I heard the small red-faced agent inform the female sergeant and the tall agent to "keeo an eye on that piece of shit, and keep him on the plane, until I can figure out what to do with him, and about the mess in the bathroom."

I was escorted off the plane, and again pat-searched and placed onto a bus. Fearing for the safety of Jack earl I attempted watch for him to disembark, but was unable to. I then observed persons dressed in black riot gear (presumably from CCA/CADC) doing formations outside, and then the bus pulled away and left the airfield, and still I did not observe the wherabouts of Jack Earl.

It was two (2) days after arriving at FCC that I heard that Jack Earl had been taken directly off the plane loaded into a high security van and then upon arrival placed directly in segregation unit. I had worried about his safety, and was trying to find out if the agents had made good on their threats of violence, and beat Jack Earl, but nobody knew or had seen Jack Earl, so I asked a FCC guard in the hallway, if Jack Earl was in medical segregation or punitive segregation, and was told that "Earl is in seg to get his mind right."

It was well over a week later that I seen Jack Earl, and asked him why he had been placed into seg, and it was then that I found out the fabricated story used by the Marshals to place Jack Earl in "seg", which was used to justify the seg placement.

I informed Jack Earl that I would provide him a statement of what I had witnessed if it ever went to disciplinary, however there was never any hearings and thus my statement was not necessary until now.

I further heard on 3/01/04 that the Marshals and Alaska personnel still denied the events of 12/14/04, or any blame or abuse as they pertained to their collective and individual acts against Jack Earl. But a statement made by the small red-faced agent will forever stick with me. He stated to Jack Earl, after he swore up and down that the accident was indeed on purpose, yelling "you have a colostomy and it's what you deserve" that Jack Earl would "never get a woman" and that he was "lucky we treated you as good as we did."

These agents violated obvious and basic understood human rights and decency, and nowhere did they properly accommodate the special needs of Jack Earl, and it didn't take an expert to see that. Their unprofessional, dehumanizing and demoralizing conducts and abuses, along with obvious prisoner animosity was overwhelming.

3

I make this statement of my own free will and as a concerned human being, in hopes that I never again witness such cruelty and abuses, and to prevent future abuses of another prisoner by these agents or their peers.

DATED this 6\[th\] day of March, 2004.

BY: _____
Sherman   Pitt
\#   339603
CCA/FCC
P.O. BOX   6200
Florence, AZ          85232

4

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he freely presents the declaration and that it contains information that is true and correct.

On 12/14/03 I was on the airplane that transported myself and 119 other Alaska inmates to a contract detention center located in Florence Arizona, operated by the Corrections Corporations of America.

Also included in the 120 inmates was Jack Earl. I was seated in front of him when the cops were giving bathroom breaks, during the flight.

I remember a short stocky red-faced guy which was some sort of agent, getting quite belligerent and verbally insutive to Jack Earl, after this guy apparently had been told that Jack Earl had had an accident in the plane's bathroom, when attempting to empty his colostomy pouch.

The beforementioned agent yelled at Jack Earl claiming that it wasn't an accident but that Jack Earl had "done that shit on purpose" and went on to further berrate Jack Earl by attacking him verbally with loud yelling that "you have a colostomy and that's what you deserve, you'll never get a woman, and you are disgusting."

Jack Earl commented or at least attempted to respond to the agent's abusive language by stating "you don't have any idea how bad a colostomy is, and how can you say I deserve this, nobody deserves something like this, why weren't you peple perpared for me."

The red-faced guy then stated "you're lucky we treated you as good as wee did" and Jack Earl stated it was "an accident, I'm sorry it happened, why weren't you prepared for me?"

I observed Jack Earl to be very happy and expectant, even joking when we first boarded the plane, expressing how he was going to get a job when he got to Arizona, and that it was going to be alright, of course when certain staff on the plane started making accusations and yelling at him, even calling him names, eventhough he'd done nothing wrong, one cannot blame Jack Earl for saying to the red-faced agent that at least "I have a bigger dick than you" or anything for that matter, considering what verbal abuses he'd already been through.

One could not blame Jack Earl for trying to make the agents understand his situation, or in his attempts to understand why they seemed not to have the accommodations he'd apparently been promised the rights he tried to exercise, and how he must have felt when in the end and as a result of the red-faced guys yelling every person on that plane knew he had a colostomy and had had an accident on the plane. So what Jack Earl said seemed appropriate giving the circumstances of why he'd said them, however there was no personally direct

profanity towards any of the flight crew members except the comment made to the red-faced cop that verbally attacked Jack Earl.

DATED this 5th day of March, 2004.

BY: _____
Michael Kolkman
# 241887
CCA/FCC
P.O. BOX 6200
Florence, AZ    85232

2