| grvnc_id | grvnc_loc_desc | grvnc_sbjct_desc | grvnc_desc | grvnc_disp_desc | grvnc_rcvd_dt | grvnc_rtrn_dt |
|---|---|---|---|---|---|---|
| 25 | SPRING CREEK CC | SAFETY | ADMITS TO VERBAL BARRAGE TO OFFICER BUT HE SHOULDN'T HAVE BEEN SEGGED. SCREENED: HAS AN APPEAL PROCESS TO ADDRESS THIS | SCREENED | 08-Jan-02 | 20-Feb-02 |
| 54 | SPRING CREEK CC | MISCELLANEOUS | APPEARS TO BE A HYGIENE ISSUE BUT NARRATIVE NOT LEGIBLE ENOUGH TO DETERMINE. SCREENED BACK TO BE BETTER PRINTED OR TYPED. | SCREENED | 25-Jan-02 | |
| 88 | SPRING CREEK CC | MISCELLANEOUS | WANTS A CLEAR DEFINITION OF HOW LESSOR INFRACTIONS ARE ESTABLISHE AT D-BOARD. SAYS THAT WHAT HE WAS CHARGED WITH SHOULDN'T COUNT. SCREENED DUE TO BEING DISCP. RELATED. APPEALEBLE | SCREENED | 10-Feb-02 | |
| 94 | SPRING CREEK CC | MEDICAL/GENERAL | MEDICAL WILL NOT RESPOND TO HIS APPEALS FOR BILLING CHARGES | INVESTIGATION | 11-Feb-02 | |
| 161 | SPRING CREEK CC | MISCELLANEOUS | HAS NOT RECEIVED $4.00 REFUND AS MEDICAL HAS DIRECTED, GRIEVANCE COMPLETED NO APPEAL RECEIVED. | RELIEF GRANTED | 14-Mar-02 | 08-Apr-02 |
| 194 | SPRING CREEK CC | FOOD SERVICE | WANTS TO KNOW EXACT EXPENDITURE FOR FOOD IN LIGHT OF THE KITCHEN STEWARD'S MEMO SAYING THAT THE FOOD ALLOCATION WILL BE REDUCED. WANTS TO ENSURE THAT THE QUALITY DOES NOT FALL BELOW THE MINIMUM STANDARDS ESTABLISHED IN THE NO FRILLS ACT., NO APPEAL REC. | RELIEF DENIED | 29-Apr-02 | 06-May-02 |
| 198 | SPRING CREEK CC | FOOD SERVICE | KITCHEN STAFF REUSED ONE TIME ONLY PLASTIC FLATWARE FOR MEAL SERVICE. WANTS TO HAVE ONLY THE WHITE PLASTICWARE ISSUED OR THE ABILITY TO PURCHASE THEIR OWN ON COMMISSARY | INVESTIGATION | 09-Apr-02 | |
| 198 | SPRING CREEK CC | FOOD SERVICE | KITCHEN STAFF REUSED ONE TIME ONLY PLASTIC FLATWARE FOR MEAL SERVICE. WANTS TO HAVE ONLY THE WHITE PLASTICWARE ISSUED OR THE ABILITY TO PURCHASE THEIR OWN ON COMMISSARY | INVESTIGATION | 10-Apr-02 | 24-Apr-02 |
| 245 | SPRING CREEK CC | STAFF | DIDN'T LIKE THE WAY STAFF PATTED HIM DOWN. SCREENED DUE TO NO ATTEMPT TO INFORMALLY RESOLVE AND USED INAPPROPRIATE LANGUAGE (SWEARING) IN NARRATIVE. | RELIEF DENIED | 29-Apr-02 | |
| 307 | SPRING CREEK CC | STAFF | DIDN'T LIKE PAT DOWN, CLAIMS OTHER GRIEVANCE WAS NOT SCREENED PROPERLY, WANTS RECONSIDERATION OF SCREENING. SCREENED DUE TO IMPROPER FORMAT: HE SHOULD HAVE APPEALED THE SCREENING OF THE PREVIOUS GRIEVANCE, NOT FILED ANOTHER ONE. | SCREENED | 17-Apr-02 | |
