John K. Bodick
Assistant Attorney General
310 K Street, Suite 403
Anchorage, Alaska 99501
Telephone: (907)269-6379
Attorney for State of Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK L. EARL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 3:06-CV-00126-TMB |
| ) | |
| MIKE ADDINGTON, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**AFFIDAVIT OF TIM LYDEN**

STATE OF ALASKA           )
THIRD JUDICIAL DISTRICT   )

Tim Lyden being first duly sworn, deposes and states:

1. I am the standards administrator for Department of Corrections. In this position I serve as the Department's grievance coordinator and ADA coordinator. In

each of these positions I investigate and respond to prisoner grievances and ADA complaints.

2. The Department has a policy for prisoners to address complaints about the ADA and a grievance policy for other general complaints. Department Policy 808.16 addresses ADA complaints and provides a procedure for the review of such complaints which includes review by the Department's ADA coordinator and appeal to the state ADA coordinator. A true and correct copy of this policy is attached as Exhibit A. Department policy 808.03 addresses general prisoner complaints and provides for review by the grievance coordinator and director of institutions. A true and correct copy of this policy is attached as Exhibit B.

3. I am familiar with Jack Earl and the issues regarding his transfer to Arizona because I processed his ADA complaint. After Earl's arrival in Arizona, he submitted an ADA complaint on January 10, 2004 regarding the transfer. A true and correct copy of this complaint is attached as Exhibit C. Because Earl expressly specified the complaint was a formal ADA complaint I sent him a letter on January 22, 2004 and advised him that I was processing the complaint as an ADA complaint. A true and correct copy of this letter is attached as Exhibit D.

4. This complaint did not mention anything about Mike Addington or Cyndi Addington so I did not investigate their role in regard to Earl's transfer. I denied Earl's complaint in a letter dated February 24, 2004. A true and correct copy of this letter is attached as Exhibit E.

5. Earl submitted an appeal to statewide ADA coordinator Don Brandon on

March 10, 2004. A true and correct copy of this appeal is attached hereto as Exhibit F to affidavit of Lyden. Don Brandon denied Earl's appeal in a letter dated July 19, 2004.

6. Earl did not submit a grievance under Department Policy 808.03 regarding his allegations of mistreatment by Department staff, including Mike Addington and Cyndi Addington, during the transport to Arizona. I log all grievances and have reviewed the spreadsheet for all grievances filed by Earl during the months after his transfer and there is no grievance regarding the actions taken by Mike Addington and Cyndi Addington during Earl's transfer to Arizona. A true and correct copy of the spreadsheet of all Earl's many grievances since 2002 is attached as Exhibit G.

Further your affiant sayeth naught.

*Timothy F. Lyden*

SUBSCRIBED AND SWORN TO before me October 26, 2006.

*Dianne Deakin*
Notary Public
My comm'n expires: 6-9-09