# STATE OF ALASKA
## MEMORANDUM

**DEPARTMENT OF CORRECTIONS**
Division of Probation and Parole
4500 Diplomacy Drive, Suite 219
Anchorage, Alaska 99508-5918
Phone (907)269-7382  Fax (907)269-7365

**TO:** Donald Stolworthy
Deputy Commissioner
Alaska Department of Corrections

**DATE:** 12/14/03

**PHONE:** 269-7429

**FROM:** Sgt. Cyndi Addington
Prisoner Transportation Coordinator
Alaska Department of Corrections

**SUBJECT:** Inmate Jack Earl
Otis # 302235

On December 14th, 2003, Inmate Jack Earl (302235) was transported from Alaska to Arizona via a contract with the US Marshal service. Inmate Earl was verbally abusive to Alaska Department of Corrections Officers thru out the entire process, from his initial roll-up in the dormitory until he was escorted from the van onto the aircraft. Upon departure from Anchorage, Inmate Earl, made several individual demonstrations. I was on board the aircraft and witnessed Inmate Earl verbally abusing several of the security staff.

The aircraft landed in Seattle for refueling. As soon as we leveled off coming out of Seattle the security staff escorted Inmate Earl to the restroom. Inmate Earl wears a colostomy bag. The Marshal service was very accommodating to his need for continual restroom service. Inmate Earl detached his colostomy bag and poured the contents of the bag all over the bathroom. He smeared feces on the walls, sink, toilet, floor, etc.

The Marshal service had to shut the bathroom down do to the hazardous nature of the material. Also, the head deputy on board, "Mat", felt that they would need to call in a special service to have the bathroom cleaned. This left us with only one bathroom. The inmates started to become agitated, as they could not access the bathroom very quickly. 120 inmates is a lot for one bathroom. Fortunately, this was the last leg of the trip and lasted less than three hours.

Inmate Earl continued to berate staff as he disembarked the aircraft.          End of Report

# Incident Report

| Name of Prisoner: Jack Earl (Otis # 32235) | DOB: 09/01/57 | Institution: Arizona | Date/Time: 12/14/03 Approx. 1400hrs AZ time |
|---|---|---|---|

Circle Course of action: (To be determined by the Assistant Superintendent)    Disciplinary    Information

Infraction Citation & Title: 22 AAC 05.400 C15—Individual demonstration

Narrative: On 12/14/2003 Inmate Earl (Otis # 32235) was moved from Alaska to Arizona on a Charter flight with 119 other Alaska prisoners. Inmate Earl was constantly harassing the Officers in the institution from his initial roll-up until he was placed on the aircraft. Once in the aircraft Inmate Earl was verbally demanding to the US Marshal service that did the security portion of the flight. The Marshals were very accommodating to Inmate Earl and all of his special needs revolving around his colostomy bag. Upon departure from Seattle Inmate Earl requested the restroom. While in the restroom he took off his colostomy bag and flung feces all over the walls, floor, sink, mirror, etc. This action required that the Marshal service shut down this bathroom. This left only one bathroom for 120 prisoners the rest of the way to Phoenix. Inmate Earl continued to verbally abuse the security staff. He was still spouting condescending remarks to the Marshals as he disembarked the aircraft.

***please see attached Memorandum

END OF REPORT

Copy of Report to Prisoner:
Date:         Time:

Reporting Staff's Signature & Date:
Sgt. Cyndi Addington 12/15/2003  *[signature]* 12/15/03

Disposition:

Chairperson or Resolution Officer:
Member:                                             Member:

On matters referred to the Disciplinary Committee/Hearing Officer as a result of this report, see the Written Report relative to this incident.

Date:        Time:        Final Copy to Prisoner:
                          Staff Signature:

Department of Corrections Form #809.03
Revised 4/95

01/29/04  09:26 FAX 907 269 7431          DOC RECORDS/TRANS
JAN 29 2004 08:09 FR US MARSHALS SERVICE 480 279 5898 TO 919072697431        ⌀002/003
                                                                              P.02

# United States Marshal Service

## Flight Operations / Mesa, AZ

TO: Tim Lyden
Standards Administrator
State of Alaska
Departement of Alaska

Date: 01/28/2004

From: LAEO Mattehw Itkowitz
United Sates Marshal Service
Air Operations

Subject: Inmate Jack Earl

On December 14, 2003 I was the Flight Officer in Charge (USMS) of the airplane / Airlift for moving 120 prisoners for the Department of Corrections from Alaska to Mesa, AZ. I met with Sgt. Addington for a quick briefing before loading the prisoners. I was informed of medical concerns which were brought to the attention of the flight nurse, a few inmates who had made threatening remarks, as well as inmates who were not happy about being transported to Arizona. Inmate Jack Earl was one who was not happy about being moved. I began to roll call the names off of the bus to be pat searched before boarding the airplane. When I roll called Jack Earls name off of the list he exited the van and was searched. He then immediately stated that he needed to empty his colostomy bag before being loaded on to the airplane. Two Department of Corrections Officers then escorted inmate Earl behind a snow bank out of sight of other prisoners to take care of his needs. Inmate Earl was then loaded on to the airplane in an isle seat, close to the aft restrooms for easy access. Ounce all the prisoners were loaded, we departed Alaska. Inmate Earl was told by my self and the flight nurse, that any time he needed to use the rest room, to inform one of us or the crew, and he would be accommodated. Earl made a couple of trips to the rest room before landing in Seattle, WA to refuel with no problems. After taking off from Seattle inmate Earl's demeanor began to change. He became verbally abusive with the crew, flight nurse and me. He began using profanity and speaking very loudly, mimicking my self and the crew while we were trying to speak with the other inmates around him. Inmate Earl then asked to use the rest room again. He was sent aft to use the facility, where this time he emptied his colostomy bag all over the walls and the bath room floor. There was fecal matter all over the place, causing us to secure the restroom for the rest of the flight due to the hazardous waste. This was completely unnecessary. Inmate Earl had no problems using the rest room before, and this time should have been no different. When I asked Earl why he did this he stated to me "fuck you, you need to be more accommodating." My crew and I were very

Case 3:06-cv-00126-RRB   Document 44-11   Filed 10/27/2006   Page 4 of 4

01/29/04  09:27 FAX 907 269 7431      DOC RECORDS/TRANS                    ☒003/003
JAN 29 2004 08:09 FR US MARSHALS SERVICE480 279 5898 TO 919072697431       P.03

accommodating dealing with inmate Earl's behavior. Earl was very angry. As far as the accusations about bumping into inmate Earl, I don't know how to address this issue because I never touched him, or bumped into him on purpose. Myself, the flight nurse, the crew, as well as Cyndi Addington, were always walking up and down the isle. Jack Earl was in an isle seat, so if any of us rubbed against him it was not done intentionally.