**RECEIVED**

Jack L. Earl, Jr. / Pro Se
#302235
Red Rock Correctional Center
1752 East Arica Road
Eloy, AZ                    85231

OCT 2 7 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

JACK L. EARL,                    )
                                 )
            Plaintiff,           )
                                 )
vs.                              )   Case No. 3:06-cv-00126-TMB
                                 )   MOTION FOR COURT ASSISTANCE
MIKE ADDINGTON, et al.,          )   TO LOCATE DEFENDANT MIKE ADDINGTON
                                 )   SO UNITED STATES MARSHAL SERVICE
            Defendants.          )   CAN PROPERLY SERVE SUMMONS AND
                                 )   COMPLAINT UPON HIM
                                 )
_____)

PLAINTIFF, Jack L. Earl, Jr. appearing without the benefit of counsel, pro se, having been ordered to serve copies of the summons and complaint through the U.S. Marshal Service, and being charged for the service, U.S. Marshal could not execute the summons and complaint upon Defendant Mike Addington, because the address, Plaintiff assumed would be viable; e.g. Alaska Department of Corrections, was not, and the AK/DOC stated that "he is no longer connected to DOC.'

Therefore, the Plaintiff moves the Court for assistance in getting the forwarding address of Defendant Mike Addington to the U.S. Marshal Service, so proper service of summons and complaint can occur.

Because the Plaintiff is incarcerated he is unable to get said forwarding address from AKDOC, and Defendant Mike Addington is not listed in the telephone directory. This motion is supported by declaration of Plaintiff and proposed order.

DATED this 24th day of October, 2006.

                              By: _____
                                   Jack L. Earl, Jr. / Plaintiff