Jack L. Earl, Jr. / Pro Se
# 302235
Red Rock Correctional Center
1752 East Arica Road
Eloy, AZ                    85231

RECEIVED
OCT 2 7 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

JACK L. EARL,                )
                             )
         Plaintiff,          )
                             )
vs.                          )  Case No. 3:06-cv-00126-TMB
                             )  PROPOSED ORDER
MIKE ADDINGTON, et al.,      )
                             )
         Defendants.         )
                             )
_____)

This Court having considered the Plaintiff's motion for court assistance in locating defendant Mike Addington, former Director Of Institutions with the Alaska Department of Corrections, and considering both his status as incarcerated plaintiff, and the fact that the Court ordered all summons and complaints to be served by United States Marshal Services does hereby ORDER the Alaska Department of Corrections to give the United States Marshal Service the forwarding address of defendant Mike Addington, so proper service can occur.

IT IS SO ORDERED this____day of_____, 2006.


                                    _____
                                    The Honorable Timothy M. Burgess
                                    United States District Court Judge