Jack L. Earl, Jr. / Pro Se
#302235
Red Rock Correctional Center
1752 East Arica Road
Eloy, AZ                    85231

RECEIVED
OCT 2 7 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK L. EARL,<br><br>          Plaintiff,<br><br>vs.<br><br>MIKE ADDINGTON, et al.,<br><br>          Defendants. | )<br>)<br>)<br>)<br>) Case No. 3:06-cv-00126-TMB<br>) DECLARATION IN SUPPORT OF MOTION<br>) FOR COURT ASSISTANCE TO LOCATE<br>) DEFENDANT MIKE ADDINGTON SO UNITED<br>) STATES MARSHAL SERVICE CAN PROPERLY<br>) SERVE SUMMONS AND COMPLAINT UPON HIM<br>) |

     I Jack L. Earl, Jr., Plaintiff in the above captioned case does hereby declare under the penalty for perjury that the following is true and correct to my best personal knowledge, information and belief.

1. I supplied the U.S. Marshals the last known address of Defendant Mike Addington, so they could serve him with copy of the summons and complaint.

2. The Alaska DOC claims that he is no longer connected with them, but offered no forwarding address.

3. Plaintiff is unable, due to incarceration, to gain the forwarding address of this defendant, because AKDOC will not provide, eventhough they have a forwarding address for all ex-employees, including the defendant.

4. This defendant is not listed in the Alaska telephone directory either.

5. The Alaska DOC is purposely hindering prosecution of this matter by refusing to give forwarding address of defendant Mike Addington.

6. That since this Court ordered the service through the United States Marshal Service, and the Plaintiff gave, in good faith, the last known address of the defendant name herein, issuance of Court Order directing the Alaska DOC to give United States Marshal Service the proper forwarding address of this defendant, *is necessary*.

This DECLARATION was made under penalty of perjury and to my best personal knowledge, information and belief.

RESPECTFULLY SUBMITTED this 24th day of October, 2006.

By: _____
Jack L. Earl, Jr. / Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of this document the motion and proposed order were sent via U.S. Mail Service this 24th day of October, 2006 to: John K. Bodick/AAG
310 K Street, Suite 507
Anchorage, AK  99501-2064

-2-