John K. Bodick
Assistant Attorney General
310 K Street, Suite 403
Anchorage, Alaska 99501
Telephone: (907)269-6379
Attorney for defendants
Mike Addington and Cyndi Addington

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK L. EARL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 3:06-CV-00126-TMB |
| ) | |
| MIKE ADDINGTON, et al., ) | NOTICE |
| ) | |
| Defendants. ) | |
| ) | |

COMES NOW Assistant Attorney General for the State of Alaska, John K. Bodick, and , pursuant to this court's order dated October 19, 2006, hereby gives notice that he will not be appearing for or representing any other defendant in this case. This notice is given with the understanding that, pursuant to the Order Directing Service dated August 16, 2006, the court has screened Earl's claims against defendants Don Brandon and Timothy Lyden and that service will not be effected on them. However, as state

Entry of Appearance for Mike Addington
*Earl v. Addington, et al.*, 3:06-cv-00126-TMB
Page 1 of 2

employees, if Don Brandon and Timothy Lyden were to be properly served, they would be entitled to defense by the state, and most likely the undersigned.

Dated this 31 day of October, 2006.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By: s/ John K. Bodick
Assistant Attorney General
State of Alaska, Department of Law
Criminal Division Central Office
310 K Street, Suite 403
Anchorage, AK  99501
Telephone:  269-6379
Facsimile:   269-6305
Email:  John_Bodick@law.state.ak.us
AK Bar No. 8411098

**Certificate of Service**

I certify that on November 1, 2006, a copy of the foregoing
Motion to Dismiss, all attachments thereto, and the Proposed
Order were served on
Jack Earl, inmate #302235
Red Rock Correctional Center
1752 East Arica Road
 Eloy, AZ., 85231
s/ John K. Bodick

Entry of Appearance for Mike Addington
*Earl v. Addington, et al.*, 3:06-cv-00126-TMB
Page 2 of 2