Jack L. Earl, Jr. / Pro Se
# 302235
Red Rock Correctional Center
1752 East Arica Road
Eloy, AZ          85231

RECEIVED
OCT 3 1 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK L. EARL,<br><br>        Plaintiff,<br><br>vs.<br><br>MIKE ADDINGTON, et al.,<br><br>        Defendants. | Case No. 3:06-cv-00126-TMB<br>**PLAINTIFF'S OPPOSITION TO DEFENDANT CYNDI ADDINGTON'S MOTION TO DISMISS** |

PLAINTIFF Jack L. Earl, Jr. appearing without the benefit of counsel, pro se, having received the motion to dismiss filed on behalf of Defendant Cyndi Addington, and received 10/23/06 does hereby oppose the motion and asks that the Defendant's proposed order granting motion to dismiss be denied.

Since the Plaintiff has already filed an earlier opposition motion regarding a previous motion to dismiss, wherein both Mike and Cyndi Addington's names appeared , the opposition submitted by Plaintiff and received 10/16/06 by this Court will be relied on, in full, regarding this successive motion to dismiss.

The Court Denying the Motion to Dismiss should reflect both of the motion's filed by Defendants regarding the moved for dismissal.

DATED this 24th day of October, 2006.    By: _____
                                                Jack L. Earl, Jr.
                                                Plaintiff / Pro Se

CERTIFICATE OF SERVICE
I certify that a true and correct copy of this document was sent via First Class U.S. Mail Service to: Mr. John Bodick /AAG this 24 day of October, 2006. _____