# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| JACK L. EARL | 3:06-cv-00126 CTMB |
| DEFENDANT | TYPE OF PROCESS Service of summons |
| MATTHEW ITKOWITZ | CV Complaint |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Matthew Itkowitz, U.S. Marshal Prisoner Transport Services

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
5951 S. Sossman Road, Bldg. 75; Mesa, AZ 85217

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Jack L. Earl, Jr. / #302235
Red Rock Correctional Center
1752 E. Arica Road
Eloy, AZ 85231

| Number of process to be served with this Form - 285 | 3 |
| Number of parties to be served in this case | x3 |
| Check for service on U.S.A. | NØ |

RECEIVED OCT 13 2006
U.S. DISTRICT COURT
RECEIVED NOV 02 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER: Message number (520) 464-3800
DATE: 9/14/06

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 6 | No. 6 | | 9/12/06 |

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
[ ] A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

| Date of Service | Time | am/pm |
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 8 | 5.60 | | 13.60 | | #13.60 | |

REMARKS: recent

**PRIOR EDITIONS MAY BE USED**     **1. CLERK OF THE COURT**     FORM USM-285 (Rev. 12/15/80)

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

**DISTRICT OF ALASKA**

JACK EARL,

        Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 3:06-cv-00126 TMB

MIKE ADDINGTON, CYNDI ADDINGTON, MATTHEW ITKOWITZ,
JOHN/JANE DOE CONTRACT AIR CHARTER,
JOHN/JANE DOE FLIGHT NURSE,
JOHN/JANE DOE UNITED STATES MARSHAL,
FLORENCE CORRECTIONAL CENTER JOHN/JANE DOE S.O.R.T. TEAM MEMBER,
FRANK LUNA, TIMOTHY LYDEN, DONALD BRANDON, LEITONI TUPOU,
        Defendants.

TO: (Name and address of defendant)

    Mr. Matthew Itkowitz
    United States Marshals Prisoner Transport Services
    5951 South Sossman Road; Building 75
    Mesa, AZ                             85217

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Mr. Jack L. Earl, Jr.
    ~~Florence Correctional Center~~
    ~~P.O. BOX 6200~~
    ~~Florence, AZ        85232~~

New adress: Red Rock Correctional Center
1752 E. Arica Rd.   85231
Eloy, AZ

an answer to the complaint which is herewith served upon you, within __30__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_Ida Remack_
CLERK

_aug. 18, 2006_
DATE

_Lisa Singleton_
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:_____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
             Date                         Signature of Server

                                          _____
                                          Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery |
| 1. Article Addressed to:<br>Matthew Itkowitz<br>US Marshals<br>Prisoner Transport Serv<br>5951 S. Sossman Rd<br>Bldg 75, Mesa, AZ 85217 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:   ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7003 3110 0005 2101 0437 |
| PS Form 3811, August 2001 | Domestic Return Receipt   102595-01-M-2509 |

United States Marshals Service
District of Alaska
222 W 7th AVE #28
Anchorage, AK 99513-7568

Official Business
Penalty for Private Use $300

Mr. Matthew Itkowitz
US Marshals
Prisoner Transport Services
5951 South Sossman Rd, Build 75
Mesa, AZ 85217



ATTEMPTED UNKNOWN
MESA AZ 85208/09/12
RETURN TO SENDER



7003 3110 0005 2101 0437



UNITEL
00042023
MAILED FR