Jack L. Earl, Jr. / Pro Se
#302235
Red Rock Correctional Center
1752 East Arica Road
Eloy, AZ                    85231

RECEIVED
NOV 13 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

JACK L. EARL,                   )
                                )
            Plaintiff,          )
                                )
vs                              ) Case No. 3:06-cv-00126-TMB
                                )
MIKE ADDINGTON, et al.,         ) **MOTION FOR COURT DIRECTION**
                                ) **CONCERNING SERVICE OF UNITED STATES**
            Defendants.         ) **MARSHAL & DEFENDANT MATTHEW ITKOWITZ**
                                )
_____)

   Plaintiff Jack L. Earl, appearing without the benefit of counsel, pro se, does hereby move this Court for direction concerning service of summons and complaint upon defendant and United States Marshal, Matthew Itkowitz.

   This motion is supported by attached memorandum and proposed order. Since no counsel has appeared on defendant Matthew Itkowitz's behalf no copy of this motion need be served.

   DATED this 8th day of November, 2006 at Red Rock Correctional Center in Eloy, Arizona.

                                   By: /s/ Jack L. Earl, Jr.
                                       Jack L. Earl, Jr.
                                       Plaintiff / Pro Se