```
Jack L. Earl, Jr. / Pro Se
#302235
Red Rock Correctional Center
1752 East Arica Road
Eloy, AZ                    85231
```

RECEIVED
NOV 1 3 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK L. EARL,<br><br>        Plaintiff,<br><br>vs<br><br>MIKE ADDINGTON, et al.,<br><br>        Defendants. | Case No. 3:06-cv-00126-TMB<br>**PROPOSED ORDER** |

    Plaintiff Jack L. Earl, Jr., appearing without the benefit of counsel, pro se, does hereby propose that this Court issue a Minute Order from Chambers, as it did regarding unexecuted summons and complaint upon defendant Mike Addington, directing the United States Marshal Service in Anchorage, Alaska to locate another United States Marshal (defendant) in it's Arizona agency (e.g. Matthew Itkowitz) so proper execution of service of summons and complaint can be executed.

    IT IS SO ORDERED this_____day of November, 2006.


                                                  _____
                                                  The Honorable Timothy M. Burgess
                                                  United States District Court Judge