Jack L. Earl, Jr. / Pro Se
#302235
Red Rock Correctional Center
1752 East Arica Road
Eloy, AZ                    85231

RECEIVED

NOV 1 3 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

## IN THE UNITED STATE DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

JACK L. EARL,                          )
                                       )
            Plaintiff,                 )
                                       )
vs                                     )  Case No. 3:06-cv-00126-TMB
                                       )  **MEMORANDUM IN SUPPORT FOR MOTION FOR**
MIKE ADDINGTON, et al.,                )  **COURT DIRECTION CONCERNING SERVICE**
                                       )  **OF UNITED STATES MARSHAL & DEFENDANT**
            Defendants.                )  **MATTHEW ITKOWITZ**
                                       )
_____)

On August 16th, 2006 this Court ordered service of process to be
handled by the United States Marshal Service in Anchorage, Alaska
regarding defendants' Mike Addington, Cyndi Addington and United
States Marshal Matthew Itkowitz. The Petitioner submitted accurate and
complete 285 forms to the Court. Service of the summons and complaint
were executed upon defendant Cyndi Addington on 9/22/06, but was
unable to execute service of summons and complaint upon defendant Mike
Addington at his last known business address  e.g. Alaska Department
of Corrections.

On 10/24/06 plaintiff submitted motion for court assistance to
locate defendant Mike Addington to be served, with a supporting
declaration, and on the same day plaintiff received a 10/19/06 "Minute
Order from Chambers" explaining this Court's 10/13/06 review of the
"unexecuted return of service" concerning defendant Mike Addington,
and ordered "Addington" either be served at his home address, or what
the State of Alaska would prefer.

-1-

Plaintiff submitted correct address to serve defendant U.S. Marshal Matthew Itkowitz, at his place of employment, with the U.S. Marshal Prisoner Transport Services, however the U.S. Marshal Service in Anchorage Alaska was unable to execute service of summons and complaint upon defendant and U.S. Marshal Matthew Itkowitz, in Mesa, Arizona.

The reason for this was apparently due to a erroneous zip code the plaintiff was given to use. More importantly it behooves the plaintiff when contemplating who performed the service (e.g. U.S. Marshal Service, Anchorage Alaska) that such service of process could not be properly executed.

Plaintiff however received the "billing" for the unsuccessful executions of the two defendant (Mike Addington and U.S. Marshal Matthew Itkowitz) and seeks assistance from this Court, as it did concerning defendant Mike Addington, to locate through the United States Marshal Services in Anchorage, Alaska, defendant Matthew Itkowitz, whom belongs to the same agency, as those performing service of process, just in a different state.

Because of the Plaintiff's incarceration he is unable to get any assistance from the United States Marshal Service in Arizona in gaining an appropriate address for defendant Matthew Itkowitz, and request for assistance by the Court is reasonable.

DATED this 8th day of November, 2006.

By: _____
Jack L. Earl, Jr.
Plaintiff / Pro Se

-2-