Jack L. Earl, Jr. / Pro Se
# 302235
Red Rock Correctional Center
1752 East Arica Road
Eloy, AZ                    85231



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK L. EARL,                )<br>                              )<br>         Plaintiff,           )<br>                              )<br>vs.                           )   Case No. 3:06-cv-00126-TMB<br>                              )   **PLAINTIFF'S OPPOSITION TO**<br>MIKE ADDINGTON, et al.,       )   **DEFENDANT MIKE ADDINGTON'S**<br>                              )   **MOTION TO DISMISS**<br>         Defendants.          )<br>                              )<br>_____) | |

PLAINTIFF Jack L. Earl, Jr. appearing without the benefit of counsel, pro se, having received said motion to dismiss, which was filed 11/16/06 on behalf of Defendant Mike Addington, does hereby oppose the motion and further asks that Defendant's proposed order granting motion to dismiss be denied. Docket 54 is not the "First MOTION to dismiss by Defendant Mike Addington, (Bodick, John) but the second motion. Plaintiff has already filed an earlier opposition motion regarding a previous (FIRST) motion to dismiss, wherein both Cyndi and Mike Addington's names appear as seeking dismissal, which was submitted by (Bodick, John) on their behalf, dated 9/7/06, and properly opposed by Plaintiff 10/16/06. Therefore Plaintiff will rely on the previously submitted opposition when and if the Court otherwise orders supplemental pleadings. The Court denying any motions to dismiss on behalf of either Mike or Cyndi Addington should reflect that said denial directly related to all of them in it's order.

DATED this 21st day of November, 2006.

By: _____
Jack L. Earl, Jr.
Plaintiff / Pro Se

CERTIFICATE OF SERVICE
I certify that a true and correct copy of this document
was sent via First Class U.S. Mail Service to: Bodick, John
Assistant Attorney General
State of Alaska

This 21st day of November, 2006: _____
Jack L. Earl, Jr.
Plaintiff / Pro Se

-2-