John K. Bodick
Assistant Attorney General
310 K Street, Suite 403
Anchorage, Alaska 99501
Telephone: (907)269-6379
Attorney for State of Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK L. EARL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 3:06-CV-00126-TMB |
| ) | |
| MIKE ADDINGTON, et al., ) | NOTICE re CCA SORT Defendants |
| ) | |
| Defendants. ) | |
| ) | |

COMES NOW Assistant Attorney General for the State of Alaska, John K. Bodick, and , pursuant to this court's order dated November 9, 2006, hereby provides the names of the Doe – S.O.R.T. team individuals named as defendants in plaintiff Earl's complaint:

    Esteban Sanchez
    Michael Evenson
    Jarred Kloos
    Craig Frappiea

Notice re CCA SORT defendants
*Earl v. Addington, et al.*, 3:06-cv-00126-TMB
Page 1 of 2

Sean Meiner
Wes Wallis
Wes Wernett
Ramon Balderama
Stephen Naganjo
Curtis Grueneburg
Richard Acuna

These names were provided to the undersigned by counsel for the Corrections Corporation of America and represent the names of the members of the S.O.R.T. team that were present when plaintiff Earl arrived in Arizona in December of 2003. The undersigned was advised that it was not possible to specifically identify the individuals who participated in the alleged incidents plaintiff Earl states in his complaint.

CRAIG J. TILLERY
ACTING ATTORNEY GENERAL

By: s/ John K. Bodick
Assistant Attorney General
State of Alaska, Department of Law
Criminal Division Central Office
310 K Street, Suite 403
Anchorage, AK  99501
Telephone:  269-6379
Facsimile:    269-6305
Email:  John_Bodick@law.state.ak.us
AK Bar No. 8411098

### Certificate of Service

I certify that on December 4, 2006, a copy of the foregoing Motion to Dismiss, all attachments thereto, and the Proposed Order were served on
Jack Earl, inmate #302235
Red Rock Correctional Center
1752 East Arica Road
Eloy, AZ., 85231

s/ John K. Bodick

Notice re CCA SORT defendants
*Earl v. Addington, et al.*, 3:06-cv-00126-TMB
Page 2 of 2