Jack L. Earl, Jr. / Pro Se
# 302235
Red Rock Correctional Center
1752 East Arica Road
Eloy, AZ                    85231



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK L. EARL,<br><br>      Plaintiff,<br><br>vs.<br><br>MIKE ADDINGTON, et al.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>) Case No. 3:06-cv-00126-TMB<br>) PLAINTIFF'S MOTION FOR<br>) CLARIFICATION CONCERNING COURT'S<br>) ORDER REGARDING SERVICE & RECENTLY<br>) PROVIDED S.O.R.T. TEAM DEFENDANTS'<br>) NAMES<br>) |

    Plaintiff, Jack L. Earl, Jr. appearing without the benefit of counsel, pro se, does hereby move the Court for clarification of and direction for serving recently provided S.O.R.T. Team members names by the State of Alaska, Mr. John Bodick. The Court ordered Mr. Bodick to provide the Plaintiff with the names of the John/Jane Doe S.O.R.T. Team defendants' named in the original complaint on November 9, 2006, which Mr. Bodick complied with. Plaintiff received 10 names December 8, 2006. However, the Plaintiff has already attempted to gain addresses for these individuals, so service of process could commence, to no avail, and are now seeking clarification and direction from the Court as to how service of process regarding these defendants' can be accomplished.

    DATED this 11th day of December, 2006 at Red Rock Correctional Center.                      By: _____
                                                                               Jack L. Earl, Jr. / Plaintiff

CERTIFICATION OF SERVICE
I hereby certify that on this 11 day of Dec , 2006 I caused to be mailed complete and correct copies of this document and any attachments to: Mr. John Bodick