Jack L. Earl, Jr. / Pro Se
# 302235
Red Rock Correctional Center
1752 East Arica Road
Eloy, AZ                85231



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

JACK L. EARL,                    )
                                 )
        Plaintiff,               )
                                 )
vs.                              ) Case No. 3:06-cv-00126-TMB
                                 )
MIKE ADDINGTON, et al.,          ) PROPOSED ORDER
                                 )
        Defendants.              )
                                 )
_____)

    This Court having considered the Plaintiff's Motion for Clarification Concerning Court's <u>Order Regarding Service</u> & Recently Provided S.O.R.T. Team Defendants' Names does hereby ORDER the following:_____

_____

_____.

    IT IS SO ORDERED this___day of_____, 2006 at the United States District Court for the District of Alaska at Anchorage.


                                        _____
                                        The Honorable Timothy M. Burgess
                                        United States District Court Judge