**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Jack L. Earl | 3:06cv126JMB |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Matthew Itkowitz | Cv Complaint |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Matthew Itkowitz, US Marshal Prisoner Transport Services

**AT**

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Clerk
US District Court
222 W 7th Ave #4
Anchorage, AK 99513

RECEIVED
DEC 28 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:   ☐ PLAINTIFF  ☐ DEFENDANT
Singleton by court order

TELEPHONE NUMBER: 907-677-6105
DATE: 11/14/06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 6 | District to Serve No. 6 | Signature of Authorized USMS Deputy or Clerk | Date 11/20/06 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
MATTHEW ITKOWITZ, DUSM

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 12/26/06   Time: 11:00 am (circled)

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45 | | | 45 | | | |

REMARKS: Served via fax see accompanying paperwork

Contacted DOJ @ JPATS

PRIOR EDITIONS MAY BE USED          **1. CLERK OF THE COURT**          FORM USM-285 (Rev. 12/15/80)

AO 440 (Rev. 10/93) Summons in a Civil Action

ORIGINAL

# United States District Court

DISTRICT OF ALASKA

JACK EARL,

        Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 3:06-cv-00126 TMB

MIKE ADDINGTON, CYNDI ADDINGTON, MATTHEW ITKOWITZ,
JOHN/JANE DOE CONTRACT AIR CHARTER,
JOHN/JANE DOE FLIGHT NURSE,
JOHN/JANE DOE UNITED STATES MARSHAL,
FLORENCE CORRECTIONAL CENTER JOHN/JANE DOE S.O.R.T. TEAM MEMBER,
FRANK LUNA, TIMOTHY LYDEN, DONALD BRANDON, LEITONI TUPOU,
        Defendants.

TO: (Name and address of defendant)

    Mr. Matthew Itkowitz

                                         r Transport Services

**YOU ARE HEREBY SUMMONED** and ... ... ... ... ... ORNEY (name and address)

    Mr. Jack L. Earl, Jr.
    Florence Correctional Center
    P.O. BOX 6200
    Florence, AZ        85232

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Ida Romack
CLERK

11-14-2006
DATE

_(signature)_
(BY) DEPUTY CLERK

Case 3:06-cv-00126-TMB   Document 10   Filed 05/30/2006   Page 2 of 2

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE 12/26/2006 |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) STACY MORTON | TITLE SDUSM |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: __VIA FAX TO LA USMS OFC__

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __12/26/2006__
                Date

Signature of Server   SDUSM

Address of Server: 222 W 7th Ave #28 Anchorage AK 99513

\* please sign  _Matthew [signature]_ DUSM

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK LAWRENCE EARL, JR.,<br><br>Plaintiff,<br><br>vs.<br><br>MIKE ADDINGTON, et al.,<br><br>Defendants. | Case No. 3:06-cv-00126-TMB<br><br>ORDER REGARDING SERVICE |

On August 1, 2006, the Court issued an order directing service and response in this prisoner's civil rights case.[1] The Court gave Mr. Earl an opportunity to "request information, from the various employer agencies or entities of his John and Jane Doe defendants, to inquire as to the names of those individual defendants [and to] then move to have those names substituted as defendants in this action, and request that summonses be issued;" and "[i]n the alternative, if Mr. Earl does not receive the information from any of the employers, he may move for a response from

---

[1] See Docket No. 22.

C:\Documents and Settings\elisa\Local Settings\Temp\notesEF8C58\~6539758.wpd

the employer(s). In that event, Mr. Earl should attach a copy of his letters requesting the information to his motion, as well as any responses to his requests."[2]

Mr. Earl followed those instructions, and when he received no response, he filed motions with the Court to obtain the names of those Doe defendants.[3] Therefore, the Court will order that the names of the S.O.R.T. defendants, who are employees of the prison in Arizona with which the State of Alaska contracts, be provided by counsel for the State of Alaska.

Next, a return of service has been filed with the Court, unexecuted, for defendant Matthew Itkowitz, named as the flight officer in charge of transporting Mr. Earl from Alaska to Mesa, Arizona, in conjunction with the United States Marshal Service. The public record indicates that the United States Marshal Service manages that transportation service.[4] The Marshal will be directed to personally serve defendant Itkowitz at work. Once Mr. Itkowitz is served, the Court will direct him to supply the name of the John Doe defendant identified as the U.S. Marshal stationed near the bathroom during the flight at issue in this case.

Finally, Mr. Earl was also told that because he had "yet to allege that Frank Luna had anything to do with Mr. Earl's treatment during or after the transfer to Arizona, even though Mr. Earl informed Mr. Luna about his disability in an attempt

---

[2] *Id.* at 6-7.

[3] *See* Docket Nos. 30, 31.

[4] *See, e.g.*, www.usdoj.gov/oig/reports/USMS/a0701/final.pdf.

to avoid the transfer in the first instance ... [i]f Mr. Earl wishes to amend his complaint to allege specific facts that show Frank Luna's involvement in violating his rights, he must move to amend his complaint to do so."[5] Mr. Earl has not amended his complaint, and has indicated that he wishes to dismiss Mr. Luna as a defendant in this action.[6] Therefore, Mr. Luna will be dismissed as a defendant.

**IT IS HEREBY ORDERED:**

1. Mr. Earl's motion, at docket number 30, seeking the names of the Doe - S.O.R.T. defendants, is GRANTED. On or before **December 4, 2006**, counsel for the State of Alaska shall provide the names of the Doe - S.O.R.T. individuals named as defendants in Mr. Earl's complaint.

2. Mr. Earl's motion for assistance in locating defendant Mike Addington, at docket number 45, is DENIED as moot.[7]

3. The Clerk of Court shall re-issue a summons to Matthew Itkowitz, and forward to the United States Marshal a completed U.S. Marshal form 285, a copy of the complaint and original summons, and this order.

4. The U.S. Marshal is directed to personally serve defendant Matthew Itkowitz, identified as the flight officer in charge of transporting Mr. Earl from Alaska to

---

[5] Docket No. 25 at 2.

[6] *See* Docket No. 30, attached letter to Mr. Luna.

[7] Counsel has made an appearance on behalf of Mike Addington. *See* Docket No. 47.

Mesa, Arizona, in conjunction with the United States Marshal Service, at his current work address, with a copy of the original summons, complaint, and this Order.

5. The Court will address Mr. Earl's motion, at docket number 31, seeking the name of the John Doe defendant identified as the U.S. Marshal stationed near the bathroom during the flight at issue in this case, once Mr. Itkowitz has been served.

6. Frank Luna is DISMISSED as a defendant in this action.

7. Mr. Earl's motion, at docket number 27, requesting that the Court make copies of any documents necessary to send to the defendants is DENIED as moot at this time. The current defendants will receive a notice of electronic filing whenever Mr. Earl files documents in this case.

8. Mr. Earl's request for the Court to send him a copy of defendants' motion to dismiss, at docket number 32, is now moot, as having been re-sent to Mr. Earl by counsel for the defendants.[8]

DATED this 9th day of November, 2006, at Anchorage, Alaska.

/s/TIMOTHY M. BURGESS
United States District Judge

---

[8] See Docket No. 33.

C:\Documents and Settings\elisa\Local Settings\Temp\notesEF8C58\~6539758.wpd 4                                    ORDER