IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

JACK LAWRENCE EARL, JR.,

    Plaintiff,

vs.

MIKE ADDINGTON, et al.,

    Defendants.

Case No. 3:06-cv-00126-TMB

ORDER REGARDING SERVICE
on UNITED STATES MARSHAL

On August 1, 2006, the Court issued an order directing service and response in this prisoner's civil rights case.[1] Because a return of service was filed with the Court, unexecuted, for defendant Matthew Itkowitz, named as the flight officer in charge of transporting Mr. Earl from Alaska to Mesa, Arizona, Mr. Itkowitz was ordered to be served at work.[2] Mr. Itkowitz was served on December 26, 2006, and has not answered the complaint.[3]

---

[1] *See* Docket No. 22.

[2] See Docket No. 53.

[3] *See* Docket No. 58.

Furthermore, Mr. Earl alleges that Mr. Itkowitz transported him to Arizona in conjunction with the United States Marshal Service. The Court stated in its order regarding service upon Mr. Itkowitz that, once Mr. Itkowitz was served, the Court would "direct him to supply the name of the John Doe defendant identified as the U.S. Marshal stationed near the bathroom during the flight at issue in this case."[4] He must now do so. In addition, in the event the flight nurse, identified in the complaint as being "employed either by DOC or USMS" is employed by the U.S. Marshal, Mr. Itkowitz must identify that individual as well.

**IT IS HEREBY ORDERED:**

1. Mr. Itkowitz must answer the complaint, on or before **April 30, 2007**, or the Court will require Mr. Earl to move for default against Mr. Itkowitz;

2. On or before **April 30, 2007**, Mr. Itkowitz must identify the United States Marshal stationed near the bathroom during the flight at issue in this case, and the Marshal's work address; and

3. On or before **April 30, 2007**, Mr. Itkowitz must identify the flight nurse during the flight at issue in this case, if employed by the United States Marshal Service, and/or if known, and the nurse's work address;

---

[4] Docket No. 53 at 2.

4. Mr. Earl is ordered to file a notice with the Court as to the status of any other defendants yet to have been served, on or before **April 30, 2007**.[5]

DATED this 9th day of April , 2007, Anchorage, Alaska.

/s/TIMOTHY  M.  BURGESS
United States District Judge

---

[5] Frank Luna has been dismissed as a defendant in this case.  *See* Docket No. 53.