Jack L. Earl, Jr. / Pro Se
#302235
Red Rock Correctional Center
1752 East Arica Road
Eloy, AZ          85231

RECEIVED
APR 1 6 2007
CLERK, U.S. ~~~~~~~~
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK L. EARL,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MIKE ADDINGTON, et al.,<br><br>　　　　　Defendants. | ) <br> ) <br> ) <br> ) <br> ) Case No. 3:06-CV-00126-TMB <br> ) MOTION FOR CASE STATUS, ENFORCEMENT OF <br> ) COURT-ORDER DIRECTING DEFENDANT ITKOWITZ <br> ) TO SUPPLY PLAINTIFF WITH JOHN DOE/U.S. <br> ) MARSHAL IDENTITY AND PROPER MAILING <br> ) ADDRESS FOR DEFENDANT MATTHEW ITKOWITZ <br> ) |

PLAINTIFF, Jack L. Earl, Jr., appearing without the benefit of counsel, pro se, does hereby move the Court for the status of this case, to enforce (for noncompliance) it's court-order, dated 11/9/06 upon defendant Matthew Itkowitz, which directed [h]im to "supply the name of the John Doe defendant identified as the U.S. Marshal stationed near the bathroom during the flight at issue in this case," and since the Alaska U.S. Marshal Service served defendant Itkowitz via FAX, plaintiff has no proper physical mailing address for this defendant, in which to serve pleading directed at [h]im.

DATED this 10th day of April, 2007 at Red Rock Correctional Center in Eloy, Arizona.

By: _____
　　Jack L. Earl, Jr.　/　Pro Se