Jack L. Earl, Jr. / Pro Se
#302235
Red Rock Correctional Center
1752 East Arica Road
Eloy, AZ                    85231

RECEIVED

APR 1 6 2007

CLERK, U.S. ~~~~~~~~ COURT
ANCHORAGE, ALASKA

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

JACK L. EARL,                      )
                                   )
            Plaintiff,             )
                                   )
vs.                                )  Case No. 3:06-CV-00126-TMB
                                   )
MIKE ADDINGTON, et al.,            )
                                   )     PROPOSED   ORDER
            Defendants.            )
                                   )
_____)

    This Court having considered the plaintiff's motion and any
opposition thereto does hereby GRANT all parts of the motion and will
direct the Clerk of Court to send to plaintiff a status report of this
case.

    Furthermore, this Court will direct the Alaska U.S. Marshal
Service to give to the Clerk of Court and the plaintiff, defendant
Matthew Itkowitz's address, so that the Clerk of Court can serve upon
defendant Matthew Itkowitz sanctions for noncompliance with the
court-order, and to send to plaintiff the name of the John Doe, U.S.
Marshal as directed in the 11/09/06 order.

    IT IS SO ORDERED this____day of_____, 2007.


                            _____
                            The Honorable Timothy M. Burgess
                            United States District Court Judge