Jack L. Earl, Jr. / Pro Se
#302235
Red Rock Correctional Center
1752 East Arica Road
Eloy, AZ            85231

RECEIVED

APR 1 6 2007

CLERK, U.S. ~~~~~~~ COURT
ANCHORAGE, ALASKA

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK L. EARL,<br><br>     Plaintiff,<br><br>vs.<br><br>MIKE ADDINGTON, et al.,<br><br>     Defendants. | )<br>)<br>)<br>)<br>) Case No. 3:06-CV-00126-TMB<br>) MOTION FOR ENTRY OF DEFAULT JUDGMENT<br>) AGAINST DEFENDANT MATTHEW ITKOWITZ<br>)<br>)<br>)<br>) |

   PLAINTIFF, Jack L. Earl, Jr., appearing without the benefit of counsel, pro se, does hereby move this Court to enter default judgment in this case against defendant Matthew Itkowitz, pursuant to Federal Rules of Civil Procedure, Rule 55(a)(b)(2).

   Mr. Itkowitz was properly served with complaint and summons by Alaska U.S. Marshal Service on December 26, 2006, and no answer to plaintiff's complaint, nor appearance of counsel for Mr. Itkowitz has been filed or received. Furthermore Mr. Itkowitz has failed to comply with court-order, dated 11/09/06 which directed him to supply the identity of the U.S. Marshal (plaintiff named as John Doe) who was near the bathroom during the flight from Alaska to Arizona.

   Plaintiff believes the entry of default against this defendant is proper and should be granted.

   DATED this ____ day of April, 2007 at Red Rock Correctional Center in Eloy, Arizona.    By: _____
                                                    Jack L. Earl, Jr. / Pro Se