Jack L. Earl, Jr. / Pro Se
#302235
Red Rock Correctional Center
1752 East Arica Road
Eloy, AZ            85231

RECEIVED
APR 16 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

JACK L. EARL, )
)
        Plaintiff, )
)
vs. ) Case No. 3:06-CV-00126-TMB
) PROPOSED ORDER
MIKE ADDINGTON, et al., )
)
        Defendants. )
)
_____ )

This Court having considered the plaintiffs motion for entry of default judgment against defendant Matthew Itkowitz and any opposition thereto does hereby GRANT plaintiff's motion, will hold telephonic evidentiary hearing with the plaintiff to discuss appropriate damages as they pertain to this defendant.

IT IS SO ORDERED this____day of_____, 2007.

                                                _____
                                                The Honorable Timothy M. Burgess
                                                United States District Court Judge