Jack L. Earl, Jr. / Pro Se
#302235
Red Rock Correctional Center
1752 East Arica Road
Eloy, AZ                85231

RECEIVED
APR 16 2007
CLERK, U.S. ~~~~
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

JACK L. EARL,                   )
                                )
          Plaintiff,            )
                                )
vs.                             ) Case No. 3:06-CV-00126-TMB
                                ) PROOF OF SERVICE
MIKE ADDINGTON, et al.,         )
                                )
          Defendants.           )
                                )
_____  )

    I Jack L. Earl, Jr., plaintiff in the above captioned civil case do hereby certify true and correct copies of the foregoing was sent via U.S. Mail, First Class, this 10th day of April, 2007 to:

Mr. John Bodick                         Mr. Matthew Itkowitz
Assist. Attorney General                Defendant/U.S. Marshal
310 K Street, Suite 310                 Address unknown
Anchorage, AK      99501-2064
Counsel for Mike & Cindy Addington

BY: _____
    Jack L. Earl, Jr. / Plaintiff