NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail:  richard.pomeroy@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK LAWRENCE EARL, JR.,<br><br>    Plaintiff,<br><br>  v.<br><br>MIKE ADDINGTON, CYNDI ADDINGTON, MATTHEW ITKOWITZ, et. al.,<br><br>    Defendants. | Case No. 3:06-cv-00126-TMB<br><br>**LIMITED ENTRY OF APPEARANCE and MOTION FOR EXTENSION OF TIME ON SHORTENED TIME TO RESPOND TO DOCKET 59** |

The undersigned, Richard L. Pomeroy, Assistant U.S. Attorney, hereby enters his limited appearance, pursuant to 28 U.S.C. § 517 for the purpose of responding to this Court's order at Docket 59.

Defendant Matthew Itkowitz, after being served with this Court's Order at Docket 59, has requested representation by the Department of Justice in this Bivens lawsuit. The United States Marshal Service has endorsed his request for representation and forwarded that request on April

25, 2007.  The request for representation is currently being reviewed but has not been acted upon.

Accordingly, the undersigned asks for a ten (10) day extension of the deadlines contained in Docket 59 in order for the representation request to be considered and for preparation of the documents responsive to Docket 59.  This request for an extension is made on shortened time, pursuant to Ak LR 7.2(c) because the deadline for compliance with Docket 59 is today.

If granted, Defendant Itkowitz would have until May 10, 2007 to answer and otherwise respond to Docket 59.

Respectfully submitted this 30th day of April, 2007, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/Richard L. Pomeroy
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov
Alaska Bar No. 8906031

**CERTIFICATE OF SERVICE**

I hereby certify that on April 30, 2007,
a copy of the foregoing LIMITED ENTRY
OF APPEARANCE and MOTION FOR
EXTENSION OF TIME was served
via U.S. mail on:

Jack Lawrence Earl, Jr.
302235
RED ROCK CORRECTIONAL CENTER/CCA
1750 E. Arica Road
Eloy, AZ 85231

and electronically on John K. Bodick.

s/ Richard L. Pomeroy

Earl v Addington, et. al.
Case No. 3:06-cv-00126-TMB         2