IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK LAWRENCE EARL, JR., <br><br> Plaintiff, <br><br> v. <br><br> MIKE ADDINGTON, et. al., <br><br> Defendants. | Case No. 3:06-cv-00126-TMB <br><br> **[PROPSOED] ORDER** |

Good cause being shown,

IT IS ORDERED, that the deadlines for Defendant Matthew Itkowitz to answer and otherwise respond to Docket 59 are extended. Defendant Itkowitz will answer and otherwise respond to Docket 59 on or before May 10, 2007.

Date: _____

_____
TIMOTHY M. BURGESS
United States District Court Judge