NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK LAWRENCE EARL, JR.,<br><br>Plaintiff,<br><br>v.<br><br>MIKE ADDINGTON, CYNDI ADDINGTON, MATTHEW ITKOWITZ, et. al.,<br><br>Defendants. | Case No. 3:06-cv-00126-TMB<br><br>**AFFIDAVIT IN SUPPORT OF REQUEST FOR SHORTENED TIME ON MOTION FOR EXTENSION OF TIME TO RESPOND TO DOCKET 59** |

I, Richard L. Pomeroy, being duly sworn upon oath, deposes and states as follows:

1. I am an assistant United States attorney in the District of Alaska.

2. Shortened time for consideration of the underlying motion for an extension of time is necessary because the deadline for responding to this Court's order at Docket 59 is today. The undersigned has not discussed this request with plaintiff because he is not represented by counsel and, as a state prisoner, he is not readily available for telephonic contact.

3. I was notified by the Office of General Counsel for the United States Marshal Service concerning this case on April 19, 2007, the same day that they were made aware of this case.

4. Defendant Itkowitz has requested representation by the Department of Justice. This request has been endorsed by the U. S. Marshal Service and was forwarded to the Department of Justice.

5. The undersigned spoke this morning to the attorney who has been assigned this representation request. That attorney had only been assigned this request today. He has assured the undersigned that, in light of this Court's order, the request would be expedited.

*Richard L. Pomeroy*
RICHARD L. POMEROY
Assistant U.S. Attorney

SUBSCRIBED and SWORN to before me this 30th day of April, 2007, at Anchorage, Alaska.

Notary Public, State of Alaska
My Commission expires: _____

**CERTIFICATE OF SERVICE**

I hereby certify that on April 30, 2007,
a copy of the foregoing LIMITED ENTRY
OF APPEARANCE and MOTION FOR
EXTENSION OF TIME was served
via U.S. mail on:

Jack Lawrence Earl, Jr.
302235
RED ROCK CORRECTIONAL CENTER/CCA
1750 E. Arica Road
Eloy, AZ 85231

and electronically on John K. Bodick.

s/ Richard L. Pomeroy