Jack L. Earl, Jr. / Pro Se
#302235
Red Rock Correctional Center
1752 East Arica Road
Eloy, AZ                    85231

RECEIVED

APR 2 7 2007

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK L. EARL, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 3:06-CV-00126-TMB |
| MIKE ADDINGTON, et al., | ) NOTICE OF DEFENDANTS' NOT YET SERVED ) ) |
| Defendants. | ) ) ) |

Plaintiff, Jack L. Earl, Jr., appearing without the benefit of counsel, pro se, and reordered by he Court April 9th, 2007 does hereby **notice** this Court with a listing of defendants' not yet served, and at no fault of the plaintiff. They are either John and Jane Does' wherein defendant Matthew Itkowitz was to identify, or a John and/or Jane Doe "Sort Team Member."

Plaintiff moved, December 11th, 2006, for the names of the John and/or Jane Doe S.O.R.T. team members, and did in fact receive the names, but did not receive any addresses in which to serve potential defendants' with summons and complaint. Plaintiff sought Court "clarification and direction," regarding the address dilemna.

Therefore it appears that four (4) potential defendants' have yet to be served, one (1) U.S. Marshal, one (1) Flight Nurse, and two (2) S.O.R.T. team members.

DATED this 24th day of April, 2007.

By: _____
Jack L. Earl, Jr.  // Pro Se