Jack L. Earl, Jr. / Pro Se
#302235
Red Rock Correctional Center
1752 East Arica Road
Eloy, AZ          85231

RECEIVED

APR 2 7 2007

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK L. EARL, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 3:06-CV-00126-TMB ) **CERTIFICATION OF SERVICE** |
| MIKE ADDINGTON, et al., | ) ) |
| Defendants. | ) ) ) |

I Jack L. Earl, Jr., the above entitled plaintiff, appearing without the benfit of counsel, pro se, does hereby certify that true and correct copies of the **"Notice of Defendants' Not Yet Served"** was sent via U.S. Mail Service, First Class, this 24th day of April, 2007 to:

Mr. John Bodick
Assistant Attorney General
310 K Street, Suite 507
Anchorage, AK     99501-2064

By: _____
Jack L. Earl, Jr.
Plaintiff // Pro Se

Mr. Jack L. Earl, Jr.
# 302235
Red Rock Correctional Center
1752 East Arica Road
Eloy, AZ    85231

PHOENIX AZ 850

24 APR 2007 PM 7 T

United States District Cour
Federal Courthouse
222 West 7th Avenue, #4
Anchorage, AK   99513-7564

