Jack L. Earl, Jr. / Pro Se
#302235
Red Rock Correctional Center
1752 East Arica Road
Eloy, AZ            85231



RECEIVED
MAY 10 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK L. EARL,<br><br>            Plaintiff,<br><br>vs.<br><br>MIKE ADDINGTON, et al.,<br><br>            Defendants. | ) <br> ) <br> ) <br> ) <br> ) Case No. 3:06-CV-00126-TMB <br> ) <br> ) CONDITIONAL OPPOSITION TO DEFENDANT <br> ) MATTHEW ITKOWITZ'S LIMITED ENTRY OF <br> ) APPEARANCE and MOTION FOR EXTENSION <br> ) OF TIME ON SHORTENED TIME TO <br> ) RESPOND TO DOCKET 59 |

   Plaintiff, Jack L. Earl, Jr., appearing without the benefit of counsel, pro se, does hereby "conditionally oppose" the Limited Entry of Appearance & Motion for Extension of Time on Shortened Time to Respond to Docket 59, filed on **April 30th, 2007**.

   Plaintiff would overlook, if compelling circumstances, supported by documentation and/or evidence, make this extremely untimely entry of appearance and motion for extension of time legally justifiable.

**Background:**

   After some difficulty in locating defendant Matthew Itkowitz, even by the United States Marshal Services of Alaska, and whom of which [h]e is also a active Marshal, Mr. Itkowitz was finally served with a copy of the **summons** and **complaint** on **December 26th, 2006** for which he signed, by Alaska United States Marshals.

   For the sake of arguendo, this would have made [h]is appearance and answer to the complaint due on or about January 16th, 2007.

   However, no appearance nor answer to the complaint was received,

-1-

in fact this Court's order dated November 9th, 2006 which directed Mr. Itkowitz (once served) to identify, for plaintiff, the John Doe defendant , U.S. Marshal stationed near the bathroom during the flight at issue in this case.

The above mentioned court-order was reiterated by this Court, which included the identity of the "Flight Nurse," on April 9th, 2007, yet no responses were received by this Court nor the plaintiff regarding the answer, appearance, and identities of the John and Jane Does.

## Condition Required for Plaintiff to Overlook Untimeliness of Defendant Matthew Itkowitz:

Plaintiff would overlook the untimeliness of the appearance and motion for extension of time at issue, pending court approval, if the defendant can show a legally supported and documented reason why he failed to answer the complaint on January 16th, 2007, why he failed to "supply" The identities of the John Doe, U.S. Marshal, and subsequent court-order for Flight Nurse. Why [h]e failed to answer the complaint, after an additional (unheard-of) [90] ninety plus days.

If Mr. Itkowitz cannot produce sufficient evidence(s) supporting the reasons [h]e believes justifies this disregard for court-orders, rules of civil procedures regarding appearance and answers to a complaint, then plaintiff would adamantly oppose, unless of course this Court was satistifed with [h]is excuses. Mr. Itkowitz cannot and should not expect that he can disregard court-orders, rules of civil procedures and [h]is obligations on the eve of the reiterated due date, by this Court, to answer the complaint without something more that explains why [h]e did not seek legal "representation" once served.

As it stands now the plaintiff has no solid evidence from Mr. Itkowitz in which to base a coherent decision whether to oppose or not oppose the issue now before him.

### Conclusion:

If this Court is satisfied with the non-supported request for extension of time requested by the defendant, pending of course [it's] review of supporting documentation "supplied" by Mr. Itkowitz, then the plaintiff will abide by that decision. However, if the Court believes Mr. Itkowitz needs yet more time to comply, having "supplied" the plaintiff with supporting documentation/evidence, and the plaintiff and this Court agree that Mr. Itkowitz's reasons are without merit, then this Court should move forward on it's own order granting plaintiff default judgment against United States Marshal Matthew Itkowitz.

DATED this 4th day of May, 2007.

By: _____
Jack L. Earl, Jr. / Pro Se

### Certificate of Service

I hereby certify that on this 4th day of May, 2007 I sent true and correct copies of this document and it's attachments via U.S. Mail Service, first class to:

Richard Pomeroy  
Assistant U.S. Attorney  
222 W. 7th Avenue, #9  
Anchorage, AK   99513-7567

John Bodick  
Assistant Attorney General  
310 K Street, Suite 507  
Anchorage, AK   99501-2064

By: _____
Jack L. Earl, Jr. / Plaintiff

-3-

k L. Earl, Jr.
k Correctional Center
st Arica Road
AZ 85231

07 MAY 03 PM 10 T
PHOENIX AZ 850



United States District Court
District of Alaska
222 West 7th Avenue, #4
Federal Courthouse
Anchorage, AK 99513-7564