

MAY 1 0 2007

CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

Jack L. Earl, Jr. / Pro Se
#302235
Red Rock Correctional Center
1752 East Arica Road
Eloy, AZ                    85231

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK L. EARL, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 3:06-CV-00126-TMB |
| MIKE ADDINGTON, et al., | ) PROPOSED ORDER |
| Defendants. | ) |

This Court having considered the plaintiff's conditional opposition to defendant Matthew Itkowitz's late entry of appearance and motion for extension of time on shortened time to respond to docket 59, and any legally justifiable and fully supported reason(s) "supplied" (if any) by defendant does hereby order the following: _____

_____

_____.

IT IS SO ORDERED this ___ day of _____, 2007.

_____
The Honorable Timothy M. Burgess
United States District Court Judge