IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK LAWRENCE EARL, JR., <br><br>　　　　Plaintiff, <br><br>　v. <br><br>MIKE ADDINGTON, CYNDI ADDINGTON, MATTHEW ITKOWITZ, et. al., <br><br>　　　　Defendants. | ) Case No. 3:06-cv-00126-TMB <br> ) <br> ) <br> ) **[PROPOSED] ORDER TO DISMISS** <br> ) **DEFENDANT MATTHEW ITKOWITZ** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

The Court having considered Defendant's Motion to Dismiss Defendant Matthew Itkowitz and Memorandum in Support, and any opposition thereto, ORDERS that the motion is GRANTED and Matthew Itkowitz is dismissed as a Defendant. The caption will be changed to reflect the approval.

Date: _____　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Timothy M. Burgess
　　　　　　　　　　　　　　　　　　　　United States District Court Judge