NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail:  richard.pomeroy@usdoj.gov

Attorney for Defendant Matthew Itkowitz

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK LAWRENCE EARL, JR.,<br><br>  Plaintiff,<br><br>  v.<br><br>MIKE ADDINGTON, et. al.,<br><br>  Defendants. | Case No. 3:06-cv-00126-TMB<br><br>NOTICE OF COMPLIANCE WITH DOCKET 59 |

      Defendant Matthew Itkowitz, through counsel, responds to this Court's Order at Docket 59 as follows:

      1.      Docket 59 requires identification of  the "Jane Doe Flight Nurse".  The flight nurse was Debbie Carter of the U.S. Public Health Service, assigned to the USMS/JPATS office in Mesa, Arizona.

      2.      Docket 59 requires identification of the "U.S. Marshal stationed near the bathroom during the flight".  Plaintiff describes the "John Doe employee of the United States Marshals Service" as the person "responsible for coordinating prisoner management during the

flight, including moving prisoners to restroom facilities and working with the Flight Nurse and the Flight Officer in Charge regarding medical and/or security issues." Docket 1, Complaint at ¶10. This individual could be any of the 12 Aviation Security Officers (ASOs) who were on the flight. One hundred twenty (120) prisoners were being transported, according to the Daily Flight Log.

Defendant respectfully asks that plaintiff describe this person in greater detail. At a minimum, Plaintiff could provide at least some physical description of the individual. From that information, the identity of the ASO could hopefully be narrowed from twelve to two or three.

Respectfully submitted this 10th day of May, 2007, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/Richard L. Pomeroy
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov
Alaska Bar No. 8906031

**CERTIFICATE OF SERVICE**

I hereby certify that on May 10, 2007,
a copy of the foregoing **NOTICE OF COMPLIANCE WITH DOCKET 59** was served via U.S. mail to:

Jack Lawrence Earl, Jr. #302235
RED ROCK CORRECTIONAL CENTER/CCA
1750 E. Arica Road
Eloy, AZ 85231

and electronically to
John K. Bodick

s/ Richard L. Pomeroy

Earl, et. al. v. USA
Case No. 3:06-cv-00126-TMB                         2