John K. Bodick
Assistant Attorney General
310 K Street, Suite 403
Anchorage, Alaska 99501
Telephone: (907)269-6379
Attorney for defendants Mike
Addington and Cyndi Addington

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK L. EARL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 3:06-CV-00126-TMB |
| ) | |
| MIKE ADDINGTON, et al., ) | |
| ) | |
| Defendants. ) | |

**ANSWER OF DEFENDANTS MIKE
ADDINGTON AND CYNDI ADDINGTON**

COME NOW Defendants Mike Addington and Cyndi Addington, by and through Assistant Attorney General for the State of Alaska, John K. Bodick, and hereby answer plaintiff Jack Earl's complaint as follows:

1) Defendants Mike Addington and Cyndi Addington are without information

sufficient to form a belief as to the allegations in this paragraph and therefore deny said allegations.

2) Defendants Mike Addington and Cyndi Addington are without information sufficient to form a belief as to the allegations in this paragraph and therefore deny said allegations

3) Defendants Mike Addington and Cyndi Addington are without information sufficient to form a belief as to the allegations in this paragraph and therefore deny said allegations.

4) Defendants Mike Addington and Cyndi Addington admit that Earl is a prisoner incarcerated by the State of Alaska. Defendants Mike Addington and Cyndi Addington deny that Earl is incarcerated at the Florence Correctional Center. Defendants Mike Addington and Cyndi Addington are without information sufficient to form a belief as to the remainder of the allegations in this paragraph and therefore deny said allegations.

5) Defendants Mike Addington and Cyndi Addington admit that defendant Michael Addington is the former Director of Institutions for the Department of Corrections. Defendants Mike Addington and Cyndi Addington deny the remainder of the allegations in this paragraph.

6) Defendants Mike Addington and Cyndi Addington deny the allegations in this paragraph.

7-11) Defendants Mike Addington and Cyndi Addington are without information sufficient to form a belief as to the allegations in these paragraphs and therefore deny said allegations.

12) Defendants Mike Addington and Cyndi Addington are without information sufficient to form a belief as to the allegations in this paragraph and therefore deny said allegations.

13) Defendants Mike Addington and Cyndi Addington admit that defendant Tim Lyden is the DOC Standards Administrator and Grievance Coordinator. Defendants Mike Addington and Cyndi Addington deny to the remainder of the allegations in this paragraph.

14) Defendants Mike Addington and Cyndi Addington are without information sufficient to form a belief as to the allegations in this paragraph and therefore deny said allegations.

15) Defendants Mike Addington and Cyndi Addington deny the allegations in this paragraph.

16-24) Defendants Mike Addington and Cyndi Addington are without information sufficient to form a belief as to the allegations in these paragraphs and therefore deny said allegations.

25) Defendants Mike Addington and Cyndi Addington admit the allegations in this paragraph.

26) Defendants Mike Addington and Cyndi Addington are without information sufficient to form a belief as to the allegations in this paragraph and therefore deny said allegations.

27) Defendants Mike Addington and Cyndi Addington admit the allegations in this paragraph.

28) Defendants Mike Addington and Cyndi Addington admit that plaintiff was escorted behind a snowbank to empty his colostomy bag while on the tarmac outside the aircraft. Defendants Mike Addington and Cyndi Addington are without information sufficient to form a belief as to the remainder of the allegations in this paragraph and therefore deny said allegations.

29) Defendants Mike Addington and Cyndi Addington are without information sufficient to form a belief as to the allegations in this paragraph and therefore deny said allegations.

30) Defendant Cyndi Addington admits that Earl remained in full restraints on the aircraft including leg shackles and handcuffs attached to bellychains. Defendant Cyndi Addington is without information sufficient to form a belief as to the remainder of the allegations in this paragraph and therefore denies said allegations. Defendant Mike Addington is without information sufficient to form a belief as to the allegations in this paragraph and therefore denies said allegations.

31-49) Defendants Mike Addington and Cyndi Addington are without information sufficient to form a belief as to the allegations in these paragraphs and therefore deny said allegations.

50) Defendants Mike Addington and Cyndi Addington deny the allegations in this paragraph.

51-62) Defendants Mike Addington and Cyndi Addington object to the allegations in these paragraphs on the ground that they call for legal conclusions and do not require answer. To the extent that these paragraphs require answer defendants Mike

Addington and Cyndi Addington are without information sufficient to form a belief as to the allegations in these paragraphs and therefore deny said allegations.

      63-78)  Defendants Mike Addington and Cyndi Addington are without information sufficient to form a belief as to the allegations in these paragraphs and therefore deny said allegations.

## AFFIRMATIVE DEFENSES

      A)  Plaintiff has failed to state a claim upon which relief can be granted.

      B)  Plaintiff has failed to allege actual physical injury as required by 42 U.S.C. § 1997e(e).

      C)  Defendants Mike Addington and Cyndi Addington are entitled to qualified immunity from liability.

      D)  Defendants Mike Addington and Cyndi Addington reserve the right to amend their answer to state any additional affirmative defenses which arise during the course of this litigation.

Dated this 25day of May, 2007.

TALUS J. COLBERG
ATTORNEY GENERAL

By: s/ John K. Bodick
Assistant Attorney General
State of Alaska, Department of Law
Criminal Division Central Office
310 K Street, Suite 403
Anchorage, AK  99501
Telephone: 269-6379

Facsimile: 269-6305
Email: John_Bodick@law.state.ak.us
AK Bar No. 8411098

## Certificate of Service

I certify that on May 29, 2007, a copy of the foregoing Answer was served on
Jack Earl, inmate
#302235
CCA, Red Rock Correctional Center
1752 East Arica Road, Eloy, AZ., 85231

s/ John K. Bodick