Jack L. Earl, Jr. / Pro Se
#302235
Red Rock Correctional Center
1752 East Arica Road
Eloy, AZ          85231

RECEIVED
MAY 29 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK L. EARL,<br><br>    Plaintiff,<br><br>vs.<br><br>MIKE ADDINGTON, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>) Case No. 3:06-CV-00126-TMB<br>) **JUDICIAL NOTICE**<br>)<br>)<br>)<br>)<br>) |

    Plaintiff, Jack L. Earl, Jr., appearing without the benefit of counsel, pro se, does hereby give this Court judicial notice that Defendants Mike Addington and Cyndi Addington have not, as of the date below, answered to the complaint. The Defendants both filed motions to dismiss, first on September 7, 2006 and then again on October 16, 2006, with both defendants having been properly served. These motions were subsequently denied by Order of this Court April 23, 2007 regarding docket numbers 28, 38 and 54 respectively. On April 24, 2007 the 20 days issued on the summonses to answer the complaint began to run, making their answer(s) due on or about May 14, 2007. Todays date is May 21, 2007.

    This Judicial Notice will not prejudice the Defendants, nor is it being filed in bad faith.

    DATED this 21st day of May, 2007.

BY: _____
     Jack L. Earl, Jr. / Pro Se
     Plaintiff