Jack L. Earl, Jr. / Pro Se
#302235
Red Rock Correctional Center
1752 East Arica Road
Eloy, AZ                    85231



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

JACK L. EARL,                          )
                                       )
            Plaintiff,                 )
                                       )
vs.                                    )  Case No. 3:06-CV-00126-TMB
                                       )  **PLAINTIFF'S VOLUNTARY DISMISSAL OF**
MIKE ADDINGTON, et al.,                )  **S.O.R.T. TEAM MEMBERS NAMED BELOW**
                                       )
            Defendants.                )
                                       )
_____)

Plaintiff, Jack L. Earl, Jr. appearing without the benefit of counsel, pro se, has eliminated S.O.R.T. team member(s) Estaban Sanchez, Jarred Kloos, Craig Frappiea, Sean Meiner, Wes Wallis, Wes Wernett, Ramon Balderama, Stephen Naganjo, Curtis Grueneburg, and Richard Acuna, as defendants in this case, naming Michael Evenson as the actual S.O.R.T. team member that caused injury and violated my rights on December 14, 2003.

Plaintiff requests issuance of Bench Order formally releasing the ten named, and eliminated S.O.R.T. team members from this action.

DATED this 21st day of May, 2007.

By: _____