Jack L. Earl, Jr. / Pro Se
#302235
Red Rock Correctional Center
1752 East Arica Road
Eloy, AZ                85231

RECEIVED

MAY 29 2007

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK L. EARL, JR., | ) |
| Plaintiff, | ) |
| VS. | ) Case No. 3:06-CV-00126-TMB |
| | ) PROOF OF SERVICE |
| MIKE ADDINGTON, et al., | ) |
| Defendants. | ) |

I, Jack L. Earl, Jr. plaintiff in the above captioned matter does hereby certify that true and correct copies of Plaintiff's Voluntary Dismissal of S.O.R.T. Team Members Named Below, which lists by name the ten S.O.R.T. Team Members released, and with Proposed Order, as well as a Judicial Notice concerning no timely answers from Defendants Mike Addington and Cyndi Addington, and were sent via U.S. First Class Mail Service to:

Mr. John Bodick
Assistant Attorney General
State of Alaska
310 K Street, Suite 507
Anchorage, AK           99501

Mr. Richard L. Pomeroy
Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK          99513-7567

this 21st day of May, 2007.

By: _____
Jack L. Earl, Jr. / Pro Se
Plaintiff

Mr. Jack L. Earl, Jr.
# 302235
Red Rock Correctional Center
1752 East Arica Road
Eloy, AZ          85231

United States District Court
District of Alaska
222 West 7th Avenue, #4
Anchorage, AK     99513-7564