Jack L. Earl, Jr. / Pro Se
# 302235
Red Rock Correctional Center
1752 East Arica Road
Eloy, AZ                85231

RECEIVED

MAY 29 2007

IN THE UNITED STATES DISTRICT COURT
ANCHORAGE, ALASKA

FOR THE DISTRICT OF ALASKA

JACK L. EARL, JR.,                    )
                                      )
              Plaintiff,              )
                                      )
vs.                                   ) Case No. 3:06-cv-00126-TMB
                                      ) **PROPOSED ORDER**
MIKE ADDINGTON,                       )
CYNDI ADDINGTON,                      )
MATTHEW ITKOWITZ,                     )
DEBBIE CARTER, Flight Nurse for       )
U.S. Marshal-JPATS,                   )
JOHN DOE, United States Marshal,      )
MICHAEL EVENSON, S.O.R.T. TEAM        )
MEMBER-F.C.C.,                        )
LEITONI TUPOU,                        )
                                      )
              Defendants.             )
_____)

Plaintiff, Jack L. Earl, Jr., appearing without the benefit of counsel , pro se, does hereby propose that this Court issue an order from the bench recognizing Florence Correctional Center S.O.R.T. team member Michael Evenson as a defendant in this action, and formally releasing the remaining ten named Florence Correctional Center S.O.R.T. team members which are as follows: Estaban Sanchez, Jarred Kloos, Craig Frappies, Sean Meiner, Wes Wallis, Wes Wernett, Ramon Balderama, Stephen Naganjo, Curtis Grueneburg and Richard Acuna, from this action. However, plaintiff does reserve the right to call them as witnesses.

IT IS SO ORDERED this____day of_____, 2007

                                    _____
                                    The Honorable Timothy M. Burgess
                                    United States District Court Judge