Jack L. Earl, Jr. / Pro Se
# 302235
Red Rock Correctional Center
1752 East Arica Road
Eloy, AZ                85231

RECEIVED

JUN 0 1 2007

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

JACK L. EARL, JR.,                )
                                  )
            Plaintiff,            )
                                  )
vs.                               )  Case No. 3:06-cv-00126-TMB
                                  )
MIKE ADDINGTON,                   )  **MOTION FOR EXTENSION OF TIME TO**
CYNDI ADDINGTON,                  )  **SUBMIT OPPOSITION TO DEFENDANT**
MATTHEW ITKOWITZ,                 )  **MATTHEW ITKOWIT MOTION TO DISMISS**
DEBBIE CARTER, Flight Nurse for   )
U.S. Marshal-JPATS,               )
JOHN DOE, United States Marshal,  )
MICHAEL EVENSON, S.O.R.T. TEAM    )
MEMBER-F.C.C.,                    )
LEITONI TUPOU,                    )
                                  )
            Defendants.           )
_____    )

        Plaintiff, Jack L. Earl, Jr., appearing pro se, does hereby move

this court for an additional 30 days in which to submit his opposition

to defendant Matthew Itkowitz's Motion to Dismiss.

        The current date any reponse is due is on or before June 7, 2007,

and with the much needed extension of time it would then become due on

or about July 7, 2007.

        DATED this 25th day of May, 2007.

                                  By: _____
                                      Jack L. Earl, Jr. / Pro Se
                                      Plaintiff

Proof of Service
I Jack L. Earl, Jr., hereby certify that true and correct
copies of this motion and Proposed Order was sent First Class
U.S. Mail to: Mr. John Bodick-AAG Alaska
        Mr. Richard L. Pomeroy-Assist. U.S. Attorney-Alaska
The date listed above: _____
                        Jack L. Earl, Jr.



Mr. Steve Earl / #303255
Red Rock Correctional Cntr
1752 East Anca Road
Eloy, AZ          85231

Phoenix P-05-0

United States District Court
District of Alaska
222 W. 7th AVE, #4
Anchorage, AK
                      99513-7564

LEGAL MAIL