Jack L. Earl, Jr. / Pro Se
# 302235
Red Rock Correctional Center
1752 East Arica Road
Eloy, AZ            85231

RECEIVED

JUN 0 1 2007

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK L. EARL, JR., <br><br> Plaintiff, <br><br> vs. <br><br> MIKE ADDINGTON, <br> CYNDI ADDINGTON, <br> MATTHEW ITKOWITZ, <br> DEBBIE CARTER, Flight Nurse for <br> U.S. Marshal-JPATS, <br> JOHN DOE, United States Marshal, <br> MICHAEL EVENSON, S.O.R.T. TEAM <br> MEMBER-F.C.C., <br> LEITONI TUPOU, <br><br> Defendants. | Case No. 3:06-cv-00126-TMB <br><br> **PROPOSED ORDER** |

This Court having considered the plaintiff's motion for extension of time in which to submit his opposition to defendant Matthew Itkowitz Motion to Dismiss, of an additional 30 days, making any response due on or before July 7, 2007, is hereby GRANTED.

IT IS SO ORDERED this____day of_____,2007.

The Honorable Timothy M. Burgess
United States District Court Judge