Jack L. Earl, Jr. / Pro Se
# 302235
Red Rock Correctional Center
1752 East Arica Road
Eloy, AZ                85231

RECEIVED

JUN 0 1 2007

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK L. EARL, JR., <br><br> Plaintiff, <br><br> vs. <br><br> MIKE ADDINGTON, <br> CYNDI ADDINGTON, <br> MATTHEW ITKOWITZ, <br> DEBBIE CARTER, Flight Nurse for <br> U.S. Marshal-JPATS, <br> JOHN DOE, United States Marshal, <br> MICHAEL EVENSON, S.O.R.T. TEAM <br> MEMBER-F.C.C., <br> LEITONI TUPOU, <br><br> Defendants. | Case No. 3:06-cv-00126-TMB <br> **PROOF OF SERVICE** |

I, Jack L. Earl, Jr., plaintiff in the above captioned matter does hereby certify that true and correct copies of the first Amended Complaint and Demand for Jury Trial was sent via U.S. First Class Mail Service to:

Mr. John Bodick
Assistant Attorney General
State of Alaska
310 K Street, Suite 507
Anchorage, AK      99501

Mr. Richard L. Pomeroy
Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK    99513-7567

this 25th day of May ,2007.

By: _____
Jack L. Earl, Jr. / Pro Se
Plaintiff