Jack L. Earl, Jr. / Pro Se
# 302235
Red Rock Correctional Center
1752 East Arica Road
Eloy, AZ                    85231

RECEIVED

IN THE UNITED STATES DISTRICT COURT     JUN 01 2007

FOR THE DISTRICT OF ALASKA    CLERK, U.S. DISTRICT COURT
                              ANCHORAGE, ALASKA

| | |
|---|---|
| JACK L. EARL, JR., | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 3:06-cv-00126-TMB |
|  | ) **DEMAND FOR JURY TRIAL** |
| MIKE ADDINGTON, | ) |
| CYNDI ADDINGTON, | ) |
| MATTHEW ITKOWITZ, | ) |
| DEBBIE CARTER, Flight Nurse for | ) |
| U.S. Marshal-JPATS, | ) |
| JOHN DOE, United States Marshal, | ) |
| MICHAEL EVENSON, S.O.R.T. TEAM | ) |
| MEMBER-F.C.C., | ) |
| LEITONI TUPOU, | ) |
| Defendants. | ) |

Plaintiff, Jack L. Earl, Jr. appearing without the benefit of counsel, pro se, demands trial by jury on all triable issues.

RESPECTFULLY SUBMITTED this 25th day of May, 2007.

By: _____
Jack L. Earl, Jr. / Pro Se
Plaintiff