Jack L. Earl, Jr. / Pro Se
# 302235
Red Rock Correctional Center
1752 East Arica Road
Eloy, AZ          85231

RECEIVED
JUN 01 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK L. EARL, JR., <br><br> Plaintiff, <br><br> vs. <br><br> MIKE ADDINGTON, <br> CYNDI ADDINGTON, <br> MATTHEW ITKOWITZ, <br> DEBBIE CARTER, Flight Nurse for <br> U.S. Marshal-JPATS, <br> JOHN DOE, United States Marshal, <br> MICHAEL EVENSON, S.O.R.T. TEAM <br> MEMBER-F.C.C., <br> LEITONI TUPOU, <br><br> Defendants. | Case No. 3:06-cv-00126-TMB <br> **PROOF OF SERVICE** |

I, Jack L. Earl, Jr., plaintiff in the above captioned matter does hereby certify that true and correct copies of the first Amended Complaint and Demand for Jury Trial was sent via U.S. First Class Mail Service to:

Mr. John Bodick                          Mr. Richard L. Pomeroy
Assistant Attorney General               Assistant U.S. Attorney
State of Alaska                          222 West 7th Avenue, #9
310 K Street, Suite 507                  Anchorage, AK   99513-7567
Anchorage, AK        99501

this _25th_ day of _May_ ,2007.

By: _[signature]_
Jack L. Earl, Jr. / Pro Se
Plaintiff