NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail:  richard.pomeroy@usdoj.gov

Attorney for Defendant Matthew Itkowitz

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK LAWRENCE EARL, JR.,<br><br>     Plaintiff,<br><br>v.<br><br>MIKE ADDINGTON, et. al.,<br><br>     Defendants. | Case No. 3:06-cv-00126-TMB<br><br>NON OPPOSITION TO MOTION FOR EXTENSION OF TIME |

Defendant Matthew Itkowitz, through counsel, does not oppose Plaintiff's motion for additional time at Docket 76.

Respectfully submitted this 1st day of June, 2007, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/Richard L. Pomeroy
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567

Phone: (907) 271-5071  
Fax: (907) 271-2344  
E-mail: richard.pomeroy@usdoj.gov  
Alaska Bar No. 8906031

**CERTIFICATE OF SERVICE**

I hereby certify that on May 10, 2007,
a copy of the foregoing NON OPPOSITION
TO MOTION FOR EXTENSION OF TIME
was served via U.S. mail to:

Jack Lawrence Earl, Jr. #302235
RED ROCK CORRECTIONAL CENTER/CCA
1750 E. Arica Road
Eloy, AZ 85231

and electronically to
John K. Bodick

s/ Richard L. Pomeroy

Earl, et. al. v. USA
Case No. 3:06-cv-00126-TMB         2