UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

<u>  JACK LAWRENCE EARL, JR.  </u>  v.  <u>  MIKE ADDINGTON, et al.  </u>

THE HONORABLE TIMOTHY M. BURGESS

D<small>EPUTY</small> C<small>LERK</small>                                           CASE NO.  <u> 3:06-cv-00126-TMB </u>

<u> Pam Richter </u>

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**    DATE: June 4, 2007

<u>Extension of Time</u>

Jack Lawrence Earl, Jr., a self-represented prisoner, has moved this Court for a 30-day extension of time in which to file his opposition to defendant Matthew Itkowitz's motion to dismiss.[1]  Mr. Itkowitz, through counsel, has stated that he has no objection.[2]  Mr. Earl's motion for extension of time will, therefore, be granted, and he may file his opposition to the motion to dismiss on or before **July 9, 2007.**[3]

IT IS SO ORDERED.

---

[1]  *See* Docket No. 76.

[2]  *See* Docket No. 79.

[3]  Because July 7th is a Saturday, Mr. Earl will be given until July 9, 2007, to file his response.

[~1409987.wpd]{IA.WPD*Rev.12/96}