Jack L. Earl, Jr. / Pro Se
#302235
Red Rock Correctional Center
1752 East Arica Road
Eloy, AZ                    85231

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

JACK L. EARL,                      )
                                   )
            Plaintiff,             )
                                   )
vs.                                ) Case No. 3:06-CV-00126-TMB
                                   )
MIKE ADDINGTON, et al.,            ) **EXHIBITS SUPPORTING PLAINTIFF'S**
                                   ) **OPPOSITION TO DEFENDANT MATTHEW**
            Defendants.            ) **ITKOWITZ'S MOTION TO DISMISS**
                                   )
_____)

**STATE OF ALASKA**
**DEPARTMENT OF CORRECTIONS**
*ANCHORAGE CORRECTIONAL COMPLEX*

**MEMORANDUM**

*Frank Murkowski, GOVERNOR*

1400 E 4th Avenue
Anchorage, ALASKA 99501
PHONE: (907) 269-4100

**TO:** Cyndi Addington, Prisoner Transportation Coordinator

**DATE:** 1/26/04

**FROM:** Suzan Del Rosso, R.N.
Nursing Supervisor, ACCE

**SUBJECT:** Colostomy supplies

Dear Sgt. Addington,

In response to your inquiry regarding colostomy supplies for inmate Jack Earl, OBSCIS # 302235, I packed his extra colostomy supplies myself in readiness for the Arizona flight. In a clear ziploc-type of bag I packed a colostomy bag, a colostomy bag clip, a red biohazard bag, adhesive remover pads, and stoma-adhesive. The bag with these items were labeled with inmate Earl's name and placed in the same box as the inmate's medications.

I hope this clarifies any questions, feel free to call if needed.

Sincerely,
Suzan

Ex. A