01/27/04  12:17 FAX 907⬤7431      DOC RECORDS/TRANS  ⬤                    ☑002

# STATE OF ALASKA

## MEMORANDUM

**TO:**    Tim Lyden                                   **DATE:**   01/26/2004
Standards Administrator
State of Alaska
Department of Corrections

**FROM:**   Sgt. Cyndi Addington                   **SUBJECT:**   Transport of Inmate Jack Earl
Prisoner Transportation Coordinator

On December 14, 2003, I was the Sergeant responsible for the airlift of 120 prisoners from Alaska to Arizona. I have been involved in most of these airlifts since 1996.

I briefed the US Marshals on the tarmac and spent several minutes with the flight nurse discussing all prisoner medical issues. The nurse said that all the meds and supplies for the inmates looked good. I helped a Deputy Marshal move the medical boxes upstairs for the flight. One inmate was permanently catherized. The flight nurse informed the Lead Marshal "Matt" that Inmate Earl and the inmate with the catheter would need frequent bathroom access. She also stated that they would have bathroom priority over the other inmates.

**Ex. B**