**Department of Labor and Workforce Development**

*State ADA Coordinator's Office*

FRANK H. MURKOWSKI, GOVERNOR

801 West 10th Street, Suite A
Juneau, Alaska 99801
V/TTY: (907) 465-2814
FAX: (907) 465-2856

6-28-04

Matthew Itkowitz
U.S. Marshals Service
Security & Flight Operations
5919 S. Sossaman Road, Bldg 75
Meza, Arizona 85212

Mr. Itkowitz,

I thought it would help you if you knew the nature or an Americans with Disabilities Act (ADA) complaint. This process is mandated by federal law **PL 101-336 c**odified at 28 C.F.R. 35.107 and can be reviewed at http://www.usdoj.gov/crt/ada/publicat.htm#Anchor-ADA-23240 . This informal process funnels down to a state requirement and is reviewable at 6 AAC 65.010-65.990 located at http://www.labor.state.ak.us/ada/forms/grievance%20procedures.pdf .

As the State ADA Coordinator for Alaska I am the final review and response for the State of Alaska regarding issues raised by a complainant. A complainant who chooses to pursue a formal complaint would still have to go to court to file a formal complaint at that level.

I have some questions I need to address to you and I ask for your response as quickly as possible either in writing or verbally via the phone.
1. What are the names and contact numbers for all the U.S. Marshall staff involved with the transport of Alaska prisoners on 12-14-03, from Alaska to Arizona?
2. As the officer in charge of prisoner flight operations on 12-14-04 what were the nature of your responsibilities?
3. How did you learn about inmate Earl's bathroom mishap?
4. What is the protocol for an in flight prisoner to use the restroom?
5. Are there every any occasions you or your fellow Marshals have allowed one hand free to take care of personal hygiene or other health related need?
6. How would you characterize your interaction with Jack Earl?
7. Did you say you could "get a woman and he couldn't?"

Thank you for your time and assistance.

Don Brandon
State of Alaska
ADA Coordinator



Ex. C