Itkowitz 6/28/04

1. Contract — Nat C.S. Marshall —
   - Red Hair bigger

   Debbie Cu C

2. Call outs — concern from office,
   Mgrs are locked in JCO's ofn tense
   - Aisle seat w/ notification
   - F. Seattle knew it — left Seattle Dom —
     charged, mimicking, cursing, loud
     voice at nurse
   - why did it — Not Accommodation
   - Not applying at all — he did it purposefully
   - J.E. try to get Marshall to do something

   (1) was running water — 3 rules w/ nes

3. Told about it — then had to secure this
   ticket —

4. Ask — txt calls — med comm is to
   ask

   (6) aisle seat — middle back area before back
       galley —

5. Yes if needed
6. Not much contact — rude to the crew — yelled down
   must be withheld — J.E. said suspicious
7. NL — suspicions of personnel —

Ex. D