## Timothy F. Lyden

**From:** Donald Stolworthy [donald_stolworthy@correct.state.ak.us]
**Sent:** Wednesday, February 25, 2004 8:34 AM
**To:** Tim Lyden
**Subject:** RE: I/M Jack Earl 302235 AZ transfer

Tim,

My meaning in the letter was that there was a toilet on the aircraft and he would be able to use it as necessary.

Don

> -----Original Message-----
> **From:** Tim Lyden [mailto:tim_lyden@correct.state.ak.us]
> **Sent:** Monday, February 23, 2004 8:40 AM
> **To:** Don Stolworthy
> **Subject:** I/M Jack Earl 302235 AZ transfer
>
> Hi Don,
> I am dealing with an ADA complaint which i/m Earl 302235 will end up pursuing in the courts. Nonetheless, I need to clarify one thing you said in your 10/16/03 response to his AZ designation appeal. Regarding his concerns about using the restroom on the plane, you assured him of enhanced access to restroom facilities. His interpretation of "enhanced access" is free use of both hands. Do you recall if that your meaning, or priority access to the restroom facilities, or ? Thanks in advance.
>
> Tim Lyden
> 465-4645
> 465-3390 fax

6/4/2004


Ex. E