## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he freely presents the declaration and that it contains information that is true and correct.

On December 14th, 2003 unfortunately I was transferred from Anchorage Complex to Anchorage International Airport to be transported to Florence Correctional Center in Florence, Arizona.

On the 3rd bathroom run I had seen Jack Earl escorted to a seat 4 rows in front of me on the right side of the aisle, which I was on the left side aisle seat.

I had seen the Air Marshal I believe was in charge walk up the aisle and bump into Jack Earl with his arm and hip.

I do not know this man's name but he had a tattoo of a cobra snake on the inside of his left arm and he wore a black shirt and light tan pants.

Why he bumped into Jack Earl I do not know, but he did and I saw it, and I know an intentional bump when I see it.

DATED this 6th day of March, 2004.

BY: *Matt Mayac*
Matt Mayac
\# 087990
CCA/FCC
P.O. BOX 6200
Florence, AZ    85232

Ex. F