## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that this declaration was given freely and it contains information that is true.

My name is William Justice and I was on the 12/14, 2003 flight with the other Alaska prisoners, headed to Arizona. In fact I'm probably better suited to declare than most since I was seated next to Jack Earl throughout the entire flight from Alaska to Arizona.

To my knowledge when we first got to the airfield in Anchorage I had noticed a inmate being taken away from the long row of vans, surrounded by three what appeared to be marshals, one with some sort of long gun, then suddenly they all disappeared behind a small pile of snow. This was certainly unusual, but as I continued to watch they remained behind the snow pile, and I could not see what was happening, but like I said it was strange nonetheless, especially because it was bitter cold outside and the inmate was not wearing a coat.

Prior to my personal boarding of the plane, I asked to relieve myself, that I needed to urinate, but was told that I'd be able to do so once we were airborne, and that it wouldn't be much longer. Basically my restroom need fell on deaf ears, and it wasn't until almost 2½ hours lapsed that I was finally allowed to relieve myself in flight.

Jack Earl was rather giddy, joking the majority of the time during the flight, talking all the time about how things would (at) be no so bad once we got to Arizona, and that he'd just "start over" continuing his jovial language, laughing at just about everything. Just having a good time. I did not sense anything malicious about his demeanor nor language, and in fact I realized what he was doing. I've known him for a very long time, and in that time I understood his actions to be a defense mechanism, he uses when he is scared and/or worried. In fact he told me that he "prayed that everything went okay with his situation during the flight." He further stated that he was "afraid, but alright."

Well, the first time Jack asked to use the bathroom he was told to "wait your turn" and when the plane staff got to him, Jack got up, stepped over me to get to aisle, and headed to the back of the plane, with a escort.

When Jack returned he told me that "they don't even know anything about my condition or accommodations and requirements" stating that "they don't have my cleaning supplies, nor water in the bathroom." Jack stated that he was somewhat relieved because the pouch was just full of "gas only." I told him that "that was more information than I wanted."

I remember him motioning a Chinese looking marshal over to where we were seated, and speaking to him very softly, stating that "I have a colostomy pouch and I think I need to use the bathroom." I was

Ex. G

sitting right there and only actually caught bits and pieces of this conversation trying to sleep and all, but I knew that Jack had some sort of medical condition, but having been told by him once, still was not sure what that meant.

We were all given sandwiches, cookies and water and then another round of "restroom breaks" were offered. I heard Jack state that "my pouch is full" which did not register, but that he needed the bathroom "pronto." The plane staff got Jack up and escorted him to the back restroom.

This time when Jack came back to sit down he appeared scared and upset. He leaned over to me and stated that he'd had an "accident in the bathroom, accidentially spilling stuff on the restroom floor, his shoes and pants." He further stated that one of the "agents" made some very "hurtful remarks when he tried to explain what had happened, telling the agent he was sorry, but couldn't help it, and that he'd clean it up."

I should mention that when Jack was escorted back an "agent" shoved him down into the seat next to me stating "that's your last bathroom trip." Jack then told me what had just occurred and how he could not get the agents to understand what was happening, nor that he needed his "supplies" and that of "one hand free from the cuffs" because of the difficulty involved in the self-care process. Jack seemed very saddened and angry at the same time, apparently because it was obvious he was extremely embarassed, stating "these people were not prepared for me that's for sure."

Then suddenly a short agent came up to Jack and started yelling "why did you do that? You did that on purpose didn't you, you piece of shit, why?"

Jack again attempted to explain his situation and the short agent became very agressive and extremely verbally abusive again yelling, "you have a colostomy and that's what you deserve." "Your nothing and will never...something of a sexual remark,

This then apparently exasperated Jack who stated "at least I have a bigger dick than you do," with the short agent guy walking off, turning and glaring at Jack almost all the way to Arizona.

The short guy continued to walk back and forth past us and each time he'd purposely bump into Jack, and there was no excuse, no turbulence, but as he did this he'd walk turn and stare at the back of Jack's head and at one time he told Jack "stay out of the aisle" even when it was clear tht jack was not in the aisle. It appeared by the actions of the little agent guy that he was hoping that Jack would react to the continuous and unnecessary bumpings, trying to provoke Jack into some action or other.

Jack was obviously embarassed by what had occurred and had to ask a female agent if she could please get him some paper towels or something to remove the small spots of stuf on his pants and shoes. This person regarded him and disappeared, this lead to Jack having to ask the chinese looking agent for some paper towls which were brought. Jack kept apologizing for what had happened and but it was clear that the crew had already labled Jack a troublemaker.

-2-

I should note that when Jack returned to his seat next to me there was nothing on his hands, cuffs, upper clothing or otherwise, just very small spots on this shoes, socks and pants legs, but very, very minute amounts.

When we finally arrived at Arizona we were taken off the plane and put on buses, but not Jack he was basically attacked by guys dressed in black riotgear and handled extremely unnecesarily roughly, I noticed they slammed him into the side of a van. I later learned that those persons were known as the SORT team. That was last I seen of Jack Earl until the last part of December 2003. He came to me told me of the events since I'd last seen him.

After reading the two statements made by two of the staff on the plane I can assert and declare that was written was untrue and exaggeration for two reasons. Since I've known Jack he has always been conscious of his appearance, and two there was no visble signs that what was written could have taken place in that short of a timespan (e.g. smearing, flinging, wiping feces all over the floors, walls etc.[paraphrased]). Simply unfounded and untrue the statements by those two persons.

DATED this 0th day of JAN 14, 2004
By: /s/ William Justice
William Justice
# 59466

-3-