## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he freely presents the declarationand that it contains information that is true and correct.

I was on the flight from Alaska to Arizona on the 14th of December with the rest of the other 119 or so inmates. On the flight is an inmate I know as Jack Earl. I also know that Jack Earl is disabled and must wear a colostomy pouch.

I have listened to him over the years with his struggles with the pouch and staff and accommodations and his fights to gain them, and on this day what I knew and his fears came true.

There was this little red-faced marshal whom looked as though he drank alot, had a real attitude with everyone of us. He seemed to just hate us and for what I don't know, but he was verbally agressive with everyone, but since this is a declaration as what I witnessed as it pertained to Jack Earl I'll stick to that from now on.

I was sitting directly in front of Jack Earl when I heard the little guy say "you have a colostomy and that's what you deserve" at the top of his voice. I heard snippets of the conversation wherein Jack Earl was trying to explain what had happened I learned that he had an accident in the restroom when he tried to empty his pouch.

The lttle marshal then said something like "I know you did that on purpose you piece of shit" "why did you do that?" Jack Earl kept on trying to explain but the little guy refused to listen and kept berrating Jack Earl saying you won't ever get a woman because of that thing and that justice or something, and Jack Earl after attempting to reason with this guy and being made the brunt of his anger and retribution told the little guy "at least I have a bigger dick than you"

The little guy then left and stared at Jack Earl most of the rest of the flight, and it seemed that he had made great efforts to hit Jack Earl everytime he passed him because Jack Earl would say "what the hells up with that guy!"

What I think important is that when I learned that the U.S. Marshal and a Alaska DOC employee claimed that Jack Earl smeared and flung feces all over the bathroom, I got to say not only did I smell no evidence of this, but you'd think a guy that jut done all of that would be covered with it, but again no such evidence.

I also heard that he was segregated for what was alleged and I believe it was in retaliation, because Jack Earl had quietly and calmly tried to explain to them his needs, which I found out he never got during the flight.

DATED this _16_ day of _March_, 2004

BY: _Tim LaVey_
Tim Lavey
# 39372
Florence Correctional Center

Ex. H