Jack L. Earl, Jr. / Pro Se
#302235
Red Rock Correctional Center
1752 East Arica Road
Eloy, AZ                85231



RECEIVED
JUL 0 9 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK L. EARL,<br><br>    Plaintiff,<br><br>vs.<br><br>MIKE ADDINGTON, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 3:06-CV-00126-TMB<br>)<br>) **PLAINTIFF'S AFFIDAVIT**<br>)<br>)<br>)<br>) |

Plaintiff and affiant, Jack L. Earl, Jr., appearing without the benefit of counsel, pro se, and having first been duly sworn upon oath does hereby depose and state the following:

1. That I am a "qualified individual" with a disability as defined under Title II of the Americans with Disabilities Act, and it's counterparts of the Rehabilitation Act.

2. That at no fault of my own my disability was not properly considered, as was promised, prior to and during the airlift from Alaska to Arizona.

3. That the defendant(s) individually and collectively arbitrarily denied accommodations and/or modifications to their polices and procedures to avoid discrimination on the basis of my disability.

4. That I received disparate treatment prior to and during the airlift from Alaska to Arizona by defendant(s) individually and collectively.

5. That I swear under penalty of perjury, that I did not vebally abuse nor speak profanity to any official prior to or during the airlift from Alaska to Arizona, except in response to Defendant Itkowitz's verbal attacks, innudenos and protestations.

6. That I swear under penalty of perjury, that I did not throw, fling, toss, smear or distribute feces in the airplane restroom in response to not being properly accommodated, or anyother reason, and that what small amount was mishandled was done so without intent, and was purely accidental when considering the circumstances.

7. That defendant(s) Cyndi Addington and Matthew Itkowitz generated false official documents alleging assertions that I acted out during the airlift from Alaska to Arizona to explain away their non-excuses for not accommodating me, causing unnecessary discrimination, **"meaningless access"** to the airplane restroom and physical and emotional pain and trauma.

8. That I believe the defendant(s) collectively and individually expect the court to review this matter using their alleged credibility and not the supported facts of myself and other Alaskan inmates on board on December 14, 2003.

By: _____
Jack L. Earl, Jr.

SUBSCRIBED AND SWORN to before me this 27 day of June ,2007 at Red Rock Correctional center in Eloy, Arizona.

_____
NOTARY PUBLIC in and for the State of Arizona
MY COMMISSION expires: May 29, 2009

-2-



JEANNETTE G. ANAYA
NOTARY PUBLIC - ARIZONA
PINAL COUNTY
My Comm. Exp.: May 29, 2009