Jack L. Earl, Jr. / Pro Se
#302235
Red Rock Correctional Center
1752 East Arica Road
Eloy, AZ                85231

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK L. EARL,<br><br>      Plaintiff,<br><br>vs.<br><br>MIKE ADDINGTON, et al.,<br><br>      Defendants. | Case No. 3:06-CV-00126-TMB<br><br>**CERTIFICATE OF SERVICE** |

    I Jack L. Earl, Jr., plaintiff, pro se, does hereby certify that true and complete copies of the foregoing documents were caused to be sent via First Class U.S. Mail Service this 5th day of July, 2007 to:

Mr. John Bodick
Assistant Attorney General
310 K Street, Suite 507
Anchorage, AK      99501

Mr. Richard L. Pomeroy
Assistant U.S. Attorney
222 West 7th Avenue, #9
Federal Courthouse
Anchorage, AK      99513-7567

By: _____
    Jack L. Earl, Jr.
    Plaintiff / Pro se