John K. Bodick
Assistant Attorney General
310 K Street, Suite 403
Anchorage, Alaska 99501
Telephone: (907)269-6379
Attorney for defendants Mike
Addington and Cyndi Addington

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK L. EARL,              )<br>                            )<br>        Plaintiff,          )<br>                            )<br>vs.                         )        Case No. 3:06-CV-00126-TMB<br>                            )<br>MIKE ADDINGTON, et al.,     )<br>                            )<br>        Defendants.         )<br>_____) | |

### ANSWER OF DEFENDANTS MIKE ADDINGTON AND CYNDI ADDINGTON TO FIRST AMENDED COMPLAINT

COME NOW Defendants Mike Addington and Cyndi Addington, by and through Assistant Attorney General for the State of Alaska, John K. Bodick, and hereby answer plaintiff Jack Earl's first amended complaint by incorporating by reference their

answer to his original complaint in its entirety as to all matters alleged in plaintiff's first amended complaint.

Dated this 18th day of July, 2007.

TALUS J. COLBERG
ATTORNEY GENERAL

By: s/ John K. Bodick
Assistant Attorney General
State of Alaska, Department of Law
Criminal Division Central Office
310 K Street, Suite 403
Anchorage, AK 99501
Telephone: 269-6379
Facsimile: 269-6305
Email: John_Bodick@law.state.ak.us
AK Bar No. 8411098

### Certificate of Service

I certify that on July 18, 2007, a copy of the foregoing Answer to Amended Complaint was served on
Jack Earl, inmate
#302235
CCA, Red Rock Correctional Center
1752 East Arica Road, Eloy, AZ., 85231

s/ John K. Bodick