Jack L. Earl, Jr. / Pro Se
#302235
Red Rock Correctional Center
1752 East Arica Road
Eloy, AZ            85231



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK L. EARL,<br><br>          Plaintiff,<br><br>vs.<br><br>MIKE ADDINGTON, et al.,<br><br>          Defendants. | Case No. 3:06-CV-00126-TMB<br><br>**MOTION FOR COURT-ORDER DIRECTING HOLDING INSTITUTION/RED ROCK CORRECTIONAL CENTER TO CEASE ALL DEDUCTIONS FROM INMATE ACCOUNT CONCERNING FILING FEES FOR THE CASE CAPTIONED ABOVE** |

   COMES NOW, Jack L. Earl, Jr., pro se plaintiff does hereby move this Court for an ORDER directing the plaintiff's holding facility, Red Rock Correctional Center, in Eloy, Arizona, to cease deductions from plaintiff's inmate account concerning the case captioned above due to the fact the with the last final partial payment of $190.48 the obligation of the $350.00 filing fee will be satisfied, but without court-order Red Rock administration staff in inmate accounts may continue to deduct monies erroneously.

   DATED this 3rd day of Aug, 2007.

By: _____
    Jack L. Earl, Jr.
    Plaintiff / Pro Se



Mr. Jack L. Earl Jr.
RED ROCK Corr. Center
1752 East Arica Rd.
Eloy, AZ 85231

United States District Court
Federal Courthouse
222 W. 7th Avenue, #4
Anchorage, AK
99513-7564

*Legal Mail*