| | |
|---|---|
| United States District Court Case 3:06-cv-00126-TMB | $350.00 Filing Fee |
| First partial payment 10/11/06 | $ 20.16 |
| New Balance owed | $329.84 |
| Second partial payment 11/8/06 | 15.84 |
| New Balance owed | $314.00 |
| Third partial payment 12/11/06 | 20.88 |
| New balance owed | $293.12 |
| Fourth partial payment 1/10/07 | 20.16 |
| New Balance | $272.96 |
| Fifth partial payment 2/09/07 | 14.88 |
| New Balance | $258.08 |
| Sixth partial payment 5/10/07 | 21.84 |
| New Balance | $236.24 |
| 7th partial payment – 6/12/07 | 23.92 |
| New Balance | $212.32 |
| 8th partial payment – 7-10-07 | 21.84 |
| New Balance | $190.48 |
| 9th partial payment – | |
| New Balance | |