Jack L. Earl, Jr. / Pro Se
#302235
Red Rock Correctional Center
1752 East Arica Road
Eloy, AZ            85231

AUG - - 2007

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK L. EARL,<br><br>            Plaintiff,<br><br>vs.<br><br>MIKE ADDINGTON, et al.,<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 3:06-CV-00126-TMB<br>)<br>) PROPOSED ORDER FOR COURT-ORDER<br>) DIRECTING RED ROCK CORRECTIONAL<br>) CENTER TO CEASE DEDUCTIONS FROM<br>) PLAINTIFF"S INMATE ACCOUNT REGARD-<br>) ING THE CASE NUMBERED ABOVE |

This Court having considered the plaintiff's motion and all relevant records have concluded that Plaintiff has meet his financial obligations concerning the $350.00 filing fee in the matter captioned above. Therefore no more deductions are necessary from his Inmate Account concerning this matter and Red Rock Correctional Center Inmate Accounts is hereby directed to immediately cease deducting monies from Jack L. Earl, Jr.'s inmate account as his filing fee obligations have been satisfied.

Plaintiff's motion for court order is hereby GRANTED.

IT IS HEREBY ORDERED that Red Rock Correctional Center Inmate Accounts cease deductions from Jack L. Earl, Jr.'s inmate account immediately.

IT IS SO ORDERED this_____day of_____, 2007.

The Honorable Timothy M. Burgess<br>
United States District Judge