Jack L. Earl, Jr. / Pro Se
# 302235
Red Rock Correctional Center
1752 East Arica Road
Eloy, AZ               85231



RECEIVED

SEP 1 0 2007

CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

JACK L. EARL, JR.,                )
                                  )
            Plaintiff,            )
                                  )
vs.                               )  Case No. 3:06-cv-00126-TMB
                                  )
MIKE ADDINGTON, et al.,           )  **MOTION FOR CASE STATUS**
                                  )
            Defendants.           )
                                  )

      Plaintiff, Jack L. Earl, Jr., does hereby move the court for status of the above captioned case. This inquiry is being made in an attempt to ascertain this case's progress.

      Plaintiff has attached a memorandum which discusses the documents he has filed since Court Order issued regarding "Service on SORT Defendants" dated April 30, 2007.

      DATED this 5th day of September, 2007 at Red Rock Correctional Center in Eloy, Arizona.

                                  By: _Jack L Earl_
                                      Jack L. Earl, Jr. / Pro Se

CERTIFICATION OF SERVICE
I hereby certify that true and complete copies of
this motion, memorandum and any attachments was
sent first class U.S. MAIL to:
                              J. Bodick
                              R. Pomeroy
this __ day of September, 2007.
                         By: _Jack L. Earl, Jr._



PHOENIX AZ 850

06 SEP 07 PM 9 L

Mr. Jack L. Earl, Jr.
#302235
Red Rock Correctional Center
1752 East Arica Road
Eloy, AZ          85231

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
Federal Courthouse
222 West 7th Avenue, #4
Anchorage, AK   99513-7564

SSEL3FE54    A    L