Jack L. Earl, Jr. / Pro Se
# 302235
Red Rock Correctional Center
1752 East Arica Road
Eloy, AZ          85231

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK L. EARL, JR., | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 3:06-cv-00126-TMB |
| MIKE ADDINGTON, et al., | ) **MEMORANDUM** |
| Defendants. | ) |

In support of the request for "case status" the Plaintiff submits he has heard nothing regarding the progress of this matter, and due to grave concerns regarding the mail service here at Red Rock Correctional Center, believes the inquiry justified.

### Documentary History

After receiving the court's order regarding the service of S.O.R.T. team members, as previously stated, the Plaintiff filed the following documents on May 21, 2007: "Plaintiff's Voluntary Dismissal of S.O.R.T. Team Members Named Below," which left only one of the eleven named persons, whom was named in the "First Amended Complaint," e.g. Michael Evenson. In addition Plaintiff filed: "Proposed Order, Judicial Notice, and Proof of Service."

Then on May 25, 2007 the Plaintiff filed the following documents: (first) "Amended Compliant" which listed Defendant Debbie Carter as the Jane Doe Flight Nurse, as well as Defendant Michael Evenson, the previous John Doe S.O.R.T. Team member. This was accompanied by

-1-

"summonses" (in triplicate) for the newly named Defendants, Carter and Evenson, as well as "Demand for Jury Trial, and Proof of Service."

Since then the Plaintiff has not received the certified summonses back nor order directing service, nor any rulings on any of the aforementioned documents filed since May 21, 2007. He has however, received answer from Defendants' Mike and Cyndi Addington, on or about June 6, 2007.

DATED this 5th day of September, 2007 at Red Rock Correctional Center in Eloy, Arizona.

By: _____
Jack L. Earl, Jr.    Pro Se