Daniel P. Struck, Bar #012377
Timothy J. Bojanowski, Bar #022126
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona  85012
Telephone:  (602) 263-7324
Fax:  (602) 200-7837
tbojanowski@jshfirm.com

Attorneys for Defendant Michael Evenson

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ALASKA**

**AT ANCHORAGE**

| | |
|---|---|
| JACK LAWRENCE EARL, JR., <br><br>             Plaintiff, <br><br>     v. <br><br> MIKE ADDINGTON, et al., <br><br>             Defendants. | NO. 3:06-cv-00126 (TMB) |

**MOTION TO DISMISS DEFENDANT MICHAEL EVENSON**

Now comes Defendant Michael Evenson, and moves this Court to dismiss Plaintiff's Amended Complaint, pursuant to FED. R. CIV. P. 12(b)(5).  A Memorandum of Points and Authorities in support of this Motion is attached hereto and incorporated herewith.

**MEMORANDUM OF POINTS AND AUTHORITIES**

On May 30, 2006, Plaintiff filed his Complaint, naming "John/Jane Doe S.O.R.T. Team Member" as a Defendant.  On August 16, 2006, the Court sent Plaintiff an Order to Show Cause [Doc. #22] relating to service, directing him to ascertain the

Mot. to Dismiss Def't Michael Evenson
*Earl v. Addington, et al.*
3:06-cv-00126 (TMB)

1 of 6

1834130.1

identities of the John/Jane Doe defendants. Mr. Earl responded on September 7, 2006. [Doc. #24]. On September 7, 2007, this Court issued a Minute Entry Order [Doc. #25], reminding Mr. Earl to substitute the named Defendants by September 18, 2006. On September 18, 2006, Plaintiff moved the Court to compel the S.O.R.T. Team's employers to provide their identities, alleging that Florence Correctional Center Warden, Frank Luna, refused to respond to Plaintiff's Correspondence. [Doc. #30]. The Court granted this Motion on November 14, 2006 [Doc. #53].

As Ordered, counsel for Defendants, provided a list of the S.O.R.T. Team members to Plaintiff and this Court on December 4, 2006 [Doc. #56]. On December 11, 2006, Plaintiff requested clarification regarding how those individuals could be served, since he was only provided with names, but not addresses [Doc. #57].

On April 30, 2007, this Court entered an Order Regarding Service on S.O.R.T. Defendants [Doc. #65], explaining that Plaintiff must file an Amended Complaint, naming those individuals, along with a summons form for each S.O.R.T. member, on or before May 30, 2007. The Court provided that "if the summonses are in proper form, they will be issued for service."[1] Once the Clerk has issued the summonses to Plaintiff, he was to complete a Form 285, and send it, with the summons, the Amended

---

[1] April 30, 2007 Order Regarding Service on S.O.R.T. Defendants [Doc. #65] at ¶ 3.

Mot. to Dismiss Def't Michael Evenson
*Earl v. Addington, et al.*
3:06-cv-00126 (TMB)

2 of 6

1834130.1

Complaint, and the Order, to the U.S. Marshal.[2] Upon receipt, the Marshal was to effect service at the CCA Facility in Florence, Arizona.[3]

Plaintiff voluntarily dismissed all S.O.R.T. Team members, except Michael Evenson, on May 29, 2007. [Doc. #75]. Plaintiff's Amended Complaint, was received by the Clerk and filed on June 1, 2007. [Doc. #77]  To date, Plaintiff has failed to perfect service upon Defendant Evenson.

FED. R. CIV. P. 12(b)(5) provides, in part, as follows:

> Every defense, in law or fact, to a claim for relief in any pleading, whether a claim, counterclaim, cross claim or third party claim, shall be asserted in the responsive pleading thereto if one is required, except that the following defenses may be at the option of the pleader be made by motion: … (5) insufficiency of service of process…

Furthermore, FED. R. CIV. P. 4(m) provides:

> If service of the summons and complaint is not made upon a Defendant within 120 days after the filing of the complaint, the Court, upon motion or upon its own initiative after notice to the Plaintiff, shall dismiss the action without prejudice as to that Defendant or direct that service be affected within a specified time; provided that if the Plaintiff shows good cause for the failure, the court shall extend the time for service of an appropriate period ….

