UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

<u>JACK EARL LAWRENCE, JR.</u>   v.   <u>MIKE ADDINGTON, et al.</u>

THE HONORABLE TIMOTHY M. BURGESS

DEPUTY CLERK                            CASE NO. <u>3:06-cv-00126-TMB</u>

<u>Denali Elmore</u>

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**    DATE: October 2, 2007

    On August 17, 2007, Mr. Earl's filing fee in this case was paid in full, when the Court received the final installment from Red Rock Correctional Center (RCCC). No further payments have been received. Thus, it appears unnecessary to enter an order to RCCC demanding that they cease deducting money from Mr. Earl's account. Therefore, Mr. Earl's motion, at docket number 88, is DENIED. In the event the Court receives any further monies from RCCC, that money will be returned.

    Mr. Earl has also moved to know the status of his case, indicating that he is unsure whether the Court has received his filings.[1] That motion is GRANTED, as follows:

    The Court appears to be receiving Mr. Earl's filings. Defendants Mike and Cindy Addington have answered the amended complaint,[2] and the Matthew Itkowitz's motion to dismiss is now at issue,[3] and will be decided in due course.

    In addition, Mr. Earl has moved to voluntarily dismiss 10 of the SORT defendants. That motion, at docket number 75, is hereby GRANTED.

    Furthermore, the Clerk of Court shall issue a summons to **Michael Evenson**, and send a copy of this Order, the original summons, and a Form 285 to Mr. Earl. As soon as Mr. Earl receives this Order, he shall send, **for each defendant,** a fully completed Form 285, a copy of the complaint, an original and one copy of the summons, and a copy of this Order to:

---

[1]  *See* Docket Nos. 89, 90.

[2]  *See* Docket No. 87.

[3]  *See* Docket Nos. 70, 83, 86.

[earl status.wpd]{IA.WPD*Rev.12/96}

```
                        United States Marshal
                     222 West 7th Avenue, Box 28
                       Anchorage, Alaska 99513
```

The Clerk of Court shall <u>immediately</u> send a copy of this Order and the complaint, and the summons, to:

```
                          John K. Bodick
                    Assistant Attorney General
                        Criminal Division
                     310 K Street, Suite 507
                    Anchorage, Alaska  99501-2064
```

On or before twenty-one (21) days from the date of service of this Order, the Attorney General for the State of Alaska or his designee shall file an appearance for Mr. Evenson in the event that the Attorney General has decided to represent him.

Otherwise, if Mr. Evenson is or has been an employee of the State of Alaska, Department of Corrections, and is being sued for his actions while employed, the Attorney General or his designee shall provide to the United States Marshal his last known address, contained in state personnel files. **<u>This information shall be maintained as confidential by the United States Marshal and shall not be disclosed other than as necessary to effectuate service of process through the Marshal's office. The information shall not be placed in any files open to the public</u>**. The Attorney General or his designee shall, simultaneously and within twenty-one (21) days from the filing of this Order, file with the Clerk of Court a notice identifying whether this address has been provided to the Marshal or stating that the State of Alaska has no current address for this defendant. **<u>This notice shall not include the address of any defendant</u>**.

When the United States Marshal receives from Mr. Earl an appropriately completed Form 285, a copy of the complaint, an original and one copy of the summons, and a copy of this Order for Mr. Evenson, as well as any confidential address provided by the Attorney General, the Marshal shall serve a copy of the complaint, summons and this Order upon Mr. Evenson. All costs of this service shall be paid in advance by the United States. Mr. Earl is responsible for paying the U.S. Marshal's fees and costs, however, and will be billed for these fees and costs after service of process is complete.

Mr. Evenson shall have thirty (30) days after the date of service to file an answer or other responsive pleading.

[earl status.wpd]{IA.WPD*Rev.12/96}

Because Mr. Earl has made no specific allegations against Debbie Carter, the flight nurse, she is DISMISSED as a defendant in this case.

IT IS SO ORDERED.

[earl status.wpd]{IA.WPD*Rev.12/96}