John K. Bodick
Assistant Attorney General
310 K Street, Suite 403
Anchorage, Alaska 99501
Telephone: (907)269-6379
Attorney for State of Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK L. EARL, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MIKE ADDINGTON, et al., )<br>)<br>Defendants. )<br>_____ ) | Case No. 3:06-CV-00126-TMB<br><br>NOTICE re MICHAEL EVENSON |

COMES NOW Assistant Attorney General for the State of Alaska, John K. Bodick, and , pursuant to this court's order dated October 2, 2007, hereby gives notice that defendant Michael Evenson has not been a state employee at any time relevant to this litigation and the State of Alaska will not be defending him in this case.

Notice re Michael Evenson
*Earl v. Addington, et al.*, 3:06-cv-00126-TMB

Dated this 15 day of October, 2007.

TALIS J. COLBERG
ATTORNEY GENERAL

By: s/ John K. Bodick
Assistant Attorney General
State of Alaska, Department of Law
Criminal Division Central Office
310 K Street, Suite 403
Anchorage, AK 99501
Telephone: 269-6379
Facsimile: 269-6305
Email: John_Bodick@law.state.ak.us
AK Bar No. 8411098

**Certificate of Service**

I certify that on October 15, 2007, a copy of the foregoing Motion to Dismiss, all attachments thereto, and the Proposed Order were served on
Jack Earl, inmate #302235
Red Rock Correctional Center
1752 East Arica Road
Eloy, AZ., 85231

s/ John K. Bodick

STATE OF ALASKA
DEPARTMENT OF LAW
CRIMINAL DIVISION CENTRAL OFFICE - ANCHORAGE
310 K STREET, SUITE 403
ANCHORAGE, ALASKA 99501
(907) 269-6379

Notice re Michael Evenson
*Earl v. Addington, et al.*, 3:06-cv-00126-TMB