Jack L. Earl, Jr. / Pro Se
# 302235
Red Rock Correctional Center
1752 East Arica Road
Eloy, AZ                    85231



RECEIVED
OCT 2 9 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK L. EARL, JR.,<br><br>                Plaintiff,<br><br>vs.<br><br>MIKE ADDINGTON, et al.,<br><br>                Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 3:06-cv-00126-TMB<br>)<br>) **MOTION FOR RECONSIDERATION OF**<br>) **COURT'S SUA SPONTE DISMISSAL OF**<br>) **DEFENDANT DEBBIE CARTER**<br>) |

COMES NOW plaintiff, Jack L. Earl, Jr., pro se, does hereby move this court to reconsider it's order dismissing viable, and only medically trained defendant, Debbie Carter, whom was the "Flight Nurse" before and during the prisoner transport of 2003, from Anchorage, Alaska to Arizona.

This motion is supported attached memorandum.

DATED this 19th day of October, 2007.

By: _____
    Jack L. Earl, Jr.
    Plaintiff, Pro Se

