Jack L. Earl, Jr. / Pro Se
# 302235
Red Rock Correctional Center
1752 East Arica Road
Eloy, AZ                    85231



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK L. EARL, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 3:06-cv-00126-TMB |
| ) | |
| MIKE ADDINGTON, et al., ) | MOTION FOR LEAVE TO AMEND THE COMPLAINT AS TO DEFENDANT |
| ) | DEBBIE CARTER, FLIGHT NURSE |
| Defendants. ) | |

COMES NOW plaintiff, Jack L. Earl, Jr., pro se, does hereby move this court for leave to amend the apparent deficiencies in the complaint regarding defendant Debbie Carter, the "flight nurse" during the entire transport process, from Anchorage, Alaska to Arizona.

This motion is supported by affidavit of the plaintiff, with attached proposed order.

DATED this 19th day of October, 2007.

By: _____
Jack L. Earl, Jr.
Plaintiff, Pro Se