Jack L. Earl, Jr. / Pro Se
# 302235
Red Rock Correctional Center
1752 East Arica Road
Eloy, AZ                    85231

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK L. EARL, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 3:06-cv-00126-TMB |
| ) | |
| MIKE ADDINGTON, et al., ) | **PROPOSED ORDER** |
| ) | |
| Defendants. ) | |

This Court having considered the plaintiff's assertions and any oppositions thereto does hereby GRANT plaintiff's Motion for Leave to Amend the Complaint as to Defendant Debbie Carter, Flight Nurse.

IT IS FURTHER ORDERED that plaintiff's "Second Amended Complaint" does sufficiently claim specific allegations concerning defendant Debbie Carter, Flight Nurse.

FURTHERMORE, This court will direct the clerk of court to certify the previous summons sent regarding this defendant, and issue an appropriate order directing service to plaintiff.

IT IS SO ORDERED this____day of_____, 2007 at United States District Court, for the District of Alaska at Anchorage.

_____
The Honorable Timothy M. Burgess
United States District Court Judge