Jack L. Earl, Jr. / Pro Se
# 302235
Red Rock Correctional Center
1752 East Arica Road
Eloy, AZ                85231



RECEIVED
OCT 29 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

JACK L. EARL, JR.,                )
                                  )
            Plaintiff,            )
                                  )
vs.                               ) Case No. 3:06-cv-00126-TMB
                                  )
MIKE ADDINGTON, et al.,           ) **AFFIDAVIT OF PLAINTIFF JACK EARL**
                                  ) **IN SUPPORT OF MOTION FOR LEAVE TO**
            Defendants.           ) **AMEND COMPLAINT AS TO DEFENDANT**
                                  ) **DEBBIE CARTER, FLIGHT NURSE**
_____)

I Jack L. Earl, Jr., plaintiff in the above captioned case, and having been sworn upon oath, does hereby depose and state the following:

1. That on May 21, 2007 plaintiff filed a motion that voluntarily removed all but one of the identified S.O.R.T. team members, naming Michael Evenson as a defendant in this case.

2. That on May 25, 2007 plaintiff filed "first" amended complaint which named John Doe S.O.R.T. team member, Michael, and Jane Doe Flight Nurse, Debbie Carter, leaving only one John Doe U.S. Marshal.

3. Accompanying the "first" amended complaint was proper summonses for defendant Michael Evenson, and defendant Debbie Carter, as well as Demand For Jury Trial, and Proof of Service.

4. After a long period of lull, plaintiff filed a Motion for Case Status on September 5, 2007.

5. That still having heard nothing from the "court" plaintiff called his federal public defender's secretary, Lynne Roehling, who

-1-

the plaintiff spoke to explaining his concerns regarding this case.

6. That [s]he was nice enough to contact a friend of hers at the federal courthouse, who investigated the matter.

7. That Lynne's friend discovered that they had "accidentially dropped the ball," on this case and Lynne was assured that paperwork would be sent to the plaintiff immediately.

8. That on October 17, 2007 plaintiff received Minute Order From Chambers, dated October 2, 2007, certified summons for defendant Michael Evenson, with "Notice of Electronic Filing," for the summons issuance and Document number 92.

9. That the on October 17, 2007 was the date in which the plaintiff learned that the court found his complaint apparently deficient regarding defendant Debbie Carter, and had in fact **dismissed** the action against her.

10. That plaintiff was not properly noticed in a timely manner, of the dismissal, nor properly allowed to amend the deficient pleading regarding defendant Debbie Carter, Flight Nurse, thus being denied erroneously, to due process and equal protections of the law by the abuse of discretion of the court.

11. That plaintiff once learning of the deficiency did amend the complaint for a second time.

12. That plaintiff prays requested relief.

BY: _____
Jack L. Earl, Jr. / Plaintiff

SUBSCRIBED AND SWORN to before me this 23 day of October, 2007 at Red Rock Correctional Center in Eloy, Arizona.

_Renea Mohn_
NOTARY PUBLIC in and for the State of Arizona
MY COMMISSION expires: 10/23/2010

"OFFICIAL SEAL"
Renea Mohn
Notary Public-Arizona
Pinal County
My Commission Expires 10/23/2010