Jack L. Earl, Jr. / Pro Se
# 302235
Red Rock Correctional Center
1752 East Arica Road
Eloy, AZ                    85231



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK L. EARL, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 3:06-cv-00126-TMB |
| ) | **DEMAND FOR JURY TRIAL** |
| MIKE ADDINGTON, ) | |
| CYNDI ADDINGTON, ) | |
| MATTHEW ITKOWITZ, ) | |
| DEBBIE CARTER, Flight Nurse for ) | |
| U.S. Marshal-JPATS, ) | |
| JOHN DOE, United States Marshal, ) | |
| MICHAEL EVENSON, S.O.R.T. TEAM ) | |
| MEMBER-F.C.C., ) | |
| LEITONI TUPOU, ) | |
| ) | |
| Defendants. ) | |

Plaintiff, Jack L. Earl, Jr. appearing without the benefit of counsel, pro se, demands trial by jury on all triable issues.

RESPECTFULLY SUBMITTED this ____ day of October, 2007.

By: _____
Jack L. Earl, Jr. / Pro Se
Plaintiff