Jack L. Earl, Jr. / Pro Se
# 302235
Red Rock Correctional Center
1752 East Arica Road
Eloy, AZ          85231



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK L. EARL, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 3:06-cv-00126-TMB |
| ) | |
| MIKE ADDINGTON, et al., ) | **PROOF OF SERVICE** |
| ) | |
| Defendants. ) | |

    I, Jack L. Earl, Jr., plaintiff in the above captioned case, does hereby certify that true and complete copies of the following documents: Motion For Leave to Amend the Complaint as to defendant Debbie Carter, Flight Nurse
    Affidavit of Plaintiff Jack Earl in Support of Motion for Leave to Amend Complaint
    Demand For Jury Trial / Motion for Reconsideration & Memorandum
    Second Amended Complaint
    Proposed Order

were served upon defendants' counsel:

| | |
|---|---|
| Mr. John Bodick | Mr. Richard L. Pomeroy |
| Assistant Attorney General | Assistant U.S. Attorney |
| State of Alaska | 222 West 7th Avenue, #9 |
| 310 K Street, Suite 507 | Federal Courthouse |
| Anchorage, AK  99501 | Anchorage, AK  99513-7567 |

this 23rd day of October, 2007, from Red Rock Correctional Center in Eloy, Arizona.

By: _____
Jack L. Earl, Jr.
Plaintiff / Pro Se