## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

<u>  JACK LAWRENCE EARL, JR.  </u>   v.   <u>  MIKE ADDINGTON, et al.  </u>

THE HONORABLE TIMOTHY M. BURGESS

<small>DEPUTY CLERK</small>                                        CASE NO.  <u>  3:06-cv-00126-TMB  </u>

<u>  Denali Elmore  </u>

                                                                October 30, 2007
_____

<u>Service Upon Michael Evenson</u>

On October 14, 2007, Michael Evenson moved to dismiss Jack Earl's claims against him for failure to serve. However, this failure was not on the part of Jack Earl, the self-represented plaintiff in this case. The Court issued a summons to Mr. Evenson on October 11, 2007. Before that date, Mr. Earl was unable to serve Mr. Evenson. Therefore, Mr. Evenson's motion to dismiss, at docket number 91, must be DENIED.

Mr. Earl, however, is cautioned that he should serve Mr. Evenson, as explained in the Court's order of October 11, 2007, as soon as possible, and promptly file a return of service with the Court. Mr. Earl is reminded that an Assistant Attorney General for the Alaska Department of Law has filed notice that his office will not be representing Mr. Evenson in this case.

IT IS SO ORDERED.