Daniel P. Struck, Bar #012377
Timothy J. Bojanowski, Bar #022126
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona  85012
Telephone:  (602) 263-7324
Fax:  (602) 200-7837
tbojanowski@jshfirm.com

Attorneys for Defendant Michael Evenson

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ALASKA**

**AT ANCHORAGE**

| | |
|---|---|
| JACK LAWRENCE EARL, JR.,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>MIKE ADDINGTON, et al.,<br><br>　　　　　　　Defendants. | NO. 3:06-cv-00126 (TMB) |

**NOTICE REGARDING MICHAEL EVENSON**

　　　Michael Evenson was employed by Corrections Corporation of America at the time alleged in the Complaint.  CCA has, on this date, provided the U.S. Marshals Service, ATTN: Civil Process Desk, with Mr. Evenson's current employment location where he may be served.

　　　Undersigned counsel had not been authorized to accept or waive service on Defendant Evenson's behalf.

RESPECTFULLY SUBMITTED this 1st day of November 2007.

            JONES, SKELTON & HOCHULI, P.L.C.

            By s/Timothy J. Bojanowski
               Daniel P. Struck
               Timothy J. Bojanowski
               2901 N. Central Ave., Suite 800
               Phoenix, Arizona  85012
               Tel:  (602) 263-7324
               Fax:  (602) 200-7837
               E-mail: tbojanowski@jshfirm.com

               Michael D. Corey
               ABA #8511130
               Sandberg, Wuestenfeld & Corey
               701 West 8th Avenue, Suite 1100
               Anchorage, Alaska  99501
               Tel:  (907) 276-6363
               Fax:  (907) 276-3528

               *Attorneys for Defendants Antrim, Ensch, Aguirre, and Corrections Corporation of America*

This is to certify that a true and correct copy of the foregoing was served by ( XX ) mail (   ) hand (   ) fax this 1st day of November 2007, to:

Earl Worthy, III, #368520
**RED ROCK CORRECTIONAL FACILITY (AK CONTRACT)**
1752 East Arica Road
Eloy, Arizona 85231
*Plaintiff Pro Per*


    s/Dianne Clark

Notice re: Michael Evenson

*Earl v. Addington, et al.*

3:06-cv-00126 (TMB)

1842544.1                          2 of 2