| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. | | |
|---|---|---|---|
| PLAINTIFF<br>JACK L. EARL, JR. | | COURT CASE NUMBER<br>3:06-cv-00126-TMB | |
| DEFENDANT<br>MICHAEL EVENSON | | TYPE OF PROCESS<br>Civil Complaint | |
| SERVE ▶ | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>Mr. Michael Evenson | | |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) | | |
| AT | | | |

RECEIVED NOV 13 2007 CLERK, U.S. DISTRICT COURT ANCHORAGE, A.K.

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW: | | |
|---|---|---|
| Mr. Jack L. Earl, Jr. / #302235<br>Red Rock Correctional Center<br>1752 East Arica Road<br>Eloy, AZ                        85231 | Number of process to be served with this Form - 285 | 3 |
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | 0 |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                                                                                                                                Fold

may have been re-hired by CCA at the Red Rock Correctional Center in Eloy, Arizona.

| Signature of Attorney or other Originator requesting service on behalf of: | X PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>N/A | DATE<br>10/16/07 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>(Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 6 | District to Serve<br>No. 6 | Signature of Authorized USMS Deputy or Clerk | Date<br>11/6/07 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above)<br>520-464-3816 Yolanda | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. | |
|---|---|---|
| Address (complete only if different than shown above) | Date of Service<br>11/6/07 | Time<br>am / pm |
| | Signature of U.S. Marshal or Deputy | |

| Service Fee<br>$45 | Total Mileage Charges<br>(including endeavors) | Forwarding Fee | Total Charges<br>45 | Advance Deposits | Amount owed to U.S. Marshal or<br>$45 | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

| PRIOR EDITIONS<br>MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

# UNITED STATES DISTRICT COURT

District of _____

JACK L. EARL, JR.,

                Plaintiff,

     V.

MIKE ADDINGTON, CYNDI ADDINGTON,
MATTHEW ITKOWITZ,
DEBBIE CARTER, Flight Nurse for U.S.
Marshal-JPATS,
JOHN DOE, U.S. Marshal,
MICHAEL EVENSON, S.O.R.T. Team member,
LEITONI TUPOU,

                Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 3:06-cv-00126-TMB

TO: (Name and address of Defendant)

    Mr. Michael Evenson
    Florence Correctional Center, S.O.R.T. Team Member

    Florence, Arizona

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Mr. Jack L. Earl, Jr.
    #302235
    Red Rock Correctional Center
    1752 East Arica Road
    Eloy, AZ        85231

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**Ida Romack**                                       10/11/07
CLERK                                               DATE

REDACTED SIGNATURE
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and complaint was made by me(1) || DATE 11-6-07 |
| NAME OF SERVER (PRINT) S/S JAMES CARTWRIGHT || TITLE SHIFT SUPERVISOR |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served:  Red Rock Corr. Center
1750 East Arica Road, Eloy, AZ. 85231

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11-6-07
            Date

Signature of Server

222 W 7th Ave Rm 170
Address of Server

*** S/S James Cart[...]
Signature of server

*** (520) 464-3816
Contact Telephone Number

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.