UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

AT ANCHORAGE

| | |
|---|---|
| JACK LAWRENCE EARL, JR.,<br><br>                    Plaintiff,<br><br>     v.<br><br>MIKE ADDINGTON, et al.,<br><br>                    Defendants. | NO. 3:06-cv-00126 (TMB) |

### ORDER

Upon motion of Michael Evenson to dismiss the First Amended Complaint and for good cause shown therein, it this _____ day of _____ 200\_\_\_\_:

**ORDERED**, that Defendant Michael Evenson's Motion is and the same hereby is granted, and further;

**DISMISSES WITH PREJUDICE** Counts V – VIII of Plaintiff's First Amended Complaint are dismissed without leave to amend as frivolous pursuant to 28 U.S.C. § 1914(e)(2)(B)(i) and (ii), and further;

Order Granting Def't Evenson's Mot. to Dismiss
*Earl v. Addington, et al.*
3:06-cv-00126 (TMB)
1851018.1                                                            1 of 3

**CERTIFIES** that an *in forma pauperis* appeal from this Order would also be frivolous and therefore, would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3). *See Coppedge v. United States,* 369 U.S. 438, 445 (1962); *Gardner v. Pogue,* 558 F.2d 548, 550 (9th Cir. 1977)(indigent appellant is permitted to proceed *in forma pauperis* on appeal only if appeal would not be frivolous).

**IT IS SO ORDERED.**

Timothy M. Burgess
United States District Judge

copies to:

Jack L. Earl, Jr., #302235
**RED ROCK CORRECTIONAL FACILITY (AK CONTRACT)**
1752 East Arica Road
Eloy, Arizona 85231
*Plaintiff Pro Per*

Daniel P. Struck, Esq.
Timothy J. Bojanowski, Esq.
**JONES, SKELTON & HOCHULI, P.L.C.**
2901 North Central Avenue
Suite 800
Phoenix, AZ 85012
*Counsel for Defendant Evenson*

John K. Bodick, Esq.
**STATE OF ALASKA**
Attorney General's Office
310 K Street, Suite 403
Anchorage, AK 99501
*Counsel for Defendants Addington*

/ / /

/ / /

Order Granting Def't Evenson's Mot. to Dismiss
*Earl v. Addington, et al.*
3:06-cv-00126 (TMB)

Richard L. Pomeroy, Esq.
**U.S. ATTORNEY'S OFFICE**
222 West 7th Avenue, #9
Anchorage, AK 99513
*Counsel for Defendant Itkowitz*