Jack L. Earl, Jr. / Pro Se
# 302235
Red Rock Correctional Center
1752 East Arica Road
Eloy, AZ                85231


RECEIVED
DEC 1 0 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK L. EARL, JR., <br><br> Plaintiff, <br><br> vs. <br><br> MIKE ADDINGTON, et al., <br><br> Defendants. | Case No. 3:06-cv-00126-TMB <br><br> MOTION FOR EXTENSION OF TIME TO OPPOSE DEFENDANT EVENSON'S MOTION TO DISMISS |

COMES NOW plaintiff, Jack L. Earl, Jr. appearing without the benefit of counsel, pro se, does hereby move this court for an extension of time in which to submit opposition to defendant Evenson's Motion to Dismiss.

This motion is supported by plaintiff's affidavit, Judicial Notice, and in the intrest of justice. A proposed order is also attached.

DATED this 30th day of November, 2007 at Red Rock Correctional Center in Eloy, Arizona.

By: _____
Jack L. Earl, Jr. / Pro Se
Plaintiff

Mr. Jack L. Earl, Jr. / #302235
Red Rock Correctional Center
1752 East Arica Road
Eloy, AZ 85231

L E G A L   M A I L

United States District Court
District of Alaska
222 West 7th Avenue, #4
Federal Courthouse
Anchorage, AK 99513-7564