Jack L. Earl, Jr. / Pro Se
# 302235
Red Rock Correctional Center
1752 East Arica Road
Eloy, AZ                    85231

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK L. EARL, JR.,<br><br>    Plaintiff,<br><br>vs.<br><br>MIKE ADDINGTON, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 3:06-cv-00126-TMB<br>)<br>) **O R D E R**<br>)<br>)<br>) |

This Court having considered the plaintiff's position, inquired upon the claims made by plaintiff regarding denial of access to legal materials as layed out in the affidavit, and any opposition thereto does hereby GRANT plaintiff's Motion for Extension of Time to Oppose defendant Evenson's Motion to Dismiss.

IT IS FURTHER ORDERED that the plaintiff will be given 30 days from the date of his motion in which to submit his opposition to defendant's Motion to Dismiss, or in the event that denial of rightful access to legal materials persists, notification of that matter.

THEREFORE IT IS ORDERED that plaintiff's opposition is due on or before December 30, 2007, or notification of the persistant problem as previously discussed.

IT IS SO ORDERED this____day of_____, 2007.

          The Honorable Timothy J. Burgess
          United States District Court Judge