Jack L. Earl, Jr. / Pro Se
# 302235
Red Rock Correctional Center
1752 East Arica Road
Eloy, AZ          85231



RECEIVED
DEC 1 0 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK L. EARL, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:06-cv-00126-TMB |
| vs. ) | |
| ) | **AFFIDAVIT OF PLAINTIFF IN** |
| MIKE ADDINGTON, et al., ) | **SUPPORT OF MOTION FOR EXTENSION OF** |
| ) | **TIME TO OPPOSE DEFENDANT EVENSON'S** |
| Defendants. ) | **MOTION TO DISMISS** |

Plaintiff Jack L. Earl, Jr. having first been duly sworn upon oath, and under penalty for perjury does hereby depose and state the follpowing:

1. That I am pro se, and incarcerated by the State of Alaska in a contract facility owned and operated by Corrections Corp., in Eloy, Arizona.

2. That the "DILL" systems used by all Alaska prisoners in Arizona, for legal research are not and have not been properly functioning for approximately 2 weeks in this month (e.g. November) and since August have been down approximately 57 days, with sporatic times of partial systems ability.

3. That as such I have been significantly hindered in my pro se attempts to procure adequate pleadings, and currently the necessary opposition motion.

4. That the plaintiff encourages the court to contact either the Direct of Institutions, Mr. Garland Armstrong, Alaska P.O. Ann Goode, in D.O.C. central office at (907) 269-7375 or Standards Coordinator at

the Arizona "contract" facility [Red Rock Correctional Center] at (520) 464-3800 to verify the claims of the plaintiff.

5. That the motion for extension of time is necessary to ensure proper due process, and will not prejudice the defendant currently being opposed.

6. That I have made this on-going problem known to both entities via informal written and telephonic requests, as well as a grievance which was "screened" claiming the problem that of Alaska Department of Corrections. (See Red Rock Standards Cooridnator, Mr. Carl Richie regarding this claim as he is also Grievance Coordinator at Red Rock)

7. That this affidavit is made to the plaintiff's best personal knowledge, information and belief, and in good faith.

8. That plaintiff prays requested relief granted.

By: _____
Jack L. Earl, Jr.    Pro Se

SUBSCRIBED AND SWORN to before me this ___ day of December, 2007 at Red Rock Correctional Center in Eloy, Arizona.

_____
NOTARY PUBLIC in and for the State of Arizona

MY COMMISSION expires: 10/23/2010



"OFFICIAL SEAL"
Renea Mohn
Notary Public-Arizona
Pinal County
My Commission Expires 10/23/2010