Jack L. Earl, Jr. / Pro Se
# 302235
Red Rock Correctional Center
1752 East Arica Road
Eloy, AZ          85231



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

JACK L. EARL, JR., )
                   )
        Plaintiff, )
                   )
vs.                ) Case No. 3:06-cv-00126-TMB
                   )
MIKE ADDINGTON, et al., ) **JUDICIAL NOTICE OF DENIAL OF ACCESS**
                   ) **TO LEGAL MATERIALS AND THUS ACCESS**
        Defendants. ) **TO COURT**
                   )

Plaintiff, Jack L. Earl, Jr., appearing pro se in the above captioned case does hereby give the court judicial notice that any and all available avenues for Alaska state prisoners, at Red Rock Correctional Center, located in Eloy, Arizona. Wherein they are being held under "contract for Alaska Department of Corrections caselaw, and legal research has been inadequate. This is due to the fact that the AkDOC no longer (for some unknown reason) allows the institutions to retain legal books, but has erroneusly replaced them with the "Digital Inmate Law Library," or DILL, which has not worked since August of 2007.

This not only denies the plaintiff access to those needed legal materials for research, but denies his constitutional right to access to court. Therefore this court should be made aware that any actions before it, such as the plaintiff's, when it concerns a pro se Alaska prisoner litigant, and timeframe due dates is in judicial jeopardy.

Plaintiff request this honorable court inquire and issue bench order directing AkDOC and CCA to remedy this problem immediately.

Moreover, since the "DILL SYSTEM" has been down for approximately 57 days, those pleadings received by this Court since August of 2007, form any Alaska inmate, pro se litigant, housed in Arizona should be viewed with this deteriment in mind.

RESPECTFULLY SUBMITTED this 30th day of November, 2007.

By: _____
Jack L. Earl, Jr., Pro Se
Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing documents was caused to be served upon defendants, or defendants counsel or counsels, via first class U.S. Mail Service, as listed below, this ____ day of _____, 2007.

By: _____

Mr. Daniel Struck
2901 N. Central Ave., Suite 800
Phoenix, AZ                  85012

Mr. John Bodick
AAG State of Alaska
310 K St., Suite 507
Anchorage, AK                99501

Mr. Richard Pomeroy
AUS Attorney
222 W. 7th Ave., #9
Anchorage, AK                99513-7567