# NOTICE OF NON-COMPLIANCE WITH RULES

U.S. District Court, Office of the Clerk, 222 W. 7th Ave., Rm 229, Anchorage, AK 99513-7564, 907-677-6100

To: Jack L. Earl, Jr.  
1752 East Arica Road  
Eloy, AZ  85231

Case Number: 3:06-cv-00126-TMB  
Case Title: Earl v Addington, et al.  
Docket No: 106 and 107

Document Title: Motion for Extension of Time to Oppose Defendant Evanson's Motion to Dismiss; Affidavit of Plaintiff in Support of Motion for Extension of Time to Oppose Defendant Evanson's Motion to Dismiss

**Part I. This form is being sent as a courtesy to advise you that document(s) filed in the above referenced case were not in compliance with Local and/or Federal Court Rules and to prevent such deficiencies in the future. The documents have been filed. The following deficiencies were identified:**

LR 3.1 Papers to Accompany Filing  
___(a) Cover Sheet missing  

___OTHER (see comments)

LR 10.1 Form of Pleading  
___ (a) General - see Comments Below  
___ (b) No Chamber copy(s)-copy charge  

Amount Due: $_____

*********************************************************************************************************

**Part II. This form is being sent to advise you that document(s) are being returned for the following reasons:**

FRCP 5(d) Serving & Filing Pleadings and Other Papers  
___ Discovery documents are not routinely filed  
___ Depositions are not routinely filed  

___ Pursuant to Court Order  
___ OTHER (see comments)

28:1914(a) Filing Fee  
___Returned for Filing Fee or waiver of fees

FRCP 10 Form of Pleading  
___(a) Returned Complaint - Names of Parties not listed

*********************************************************************************************************

**Part III. This form is being sent to advise you that document(s) were not in compliance with Local and/or Federal Court Rules, which may result in the document(s) being stricken, if not corrected within 7 days:**

LR 10.1 Form of Pleading  
___(e) First page information missing (see comments below)  
___(f) Document is not signed  

___ OTHER (see comments)

LR 5.1 Proof of Service  
_XX__No proof of service on the document filed

*********************************************************************************************************

**Comments:** Every document filed in U.S. District Court must have a separate certificate of service on the document.

Name: Pam Richter  
Date: **December 10, 2007**