UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

AT ANCHORAGE

| | |
|---|---|
| JACK LAWRENCE EARL, JR.,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MIKE ADDINGTON, et al.,<br><br>　　　　　　　Defendants. | NO. 3:06-cv-00126 (TMB) |

### ORDER

Upon motion of Plaintiff for Extension of Time to Oppose Defendant Michael Evenson's Motion to Dismiss, Defendant Michael Evenson's Opposition thereto and for good cause shown therein, it this _____ day of _____ 200\_\_\_\_:

**ORDERED,** that Plaitniff's Motion is and the same hereby is granted in part and denied in part; Plaintiff's Opposition to Defendant Michael Evenson's Motion to Dismiss shall be filed on or before December 31, 2007.

　　/ / /

　　/ / /

Order Re: Pltf's Motion for Extension of Time
*Earl v. Addington, et al.*
3:06-cv-00126 (TMB)
1858655.1                                                                          1 of 2

IT IS SO ORDERED.

                                              Timothy M. Burgess
                                              United States District Judge

copies to:

Jack L. Earl, Jr., #302235
**RED ROCK CORRECTIONAL FACILITY (AK CONTRACT)**
1752 East Arica Road
Eloy, Arizona 85231
*Plaintiff Pro Per*

Daniel P. Struck, Esq.
Timothy J. Bojanowski, Esq.
**JONES, SKELTON & HOCHULI, P.L.C.**
2901 North Central Avenue
Suite 800
Phoenix, AZ 85012
*Counsel for Defendant Evenson*

John K. Bodick, Esq.
**STATE OF ALASKA**
Attorney General's Office
310 K Street, Suite 403
Anchorage, AK 99501
*Counsel for Defendants Addington*

Richard L. Pomeroy, Esq.
**U.S. ATTORNEY'S OFFICE**
222 West 7th Avenue, #9
Anchorage, AK 99513
*Counsel for Defendant Itkowitz*

Order Re: Pltf's Motion for Extension of Time

*Earl v. Addington, et al.*

3:06-cv-00126 (TMB)

1858655.1                                               2 of 2