Daniel P. Struck, Bar #012377
Timothy J. Bojanowski, Bar #022126
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona  85012
Telephone:  (602) 263-7324
Fax:  (602) 200-7837
tbojanowski@jshfirm.com

Attorneys for Defendant Michael Evenson

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ALASKA**

**AT ANCHORAGE**

| | |
|---|---|
| JACK LAWRENCE EARL, JR.,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MIKE ADDINGTON, et al.,<br><br>　　　　　　　Defendants.<br>． | NO. 3:06-cv-00126 (TMB) |

**<u>NOTICE OF FILING ORIGINAL AFFIDAVIT</u>**

Defendant Michael Evenson, through counsel and pursuant to D. Ak. LR 7.1(g), hereby gives the Notice of Filing the original Affidavit of Carl Richey in Opposition to Plaintiff's Motion for Extension of Time [Doc. # 110].  The original affidavit is Exhibit 1 hereto.

RESPECTFULLY SUBMITTED this 17th day of December 2007.

                JONES, SKELTON & HOCHULI, P.L.C.

                By s/Timothy J. Bojanowski
                   Daniel P. Struck
                   Timothy J. Bojanowski
                   2901 N. Central Ave., Suite 800
                   Phoenix, Arizona 85012
                   Tel: (602) 263-7324
                   Fax: (602) 200-7837
                   E-mail: tbojanowski@jshfirm.com

                   Michael D. Corey
                   ABA #8511130
                   Sandberg, Wuestenfeld & Corey
                   701 West 8th Avenue, Suite 1100
                   Anchorage, Alaska 99501
                   Tel: (907) 276-6363
                   Fax: (907) 276-3528

                   *Attorneys for Defendant Michael Evenson*

This is to certify that a true and correct copy of the foregoing was served by ( XX ) mail (   ) hand (   ) fax this 17th day of December 2007, to:

Jack Lawrence Earl, Jr. #302235
**RED ROCK CORRECTIONAL FACILITY (AK CONTRACT)**
1752 East Arica Road
Eloy, Arizona 85231
*Plaintiff Pro Per*

and that true and correct copies were served, via the CM/ECF system, this date, upon:

John K. Bodick, Esq.
**STATE OF ALASKA**
Attorney General's Office
310 K Street, Suite 403
Anchorage, Alaska 99501
*Counsel for Defendants Addington*

and

Notice of Filing Original Affidavit

*Earl v. Addington, et al.*

3:06-cv-00126 (TMB)


Richard L. Pomeroy, Esq.
**U.S. ATTORNEY'S OFFICE**
222 West 7th Avenue, #9
Anchorage, Alaska 99512
*Counsel for Defendant Itkowitz*

   s/Dianne Clark
_____