UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

AT ANCHORAGE

| | |
|---|---|
| JACK LAWRENCE EARL, JR., <br><br> Plaintiff, <br><br> v. <br><br> MIKE ADDINGTON, et al., <br><br> Defendants. | NO. 3:06-cv-00126 (TMB) |

## AFFIDAVIT OF CARL RICHEY IN OPPOSITION TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME

I, **Carl Richey**, first duly sworn upon my oath, depose and state that:

1. I have been employed with CCA since August 1996, and I have over 25 years of experience in the corrections field. Currently, I am the Grievance Compliance Officer and Standards Coordinator at the Red Rock Correctional Center.

Aff. of Carl Richey in Opp. to Mot. for Extension of Time
*Earl v. Addington, et al.*
3:06-cv-00126 (TMB)
1858207.1                           1 of 3

2. I am of the age of majority, of sound mind, having reviewed Plaintiff's Judicial Notice of Denial of Access to Legal Materials and Thus Court Access [Doc. No. 108] in this litigation and have personal knowledge of the facts stated herein, make this Affidavit in Support of Defendant's Opposition to Plaintiff's Motion for Extension of Time to Oppose Defendant Evenson's Motion to Dismiss.

3. Red Rock Correctional Center provides it's inmates with access to legal materials through an electronic research database and permits inmates to access computer terminals from which to do legal research.

4. While the computers are sometimes unavailable, at no point have they been unavailable for 57 days in a row.

5. In the middle of August, 2007, the computers in the law library were only partially functioning.

6. Additionally, the computers were completely down on November 22, 2007. On December 4, 2007, access was partially restored. By December 7, 2007, complete functionality was restored.

Aff. of Carl Richey in Opp. to Mot. for Extension of Time
*Earl v. Addington, et al.*
3:06-cv-00126 (TMB)
1858207.1                                    2 of 3

7.  Since at least December 7, 2007, the legal research system has been completely functional and available to all inmates during times they were approved to use the law library.

FURTHER AFFIANT SAYETH NAUGHT.

_____
CARL RICHEY

State of Arizona    )
                    )
County of Pinal     )

Subscribed and sworn to before me this 13th day of December, 2007.

_____
Notary Public

My Commission Expires:

11-8-2009



"OFFICIAL SEAL"
Josette L. Pouges
Notary Public-Arizona
Pinal County
My Commission Expires 11/8/2009

Aff. of Carl Richey in Opp. to Mot. for Extension of Time

*Earl v. Addington, et al.*

3:06-cv-00126 (TMB)

1858207.1                                3 of 3