Jack L. Earl, Jr. / Pro Se
#302235
Red Rock Correctional Center
1752 East Arica Road
Eloy, AZ          85231



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK L. EARL, JR.,<br><br>      Plaintiff,<br><br>VS.<br><br>MIKE ADDINGTON, et al.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>) Case No. 3:06-CV-00126-TMB<br>) PROOF OF SERVICE<br>)<br>)<br>)<br>) |

    I Jack L. Earl, Jr., plaintiff does hereby certify that true and complete copy of Motion for Extension of Time to Oppose Defendant Evenson's Motion to Dismiss was served this 30th day of November, 2007

upon:  Mr. John Bodick     Mr. Timothy Bojanowski   Mr. Richard Pomeroy
       Assistant Atty Gen.  Attorney at Law        Assistant U.S. Atty.
       State of Alaska

By: _____
    Jack L. Earl, Jr.

Jack L. Earl, Jr. / #302235
Rock Correctional Center
east Arica Road
, AZ                    85231



14 DEC 2007 PM 1 L

United States District Court
222 West 7th Avenue, #4
Federal Courthouse
Anchorage, AK           99513-7564

L E G A L        M A I L
99513+7564