# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

 JACK LAWRENCE EARL, JR.  v.  MIKE ADDINGTON, et al.

THE HONORABLE TIMOTHY M. BURGESS

DEPUTY CLERK                                    CASE NO.  3:06-cv-00126-TMB

 Pam Richter

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS** DATE: December 21, 2007

### EXTENSION OF TIME

Jack Earl, representing himself and for good cause shown, has moved this Court for an extension of time in which to file his response to defendant Michael Evanson's motion to dismiss.[1]  Mr. Evanson does not object to an extension of time, but requests that the Court give Mr. Earl a time certain.[2]  The Court agrees that a time certain is appropriate, and will give Mr. Earl one month from the date of this minute order to respond to the motion to dismiss.

Mr. Earl's motion for extension of time will, therefore, be granted, and he may file his response on or before **January 22, 2008.**

IT IS SO ORDERED.

---

[1]  *See* Docket Nos. 106-109, 112.

[2]  *See* Docket Nos. 110, 111, suggesting that the response be due by December 30, 2007.