Jack L. Earl, Jr. / Pro Se
# 302235
Red Rock Correctional Center
1752 East Arica Road
Eloy, AZ              85231



## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA

JACK L. EARL, JR.,              )
                               )
            Plaintiff,          )
                               )
vs.                            )  Case No. 3:06-cv-00126-TMB
                               )
MIKE ADDINGTON, et al.,        )
                               )
            Defendants.         )
_____)

**NOTICE OF FILING OF COPY OF RELEVANT AFFIDAVIT OF JOSE MANRIQUE**

**IN FURTHER SUPPORT OF PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO**

**OPPOSE DEFENDANT EVENSON'S MOTION TO DISMISS, BEING USED IN A** . . .

**SEPARATE PENDING LEGAL ACTION**

Plaintiff Jack L. Earl, Jr., appearing without the benefit of counsel, pro se, and pursuant to D. Ak. LR 7.1(g), hereby gives the Notice of Filing of Copy of Relevant Affidavit of Jose Manrique, in further support of Plaintiff's Motion for Extension of Time to Oppose Defendant Evenson's Motion to Dismiss. The aforementioned affidavit "copy" is being used in a separate pending legal action, and the original is being submitted in that action. The affidavit copy is Exhibit A attached hereto.

RESPECTFULLY SUBMITTED this 19th day of December, 2007.

By: _____
    Jack L. Earl, Jr. / Plaintiff
    Pro Se

Jack L. Earl, Jr.
# 302235
Red Rock Correctional Center
1752 East Arica Road
Eloy, AZ                85231

20 DEC 2007 PM 1 T

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
222 West 7th Avenue, #4
Federal Courthouse
Anchorage, AK        99513-7564

LEGAL

99513-7564