IN THE ~~STATE~~ DISTRICT COURT FOR THE OF ALASKA AT ANCHORAGE

RECEIVED
DEC 26 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

JACK L. EARL, JR., )
    )
            Plaintiff, )
    )
vs. )   Case No. ~~3AN~~ 3:06-cv-00126-TMB
    )
CORRECTIONS CORPORATION OF )
AMERICA INC., et al., )
    )
    )
    )
    )
            Defendants. )
_____)


AFFIDAVIT OF ALASKA PRISIONER JOSE MANRIQUE, #499288


I Jose Manrique, having first been duly sworn upon oath does hereby depose and state the following:

1. I am an alaska prisioner currently housed at Red Rock Correctional Center in Eloy, Arizona.

2. That said housing is under contract agreement in which I am an intended third-party beneficiary of, with said contract being between the state of Alaska, Department of Corrections, and the Corrections Corporation of America, Inc.

3. That said "contract" agrees to provide to the Alaska state prisioners access to legal materials, for research, as required by access to court mandate, and the Clearly FInal Settlement Agreement.

4. That for approximately 40 days, while housed in G-Unit (see cell assignment GF-04) the law library computer systems, known as "Digital Inmate Law Library," which each unit possesses, and is the only way in which to receive caselaw, [since the legal

-1-                                          Exhibit A

book collection previously used at the Florence Correctional Center (in which all Alaska prisoners were sent/moved from were thrown away, except for some legal books ] only partially worked, or did not work at all during the aforementioned period.

5. That the Clearly Final Settlement Agreement delineates what legal books are to be in each Alaska Law Library, and in fact these "books" are to be in a central location, in a small room at the back of the main library.

6. That the violative denial of access to fully functioning law library, either by ability to use the computer system, or legal books with caselaw, and updates, for research, denied me my constitutionally protected right, as well as contractual guarantees to access to legal materials for research, and thus access to court.

7. That I am one of the law librarians at the facility, and have submitted this affidavit in good faith.

By: /s/ Jose Manrique
Jose Manrique
No. 499288

SUBSCRIBED AND SWORN to before me this 6 day of November, 2007 at the Red Rock Correctionla Center in ELoy, Arizona.

_____
NOTARY PUBLIC in and for the state of Arizona
MY COMMISION expires: 10/23/2010

"OFFICIAL SEAL"
DeAnn Gonzales
Notary Public-Arizona
Pinal County
My Commission Expires 10/23/2010