Jack L. Earl, Jr. / Pro Se
#302235
Red Rock Correctional Center
1752 East Arica Road
Eloy, AZ                85231


RECEIVED
DEC 26 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

JACK L. EARL, JR.,                )
                                  )
            Plaintiff,            )
                                  )
VS.                               ) Case No. 3:06-CV-00126-TMB
                                  ) PROOF OF SERVICE
MIKE ADDINGTON, et al.,           )
                                  )
            Defendants.           )
                                  )
_____)

This is to certify that a true and correct copy of the foregoing was served by mail this 19th day day of December, 2007, to:

| John Bodick | Timothy Bojanowski | Richard Pomeroy |
| AAG/State of Alaska | Attorney at Law | Asst. U.S. Attorney |
| 310 K St., Suite 507 | 2901 N. Central Avenue, | 222 West 7th Avenue, #9 |
| Anchorage, AK  99501 | Suite 800 | Anchorage, AK  99513-7567 |
| | Phoenix, AZ  85012 | |

By: _____
    Jack L. Earl, Jr. / Plaintiff
    Pro Se