ED STATES DISTRICT COURT Case 3:06-cv-00126-RRB   Document 117   Filed 12/27/2007   Page 1 of 3
DISTRICT OF ALASKA
CLERK OF COURT
FEDERAL BUILDING, U.S. COURTHOUSE
222 W. 7TH AVENUE, #4
ANCHORAGE, ALASKA 99513-7564

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

049J82021791

$00.4 10
12/21/2007
Mailed From 99513
US POSTAGE

Jack Lawrence Earl, Jr.
302235
Red Rock Correctional Center/CCA
~~1750 E. Arica Road~~

**RECEIVED**
DEC 27 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

NIXIE       995    DC 1        00 12/24/07
RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD

BC: 99513756499       *1072-04791-21-39

99513@7564

**Orders on Motions**
3:06-cv-00126-TMB Earl v. Addington et al

## U.S. District Court

### District of Alaska

### Notice of Electronic Filing

The following transaction was entered on 12/21/2007 at 11:28 AM AST and filed on 12/21/2007
**Case Name:** Earl v. Addington et al
**Case Number:** 3:06-cv-126
**Filer:**
**Document Number:** 113

**Docket Text:**
ORDER granting [106] Motion for Extension of Time to File Response re [103] MOTION to Dismiss; Responses due by 1/22/2008. (PRR, COURT STAFF)

**3:06-cv-126 Notice has been electronically mailed to:**

John K. Bodick    john.bodick@alaska.gov, sherry.matsuno@alaska.gov, vivien.noll@alaska.gov

Timothy J. Bojanowski    tbojanowski@jshfirm.com, dclark@jshfirm.com, mgiardina@jshfirm.com

Richard L. Pomeroy    richard.pomeroy@usdoj.gov, christine.belenski@usdoj.gov, usaak.ecf@usdoj.gov

**3:06-cv-126 Notice has been delivered by other means to:**

302235
Red Rock Correctional Center/CCA
1750 E. Arica Road
Eloy, AZ 85231

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105331613 [Date=12/21/2007] [FileNumber=267107-0
] [d2d5b4e45569cf0721bb09d4b4cd4c3e2eec16b0412e3420d1dc370423c733bb6c6
d022ced83d98a3af4427b7a161df1178764f3233dd73bbc6e28d40b134703]]

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

JACK LAWRENCE EARL, JR.   v.   MIKE ADDINGTON, et al.

THE HONORABLE TIMOTHY M. BURGESS

DEPUTY CLERK                                          CASE NO. 3:06-cv-00126-TMB

Pam Richter

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS** DATE: December 21, 2007

## EXTENSION OF TIME

Jack Earl, representing himself and for good cause shown, has moved this Court for an extension of time in which to file his response to defendant Michael Evanson's motion to dismiss.[1] Mr. Evanson does not object to an extension of time, but requests that the Court give Mr. Earl a time certain.[2] The Court agrees that a time certain is appropriate, and will give Mr. Earl one month from the date of this minute order to respond to the motion to dismiss.

Mr. Earl's motion for extension of time will, therefore, be granted, and he may file his response on or before **January 22, 2008.**

IT IS SO ORDERED.

---

[1] See Docket Nos. 106-109, 112.

[2] See Docket Nos. 110, 111, suggesting that the response be due by December 30, 2007.

[~4847005.wpd]{IA.WPD*Rev.12/96}