Jack L. Earl, Jr. / Pro Se
# 302235
Red Rock Correctional Center
1752 East Arica Road
Eloy, AZ                85231

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK L. EARL, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 3:06-cv-00126-TMB |
| ) | |
| MIKE ADDINGTON, et al., ) | **PROPOSED ORDER** |
| ) | |
| Defendants. ) | |

This Court having considered the pleadings of the defendant to dimiss and plaintiff's opposition thereto, as well as previous rulings and applicable law does hereby DENY defendant's Motion to Dismiss.

It is further ordered that defendant's motion to dimiss with prejudice is also hereby DENIED, as plaintiff's amended complaint sufficently states a claim against the defendant, and is neither frivolous or in bad faith.

IT IS SO ORDERED this____day of_____, 2008.

_____
The Honorable Timothy M. Burgess
United States District Court Judge