*7a2*

PRIVILEGED AND CONFIDENTIAL

FORM 51C
Revised 12/01/02

PLEASE SEND THIS TO WARDEN LUNA FOR ME ASAP
# CORRECTIONS CORPORATION OF AMERICA
## INCIDENT STATEMENT

INCIDENT NUMBER: _____     FACILITY: Florence Correctional Center

DATE OF INCIDENT: 12/14/03 _____     TIME OF INCIDENT: unknown _____

*BASED ON YOUR OWN KNOWLEDGE:*

Name: Jack L. Earl, Jr. _____     Employee: _____   AK Inmate: XXX     Inmate #: 302235

Civilian: _____   Witness: _____   Participant: _____   Other (Specify): victim _____

What did you see, hear, and do? (Use additional pages if necessary): after a very long and humili-
ating flight, from Alaska, we landed and were surrounded by guys in black riot
gear. Then other Alaskan inmates were taken off the plane. I looked out my window
and seen the little U.S. Marshal pointing up at me, standing with a very large
guy in black. I was then taken off the plane. two guys in black with their faces
completely covered, which included the very large guy that spoke with the little
U.S. Marshal, started pulling me (after seperating me from the others) towards a
white van, rather roughly, which was unnecessary. When we got to the van I asked
the large guy why I was being roughed up. He slammed my head into the side of the
van, and when I protested he stated "shut up, and don't look at me", slamming my
head and part pf my face into the side of the van again. I told him he was hurting
me, and that it wasn't necessary because I was not resisting, nor had I done any-
thing wrong. I was then pushed (almost thrown) into the smaller caged area of the
van, while sitting there other Alaska inmates in red and orange were placed into

Note all injuries received (if none, then state so):
I received bumps on my head, scrape face, shoulders hurt, and groin area I
assumed was from having a over-full colostomy pouch.

Were you screened by Medical? Yes _____   No XX _____ (My requests were not responded to)

SIGNATURE: _____ 302235

DATE ORIGINAL STATEMENT WRITTEN: Jan. 3rd, 2004

DATE TYPED STATEMENT REVIEWED AND SIGED: Same

Proprietary Information – t for Distribution – Copyrighted
Property of Correct s Corporation of America

EX. 1

the larger back part. We then took off, and a black guard with a very big can of

what appeared to be pepper spray stared at me all the way to where we ended up. I

was left by myself for a very, very long time in the van, after the others had been

removed. I told the large guy in black, who's face was still completely covered that

I needed to empty my colostomy pouch because it was pulling down and causing my

groin to hurt. He just looked at me, so I reiterated my need and he said "tough shit

it's not my problem, shut up."

Then what seemed like alifetime the large guy and three other guys in black came to

the van. The large guy again roughly pulled me out of the van, eventhough I was try-

ing to get out, and eventhough I did not resist at all I was roughly shoved by him

and told to "move!" I did not know which way to go so I just proceeded forward, and

the large gut stated "stop right there!" I thought that I was going to be sprayed

or something so I stpped cold, and closed my eyes. Then suddenly I was grabbed really

hard by the arm and pulled to one door, we went through that door, then through

another door, down a hallway. I read the word Segregation over the door up ahead and

asked why I was going to seg. I was told to "shut up" by the large guy, and another

and we went into the unit. I was placed fully retrained into a small shower, and I

was locked in it, under the direction of the large guy in black. He said to one of

the guard in a white shirt, heres that piece of shit, leave him till O call you. I

stayed in the shower for a very long time, asking twice to use the bathroom before

the large guy in black left, and appantly when I asked after he left no one was to

help me at all. So I stood there, and actually peed down the drain. Then suddenly a

different guy in a white shirt came am took off the restraints, told me to strip

and throw your clothes out. So I did nd stood there naked for a very long time.

Then another guy in a white shirt camasked me my sizes. I told him that I needed

to empty my pouch and after he got melothes he took me upstairs to a cell and I

was finally able to relieve the presre the over-full pouch was causing me. The

pain lingered for a couple of days.at was the last time I seen the large guy.