Jack L. Earl, Jr. / Pro Se
#302235
Red Rock Correctional Center
1752 East Arica Road
Eloy, AZ          85231



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

JACK L. EARL, JR.,                )
                                  )
            Plaintiff,            )
                                  )
VS.                               ) Case No. 3:06-CV-00126-TMB
                                  ) PROOF OF SERVICE
MIKE ADDINGTON, et al.,           )
                                  )
            Defendants.           )
                                  )
_____)

    This is to certify that true and correct copies of the foregoing was served via United States Mail Service this ___ day of December, 2007 to:

| Mr. John Bodick | Mr. Richard Pomeroy | Mr. Timothy Bojanowski |
| AAG/State of Alaska | Assist. U.S. Attorney | Attorney at Law |
| 310 K St., Suite 507 | 222 W.7th Ave., #9 | 2901 N. Central Ave., Suite 800 |
| Anchorage, AK   99501 | Anchorage, AK 99513-7567 | Phoenix, AZ          85012 |

By: _____
     Jack L. Earl, Jr.