| 539 | SPRING CREEK CC | LEGAL SERVICES | WANTS INTERPRETATION OF LANGUAGE OF 22AAC05.400, FEELS THAT OVERBROAD AND AMBIGUOUS WORDING IS UNCONSTITUTIONAL AND PLACES PRISONERS AT A DISADVANTAGE. SCREENED: BEYOND FACILITIES RESOURCES | DECISION UPHELD | 23-May-02 | |
| 571 | SPRING CREEK CC | ADA | DEMANDS THAT ALL ADA MATERIALS (UNSPECIFIED) BE PUT IN THE LAW LIBRARY. GRIEVANCE COMPLETE, 06-07-02. NO APPEAL RECD. | INVESTIGATION | 28-May-02 | |
| 601 | SPRING CREEK CC | LAW LIBRARY | DEMANDS THAT A.P.S.C. MATERIAL IS PUT IN LAW LIBRARY. COMPLIANCE REFUSED. SCREENED DUE TO NOT WITHIN FACILITYS AUTHORITY TO DISTRIBUTE APSC MATERIAL. PRISONER NEEDS TO REQUEST MATERIAL DIRECTLY FROM THAT AGENCY. SCREENING UPHELD 06/04/02 GRIEVANCE COMPLE | SCREENED | 29-Apr-02 | 30-May-02 |
| 758 | SPRING CREEK CC | CLASSIFICATION | DISAGREES WITH THE CACL SCORING ON HIS QUAY. WANTS THE ERRONOUS MATERIAL EXPUNGED FROM HIS FILE. | RELIEF DENIED | 30-May-02 | 03-Jun-02 |
| 758 | SPRING CREEK CC | CLASSIFICATION | DISAGREES WITH THE CACL SCORING ON HIS QUAY. WANTS THE ERRONOUS MATERIAL EXPUNGED FROM HIS FILE. | RELIEF DENIED | 19-Jun-02 | 20-Jun-02 |
| 792 | SPRING CREEK CC | LEGAL SERVICES | WANTS ACA MANUALS ON STANDARDS FOR ADULT CORRECTIONAL FACILITIES PROVIDED. SCREENED: NOT IN CURRENT HOLDINGS AT THE CENTRALIZED LIBRARY, DOC WILL NOT PROVIDE COMPLETE MANUALS, ONE REQUESTED MANUAL IS OUT OF PRINT THE OTHER COSTS $35.00, POSSIBLE SECURITY | RELIEF DENIED | 24-Jun-02 | 08-Jul-02 |
| 793 | SPRING CREEK CC | LEGAL SERVICES | WANTS SPECIFIC ARTICLES FROM THREE LAW REVIEWS AND DOC WILL NOT PROVIDE THEM. SCREENED: ALL ARE NOT CONSIDERED CURRENT ISSUES AND WILL REQUIRE PAYMENT. | SCREENED M | 22-Jun-02 | |
| 850 | SPRING CREEK CC | MEDICAL/GENERAL | PA GAVE ORDERS FOR SNACK THRU 8/9/2 BUT NURSE MODIFIED ORDER. NO APPEAL REC'D, GRV COMPLETE 070602 | INVESTIGATION | 22-Jun-02 | |
| 1006 | SPRING CREEK CC | MISCELLANEOUS | TELEVISION RECEPTION NOT ACCEPTABLE | RELIEF DENIED | 26-Jun-02 | |
| 2332 | SPRING CREEK CC | MISCELLANEOUS | WANTS AK INMATES TO ABLE TO SMOKE & HEW TOBACCO LIKE AZ INMATES | SCREENED A | 06-Aug-01 | |
| 1317 | SPRING CREEK CC | MAIL | FEELS THAT HIS OUTGOING MAIL WASN'T PROCESSED TIMELY | SCREENED | 02-Dec-01 | |
| 1317 | SPRING CREEK CC | MAIL | FEELS THAT HIS OUTGOING MAIL WASN'T PROCESSED TIMELY | RELIEF DENIED | 16-Oct-01 | 23-Oct-01 |