Generally, absent a showing of good cause to justify a failure to affect timely service, the Federal Rules compel dismissal.[4]

---

[2] *Id.* at ¶ 4.

[3] *Id.* at ¶ [5].

Mot. to Dismiss Def't Michael Evenson
*Earl v. Addington, et al.*
3:06-cv-00126 (TMB)

3 of 6

1834130.1

*Pro se* litigants are required to follow the same procedural rules that govern other litigants.[5]

In this case, Plaintiff cannot show good cause to justify his failure to effectively timely serve the pleadings upon the newly named Defendant. Plaintiff was provided the summons forms, and Order more than five months ago, such that he could complete the service of process. As the Court ordered, the summons would not issue unless Plaintiff submitted it in proper form.[6] Furthermore, if there was a failure of service by the U.S. Marshal's Service, Plaintiff was under an obligation to effectuate service consistent with FED. R. CIV. P. 4(e). Plaintiff has failed to effectuate timely service, thereby subjecting the Amended Complaint to dismissal with respect to Defendant Evenson.

WHEREFORE, Defendant Michael Evenson respectfully requests this Court to dismiss the Amended Complaint for failure of service.

/ / /

/ / /

/ / /

---

[4] *See Byrd v. Stone*, 94 F.3d 217 (6th Cir. 1996); *Habib v. General Motors Corp.*, 15 F.3d 72 (6th Cir. 1994).

[5] *United States v. Merill*, 746 F.2d 458, 465 (9th Cir. 1984).

[6] Plaintiff contends, in his most recent Motion and Memorandum for Case Status [Doc. ## 89-90], that he did not receive anything back from the clerk, suggesting that he did not submit the summonses in proper form to the clerk.

Mot. to Dismiss Def't Michael Evenson
*Earl v. Addington, et al.*
3:06-cv-00126 (TMB)

4 of 6

1834130.1

RESPECTFULLY SUBMITTED this 9th day of October 2007.

JONES, SKELTON & HOCHULI, P.L.C.

By s/Timothy J. Bojanowski
  Daniel P. Struck
  Timothy J. Bojanowski
  2901 N. Central Ave., Suite 800
  Phoenix, Arizona  85012
  Tel:  (602) 263-7324
  Fax:  (602) 200-7837
  E-mail: tbojanowski@jshfirm.com

  Michael D. Corey, ABA #8511130
  Sandberg, Wuestenfeld & Corey
  701 West 8th Avenue, Suite 1100
  Anchorage, Alaska  99501
  Tel:  (907) 276-6363
  Fax:  (907) 276-3528

  *Attorneys for Defendant Michael Evenson*

This is to certify that a true and correct copy of the foregoing was served by ( XX ) mail (   ) hand (   ) fax this 9th day of October 2007, to:

Jack L. Earl, Jr., #302235
**RED ROCK CORRECTIONAL FACILITY (AK CONTRACT)**
1752 East Arica Road
Eloy, Arizona 85231
*Plaintiff Pro Per*

and that true and correct copies were served, via the CM/ECF system, this date, upon:

John K. Bodick, Esq.
**STATE OF ALASKA**
Attorney General's Office
310 K Street, Suite 403
Anchorage, AK 99501
*Counsel for Defendants Addington*

and

/ / /

Mot. to Dismiss Def't Michael Evenson
*Earl v. Addington, et al.*
3:06-cv-00126 (TMB)

1834130.1

Richard L. Pomeroy, Esq.
**U.S. ATTORNEY'S OFFICE**
222 West 7th Avenue, #9
Anchorage, AK 99513
*Counsel for Defendant Itkowitz*

    s/Dianne Clark
_____

Mot. to Dismiss Def't Michael Evenson
*Earl v. Addington, et al.*
3:06-cv-00126 (TMB)

6 of 6

1834130.1