| 1364 | SPRING CREEK CC | MAIL | WANTS A NEW FORM AND FORMAT FOR TRACKING OF LEGAL MAIL | RELIEF DENIED | 25-Oct-01 | |
| | | | | SCREENED D | 04-Nov-01 | |

EXHIBIT G

| grvnc_id | grvnc_loc_desc | grvnc_sbjct_desc | grvnc_desc | grvnc_disp_desc | grvnc_rcvd_dt | grvnc_rtn_dt |
|---|---|---|---|---|---|---|
| 1407 | SPRING CREEK CC | HOUSING | WANTS PERMANENT ASSIGNEMENT OF SINGLE CELL IAW ADA GUIDANCE | RELIEF DENIED | 16-Nov-01 | |
| 1408 | SPRING CREEK CC | STAFF | SGT MIRANDA DELIBERATELY DENIED HIM MEDICAL ATTENTION | RELIEF DENIED | 16-Nov-01 | |
| 1409 | SPRING CREEK CC | IDR | WANTS IDR LIFTED, WAS MALICIOUSLY PLACED ON IT BECAUSE OF LAWSUIT | RELIEF GRANTED | 16-Nov-01 | |
| 1418 | SPRING CREEK CC | MEDICAL GENERAL | NOT GETTING THE MEDS REFILLED THAT HE HAS BEEN ORDERED | RELIEF DENIED | 15-Nov-01 | |
| 1418 | SPRING CREEK CC | MEDICAL GENERAL | NOT GETTING THE MEDS REFILLED THAT HE HAS BEEN ORDERED | RELIEF DENIED | 19-Nov-01 | 26-Nov-01 |
| 1440 | SPRING CREEK CC | MAIL | WANTS A BETTER LEGAL TRACKING SYSTEM FOR HIS LEGAL MAILINGS | RELIEF DENIED | 28-Nov-01 | |
| 1441 | SPRING CREEK CC | PROGRAM | UNABLE TO GET REQUESTED MATERIALS THROUGH THE EDUCATION DEPT | RELIEF DENIED | 21-Nov-01 | 26-Nov-01 |
| 1463 | SPRING CREEK CC | ADA | MORNING UAS ARE DIFFICULT BECAUSE OF COLOSTOMY BAG ALSO THEY ARE AGAINST HIS 8TH AMENDMENT RIGHTS FOR UNLAWFUL SEARCH AND SEIZURE | INVESTIGATION | 31-Jul-02 | 05-Aug-02 |
| 1516 | SPRING CREEK CC | FOOD SERVICE | WANTS THE PLASTIC FLATWARE NOT TO BE SANITIZED AND ISSUED AGAIN. THIS WAS SCREENED DUE TO THE FACT THAT HE HAS PREVIOUSLY GRIEVED THIS EXACT ISSUE (SEE 02-192) | SCREENED D | 07-Aug-02 | |
| 2172 | SPRING CREEK CC | MAIL | WAS PROMISED AN EXAM ON 10-01-02. WAS PROVIDED ONE ON 09-17-02 BUT DIDN'T LIKE THE QUESTIONS HE ASKED. NOW WANTS ANOTHER EXAM. | RESOLVED | 01-Oct-02 | |
| 2453 | SPRING CREEK CC | STAFF | CLAIMS THAT HIS CELL WAS SHOOK DOWN BY OFC. PORTER OUT OF RETALIATION. SAYS THAT HE DOESNT HAVE TO TRY TO RESOLVE INFORMALLY. SUPERINTENDENT NOTIFIED OF MISCONDUCT CLAIM. | RESOLVED | 09-Sep-02 | |
| 1527 | SPRING CREEK CC | MEDICAL GENERAL | CLAIMS THAT HE SENT A CERTIFIED LETTER AND NEVER RECIEVED A RECIEPT | RELIEF DENIED | 24-Oct-02 | 20-Nov-02 |
| 1847 | SPRING CREEK CC | MAIL | CLAIMS THAT HE SENT A CERTIFIED LETTER AND NEVER RECIEVED A RECIEPT | RELIEF DENIED | 03-Nov-02 | 01-Nov-02 |
| 1847 | SPRING CREEK CC | MAIL | NOT ALLOWED WRITER OF THE REPORT AT DISP. HEARING. THE WRITER OF THE REPORT IS DESEASED AND OBVIOUSLY UNAVAILABLE. WANTS FINDINGS TO BE DISMISSED, OR POSTPONED (PRESUMABLY FOREVER). SUBMITTED BY I/M EARL FOR I/M MALEWOKTKIJK AND WAS SCREENED FOR A AND E. | RELIEF DENIED | 03-Nov-02 | 08-Nov-02 |
| 4071 | SPRING CREEK CC | DISCIPLINARY | CLAIMS THAT THERE ARE DEISEL FUMES IN SHERRY APPELS OFFICE | SCREENED A | 17-Mar-03 | |
| 4385 | SPRING CREEK CC | MISCELLANEOUS | CLAIMS THE CHICKEN PATTIES, FISH STICKS AND CHICKEN PATTIES ARE TO SPICEY | RELIEF GRANTED | 25-Apr-03 | 08-May-03 |
| 4970 | SPRING CREEK CC | FOOD SERVICE | CLAIMS THE CHICKEN PATTIES, FISH STICKS AND CHICKEN PATTIES ARE TO SPICEY | RELIEF DENIED | 05-Jul-03 | 22-Jul-03 |
| 4970 | SPRING CREEK CC | FOOD SERVICE | CLAIMS THAT ADA COORDINATOR DID NOT RESPOND TO HIS COMPLAINT WITHIN THE PRESCRIBED 10 WORKING DAYS. | DECISION UPHELD | 23-Jul-03 | |
| 5039 | SPRING CREEK CC | ADA | DID NOT RECEIVE MEDICALLY ORDERED, THATS RIGHT, MEDICALLY ORDERED BANANA WITH BREAKFAST ON 07-04-03. | SCREENED H | 11-Jul-03 | |
| 5041 | SPRING CREEK CC | FOOD SERVICE | DID NOT RECEIVE MEDICALLY ORDERED, THATS RIGHT, MEDICALLY ORDERED BANANA WITH BREAKFAST ON 07-04-03. | RELIEF DENIED | 12-Jul-03 | 22-Jul-03 |
| 5043 | SPRING CREEK CC | FOOD SERVICE | DEMANDS TO KNOW WHY BREAKFAST WAS SERVED LATE. DEMANDS TO HAVE BREAKFAST SERVED MORE TIMELY | DECISION UPHELD | 23-Jul-03 | |
| 6613 | ARIZONA DET CTR | LAW LIBRARY | I PUT IN A REQUEST FOR THE LAW LIB. AND I WAS NOT ON THE SCHEDULE. | SCREENED F | 12-Jul-03 | |
| 6614 | ARIZONA DET CTR | MISCELLANEOUS | I PUT IN SEVERAL REQUEST THAT DIDNT GET ANSWERED. | RELIEF DENIED | 01-Jan-04 | 11-Jan-04 |
| 6615 | ARIZONA DET CTR | MISCELLANEOUS | I NEED TO HAVE NEW CLOTHS THAT FIT ME. | RELIEF GRANTED | 01-Jan-04 | 11-Jan-04 |

| grvnc_id | grvnc_loc_desc | grvnc_sbjct_desc | grvnc_desc | grvnc_disp_desc | grvnc_rcvd_dt | grvnc_rtrn_dt |
|---|---|---|---|---|---|---|
| 6673 | ARIZONA DET CTR | MISCELLANEOUS | WHEN IN ALASKA I WAS GIVEN AN ORDER FOR FRUIT EVERYDAY, AND NOW I DONT GET IT | RELIEF DENIED | 02-Jan-04 | 12-Jan-04 |
| 6674 | ARIZONA DET CTR | HOUSING | MY LOCKER IS BROKE AND SINK LEAKS AND I HAVE SENT SEVERAL REQUEST | RELIEF DENIED | 04-Jan-04 | 14-Jan-04 |
| 6675 | ARIZONA DET CTR | MISCELLANEOUS | I WAS GIVEN AN APPROVAL FOR TWO MATTRESSES AND NOW I DONT GET THEM. | RELIEF GRANTED | 02-Jan-04 | 12-Jan-04 |
| 6678 | ARIZONA DET CTR | LAW LIBRARY | THE LAW LIB. IS MISSING MATERIAL THAT IT SHOULD HAVE, AND INFORMED MR. RICHY | RELIEF DENIED | 05-Jan-04 | 15-Jan-04 |
| 6679 | ARIZONA DET CTR | STAFF | I REFUSED TO GO TO MED. AND WAS TOLD THAT I HAD TO SIGN A REFUSAL OR GO TO THE HOLE. | RELIEF DENIED | 05-Jan-04 | 15-Jan-04 |
| 6737 | ARIZONA DET CTR | MEDICAL GENERAL | I WAS TAKING VITIMANS AND THEY QUITE GIVING THEM TO ME, I WANT THEM BACK | RELIEF DENIED | 11-Jan-04 | 21-Jan-04 |
| 7020 | ARIZONA DET CTR | HOUSING | THE CELLS ARE TOO COLD AND IT SHOULD BE SET AS REQUIRED 72-74. | SCREENED J | 17-Feb-04 | 27-Feb-04 |
| 7044 | ARIZONA DET CTR | MEDICAL GENERAL | MEDICAL STAFF CHANGED MY MEDICATIONS DUE TO COST. PLEASE REINSTATE MY MEICATIONS THAT WERE GIVEN TO ME. | RELIEF DENIED | 23-Feb-04 | 14-Mar-04 |
| 7044 | ARIZONA DET CTR | MEDICAL GENERAL | MEDICAL STAFF CHANGED MY MEDICATIONS DUE TO COST. PLEASE REINSTATE MY MEICATIONS THAT WERE GIVEN TO ME. | DECISION UPHELD | 04-Mar-04 | 23-Mar-04 |
| 7149 | ARIZONA DET CTR | LAW LIBRARY | THE LAW LIB. IS MISSING A LOT OF THE FORMS WE NEED TO FILE OUR CASES | RELIEF DENIED | 09-Mar-04 | 29-Mar-04 |
| 7149 | ARIZONA DET CTR | LAW LIBRARY | THE LAW LIB. IS MISSING A LOT OF THE FORMS WE NEED TO FILE OUR CASES | SCREENED C | 19-Mar-04 | 19-Mar-04 |
| 7211 | ARIZONA DET CTR | DISCIPLINARY | MY RIGHTS WERE VIOLATED AT THE DISCIPLINARY HEARING | SCREENED A | 17-Mar-04 | 17-Mar-04 |
| 7211 | ARIZONA DET CTR | DISCIPLINARY | MY RIGHTS WERE VIOLATED AT THE DISCIPLARY HEARING | DECISION UPHELD | 21-Mar-04 | 27-Mar-04 |
| 7239 | ARIZONA DET CTR | DISCIPLINARY | I WAS PARTY TO AN ILLEGAL DISCIPLINARY HEARING. | DECISION UPHELD | 24-Mar-04 | 25-Mar-04 |
| 7239 | ARIZONA DET CTR | DISCIPLINARY | I WAS PARTY TO AN ILLEGAL DISCIPLINARY HEARING. | SCREENED J | 24-Mar-04 | 03-Apr-04 |
| 7278 | ARIZONA DET CTR | STAFF | I WAS TAKEN TO MEDICAL FOR A TRANSPORT AND WAS NOT ALLOWED TO REFUSE UNTIL THE NEXT MORNING. | PARTIALLY GRANTED | 31-Mar-04 | 10-Apr-04 |
| 7326 | ARIZONA DET CTR | MEDICAL GENERAL | I WANT TO DC SOME OF MY MEDICATIONS AND CHANGE THE OTHER ONE. | RELIEF DENIED | 05-Apr-04 | 15-Apr-04 |
| 7326 | ARIZONA DET CTR | MEDICAL GENERAL | I WANT TO DC SOME OF MY MEDICATIONS AND CHANGE THE OTHER ONE. | DECISION UPHELD | 05-Apr-04 | 19-Aug-04 |
| 7458 | ARIZONA DET CTR | MEDICAL GENERAL | THE MEDICATION THAT THEY CHANGED FOR ME IS CAUSING ME PAIN | RELIEF DENIED | 20-Apr-04 | 30-Apr-04 |
| 7458 | ARIZONA DET CTR | MEDICAL GENERAL | THE MEDICATION THAT THEY CHANGED FOR ME IS CAUSING ME PAIN | DECISION UPHELD | 20-Apr-04 | 19-Aug-04 |
| 7832 | ARIZONA DET CTR | LAW LIBRARY | TODAY I WAS MADE AWARE THAT I WAS NOT ON THE LAW LIBRARY LIST. THIS IS AN ERR SINCE I HAVE REQUESTED TO BE IN THERE EVERYDAY | SCREENED C | 17-May-04 | 17-May-04 |
| 7832 | ARIZONA DET CTR | LAW LIBRARY | TODAY I WAS MADE AWARE THAT I WAS NOT ON THE LAW LIBRARY LIST. THIS IS AN ERR SINCE I HAVE REQUESTED TO BE IN THERE EVERYDAY | DECISION UPHELD | 17-May-04 | 17-May-04 |
| 7683 | ARIZONA DET CTR | FOOD SERVICE | I KEEP GETTING BANANAS THAT ARE BAD AND BLACK INSIDE | SCREENED C | 03-Jun-04 | 03-Jun-04 |
| 8043 | ARIZONA DET CTR | LEGAL SERVICES | I TRIED TO GET LEGAL COPIES AND THE COPIER WAS BROKE SO MS. SMITH SAID THAT THE COPIES WAS BROKE AND OFFERED TO TAKE THEM SOME WHERE ELSE AND THAT WAS UNACCEPTABLE DUE TO CONFIDENTAL NATURE OF MY WORK. | SCREENED J | 23-Jun-04 | 03-Jul-04 |

| grvnc_id | grvnc_loc_desc | grvnc_sbjct_desc | grvnc_desc | grvnc_disp_desc | grvnc_rcvd_dt | grvnc_rtrn_dt |
|---|---|---|---|---|---|---|
| 8043 | ARIZONA DET CTR | LEGAL SERVICES | I TRIED TO GET LEGAL COPIES AND THE COPIER WAS BROKE SO MS. SMITH SAID THAT THE COPIES WAS BROKE AND OFFERED TO TAKE THEM SOME WHERE ELSE AND THAT WAS UNACCEPTABLE DUE TO CONFIDENTIAL NATURE OF MY WORK. | DECISION UPHELD | 23-Jun-04 | 03-Jul-04 |
| 8133 | ARIZONA DET CTR | MISCELLANEOUS | I WANT TO CHANGE THE PROCESS OF GETTING LEGAL COPIES FROM TICKETS TO RELEASE OF FUNDS. | SCREENED D | 02-Jul-04 | 12-Jul-04 |
| 8133 | ARIZONA DET CTR | MISCELLANEOUS | I WANT TO CHANGE THE PROCESS OF GETTING LEGAL COPIES FROM TICKETS TO RELEASE OF FUNDS. | DECISION UPHELD | 02-Jul-04 | 12-Jul-04 |
| 8330 | ARIZONA DET CTR | LAW LIBRARY | I HAVE ASKED FOR THE ARIZONA RULE OF COURTS BE PUT IN THE LIB. AND MS. SMITH TOLD ME THEY ARE THERE, AND IF I NEED ANYTHING ELSE TO WRITE TO MR. VINCENT. | SCREENED J | 26-Jul-04 | 03-Aug-04 |
| 8330 | ARIZONA DET CTR | LAW LIBRARY | I HAVE ASKED FOR THE ARIZONA RULE OF COURTS BE PUT IN THE LIB. AND MS. SMITH TOLD ME THEY ARE THERE, AND IF I NEED ANYTHING ELSE TO WRITE TO MR. VINCENT. | DECISION UPHELD | 26-Jul-04 | 03-Aug-04 |