**EXHIBIT A**

# Current Grievances
## Disposition
| Grievance Number | Inmate Name | Date Filed | S | R | I | Date Out | Assigned To | Due Back | Signed By Inmate | Appealed (Y, N) | Date Appeal Filed and Faxed | Date Due Back | Relief Granted | Grievance Code | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04-0018 | Mcmillian, Michael | 01/06/2004 | N | N | Y | | C. Richey | 01/21/2004 | 01/06/2004 | No | | | N | 28 | 01/20/2004 |
| 04-0019 | amos, steven | 01/06/2004 | Y | N | N | | | | 01/06/2004 | No | | | N | 29 | 01/20/2004 |
| 04-0020 | Dreves, David | 01/06/2004 | N | N | Y | | C. Richey | 01/21/2004 | 01/06/2004 | Yes | 01/19/2004 | 02/10/2004 | Y | 28 | 02/03/2004 |
| 04-0021 | Trahan, John Darrell | 01/06/2004 | Y | N | N | | | | 01/06/2004 | Yes | | | N | 15 | 01/13/2004 |
| 04-0022 | Earl, Jack | 01/06/2004 | Y | N | N | | | | 01/06/2004 | No | | | N | 6 | 01/20/2004 |
| 04-0023 | Earl, Jack | 01/06/2004 | Y | N | N | | | | 01/06/2004 | No | | | N | 8 | 01/20/2004 |
| 04-0024 | Earl, Jack | 01/06/2004 | Y | N | N | | | | 01/06/2004 | No | | | N | 8 | 01/20/2004 |
| 04-0025 | Kon, Mark | 01/06/2004 | Y | N | N | | | | 01/06/2004 | No | | | N | 9 | 01/20/2004 |
| 04-0026 | Makris, George | 01/06/2004 | Y | N | N | | | | 01/06/2004 | No | | | N | 28 | 01/20/2004 |
| 04-0027 | Earl, Jack | 01/06/2004 | Y | N | N | | | | 01/06/2004 | No | | | N | 10 | 01/20/2004 |
| 04-0028 | Earl, Jack | 01/06/2004 | Y | N | N | | | | 01/06/2004 | No | | | N | 28 | 01/20/2004 |
| 04-0029 | amos, steven | 01/06/2004 | Y | N | N | | | | 01/06/2004 | No | | | N | 28 | 01/20/2004 |
| 04-0030 | Haire, Russell D | 01/06/2004 | Y | N | N | | | | 01/06/2004 | No | | | N | 19 | 01/20/2004 |
| 04-0031 | Mcconnell, Daniel | 01/06/2004 | Y | N | N | | | | 01/06/2004 | No | | | N | 28 | 01/20/2004 |
| 04-0032 | Perez-Mariscal, Jose | 01/07/2004 | N | Y | N | | | | 01/07/2004 | No | | | N | 28 | 01/09/2004 |
| 04-0033 | Grandstaff, Stephen | 01/07/2004 | N | N | Y | | | | 01/07/2004 | No | | | N | 21 | 01/09/2004 |
| 04-0034 | Wyatt, Ron | 01/08/2004 | Y | N | N | | | | 01/08/2004 | Yes | | | N | 15 | 03/15/2004 |
| 04-0035 | amos, steven | 01/12/2004 | Y | N | N | | | | 01/12/2004 | No | | | N | 15 | 01/30/2004 |
| 04-0036 | amos, steven | 01/12/2004 | Y | N | N | | | | 01/12/2004 | No | | | N | 15 | 01/30/2004 |
| 04-0037 | Earl, Jack | 01/12/2004 | Y | N | N | | | | 01/12/2004 | No | | | N | 13 | 02/19/2004 |
| 04-0038 | Plyler, James K | 01/12/2004 | N | N | Y | | J. Matlock | 01/27/2004 | 01/12/2004 | No | | | Y | 8 | 01/22/2004 |
| 04-0039 | Irons, Scotti | 01/12/2004 | N | N | Y | | C. Richey | 01/27/2004 | 01/12/2004 | No | | | N | 28 | 02/04/2004 |
| 04-0040 | Kon, Mark | 01/12/2004 | Y | N | N | | | | 01/12/2004 | No | | | N | 21 | 01/30/2004 |
| 04-0041 | Powell, Stephen | 01/12/2004 | Y | N | N | | | | 01/12/2004 | No | | | N | 28 | 01/30/2004 |
| 04-0042 | Kon, Mark | 01/12/2004 | Y | N | N | | | | 01/12/2004 | No | | | N | 13 | 01/30/2004 |
| 04-0043 | Powell, Stephen | 01/12/2004 | Y | N | N | | | | 01/12/2004 | No | | | N | 24 | 01/30/2004 |
| 04-0044 | Dallman, James | 01/12/2004 | Y | N | N | | | | 01/12/2004 | No | | | N | 19 | 01/30/2004 |
| 04-0045 | Powell, Stephen | 01/12/2004 | N | N | Y | | D. Wright | 01/27/2004 | 01/12/2004 | Yes | 02/05/2004 | 02/20/2004 | N | 12 | 02/24/2004 |
| 04-0046 | Berge, John | 01/14/2004 | Y | N | N | | | | 01/14/2004 | No | | | N | 13 | 01/30/2004 |
| 04-0047 | Berge, John | 01/14/2004 | Y | N | N | | | | 01/14/2004 | No | | | N | 13 | 01/30/2004 |
| 04-0048 | Berge, John | 01/14/2004 | Y | N | N | | | | 01/14/2004 | No | | | N | 19 | 01/30/2004 |
| 04-0049 | Berge, John | 01/14/2004 | Y | N | N | | | | 01/14/2004 | No | | | N | 28 | 01/30/2004 |
| 04-0050 | Howarth, William | 01/14/2004 | N | N | Y | | B. Ortiz | 01/29/2004 | 01/14/2004 | No | | | N | 28 | 01/30/2004 |
| 04-0051 | Powell, Stephen | 01/14/2004 | N | N | Y | | B. Ortiz | 01/29/2004 | 01/14/2004 | Yes | 01/27/2004 | 02/15/2004 | N | 13 | 06/29/2004 |
| 04-0052 | Dreves, David | 01/19/2004 | Y | N | N | | | | 01/19/2004 | No | | | N | 19 | 02/13/2004 |
| 04-0053 | Yearty, Richard T | 01/19/2004 | N | N | Y | | B. Ortiz | 02/03/2004 | 01/19/2004 | No | | | Y | 13 | 02/13/2004 |
| 04-0054 | Gartin, Roger | 01/19/2004 | Y | N | N | | | | 01/19/2004 | No | | | N | 8 | 02/13/2004 |
| 04-0055 | Kolkman, Michael | 01/19/2004 | Y | N | N | | | | 01/19/2004 | No | | | N | 12 | 02/13/2004 |
| 04-0056 | Haruch, John B | 01/19/2004 | N | N | Y | | B. Ortiz | 02/03/2004 | 01/19/2004 | No | | | N | 15 | 03/01/2004 |

Legend S = Screened I = Investigated R = Resolved

Ex. A, PAGE 1

**EXHIBIT B**

State of Alaska | Department of Corrections

# PRISONER GRIEVANCE

| Print Name | Institution/Module | OBSCIS Number | Log Number |
|---|---|---|---|
| Jack Earl | FCC-JG | 302235 | 04-0004 |

**Date of Incident:** 1-1-2004

Describe the incident and your attempts to handle it informally. ONE issue per grievance.

On 12/29/03 I submitted my request to attend Law Library 1-1-04 & 1-8-04 in the afternoon session, in accordance to the 12/22/03 CCA MEMORANDUM which states: (quote) "and all requests for 1/1/04-1/2/04 must be placed in the Law Library request box no later than 7:00 am 12/31/03." It goes on to state: "any request not received BY the times above (in this case by 7:00 am 12/31/03) will not be scheduled." I submitted my request in plenty of time, however I was not scheduled and are being denied my right to access to court, CCA policy, AK policy and U.S. Constitution. I fervently believe this action to be wanton and purposeful, and as a result of my exercising of my rights under the ADA, in retaliation by CCA/FCC staff to hinder/pend my CCA/FCC legal action, action already in process and ADA non-compliance action.

**I request the following relief (state outcome you are seeking):** that I be scheduled immediately the access to law library afternoon sessions 7 days a week until such time as those sessions are no longer needed. And to stop FCC staff retaliation/const. violations

I understand that this grievance must be filed with the grievance coordinator within 30 days of the occurrence or my knowledge of this incident:

**Date:** 1/1/04    **Prisoner's Signature:** [signed]

I acknowledge receipt of this grievance and have issued the Log Number above for reference. Please refer any inquiries about this grievance to the assigned Log Number:

**Date Filed in Compliance:** 1/2/04    **Grievance Coordinator's Signature:** Carl E. [signed]

Original: Prisoner File
Copies: Prisoner
Grievance Coordinator
Grievance/Compliance Administrator

Form 808.03C -- Revised 3/98 (All previous Editions Obsolete)

EX. B, PAGE 1

# GRIEVANCE SCREENING FORM

To: __302235 / Earl, Jack__  
Prisoner's Name/OTIS Number

__04-0004__  
Log Number

__Florence Correctional Center__  
Institution

Your grievance is being returned to you because: (see the applicable line checked below):

____ a. The action or decision being grieved is not a grievable issue as specified in section A.2 of DOC Policy 808.03.

____ b. The grievance is not within the institution's or Department's jurisdiction.

__X__ c. The issue grieved was not first addressed informally.

____ d. This issue was already grieved by the prisoner or by another prisoner and resolved.

____ e. The grievance is submitted on behalf of another prisoner who is able to file his or her own grievance.

____ f. This form is not filled out completely.

Instructions:

____ g. The grievance was not filed within 30 days.

____ h. The grievance is grieving an action not yet taken.

____ i. The grievance contains inappropriate use of obscene or profane words.

____ j. The grievance is factually incredible or clearly devoid of merit.

____ k. Specific relief sought not clear.

____ l. The grievance raises unrelated issues that should be presented in seperate grievances.

____ m. The grievance is against the Superintendent, but is not for actions taken directly by the Superintendent.

__X__ The above noted reason for screening your grievance is not self-explanatory. The following written explanation is provided to clarify the above noted screening decision:

You need to address this issue with your case manager prior to filing the grievance. I suggest that you submit your request to someone to show a paper trail.

__January 02, 2004__  
Date

__[signature]__  
Signature of Grievance Coordinator

If you have evidence to show that this screening decision is incorrect or improper, you may appeal the decision to the Superintendent in writing. The appeal must be attached to your grievance and to this screening form.

Distribution: Original to Prisoner Case File  
Prisoner  
Grievance Coordinator

Department of Corrections Form #808.03A  
Rev. 04/02

Legend S= Screened  
I = Investigated  
R= Resolved

Page 1 of 1

Ex. B, Page 2

**EXHIBIT C**

State of Alaska                                                                 Department of Corrections

# PRISONER GRIEVANCE

| Print Name | Institution/Module | OBSCIS Number | Log Number |
|---|---|---|---|
| Jack Earl | FCC JG | 302235 | 04-0005 |

Date of Incident: 1-1-04

Describe the incident and your attempts to handle it informally. ONE issue per grievance.

On 12/31/03 I discovered that previously submitted request(s) for service dated 12/22/03 had still not been addressed, nor responded to, thus my requests were disregarded.

If I am not allowed the same benefits as other CCA/FCC inmates I haven't been informed.

If I am then I'm being treated differently in violation of the Equal Protection Clause accorded to prisoners under 14th Amend

(Attach additional pages if necessary)

I request the following relief (state outcome you are seeking):

To have all my Requests for service, grievances, etc answered in a timely manner

I understand that this grievance must be filed with the grievance coordinator within 30 days of the occurrence or my knowledge of this incident:

Date: 1/1/04    Prisoner's Signature: [signature]

I acknowledge receipt of this grievance and have issued the Log Number above for reference. Please refer any inquiries about this grievance to the assigned Log Number:

Date Filed in Compliance: 1/2/04    Grievance Coordinator's Signature: Carl E. Kuly

Original:   Prisoner File
Copies:    Prisoner
           Grievance Coordinator
           Grievance/Compliance Administrator

Form 808.03C – Revised 3/98 (All previous Editions Obsolete)

EX. C, PAGE 1

# GRIEVANCE SCREENING FORM

To: __302235 / Earl, Jack__          04-0005
Prisoner's Name/OTIS Number          Log Number

__Florence Correctional Center__
Institution

Your grievance is being returned to you because: (see the applicable line checked below):

____ a. The action or decision being grieved is not a grievable issue as specified in section A.2 of DOC Policy 808.03.

____ b. The grievance is not within the institution's or Department's jurisdiction.

__X__ c. The issue grieved was not first addressed informally.

____ d. This issue was already grieved by the prisoner or by another prisoner and resolved.

____ e. The grievance is submitted on behalf of another prisoner who is able to file his or her own grievance.

____ f. This form is not filled out completely.

Instructions:

____ g. The grievance was not filed within 30 days.

____ h. The grievance is grieving an action not yet taken.

____ i. The grievance contains inappropriate use of obscene or profane words.

____ j. The grievance is factually incredible or clearly devoid of merit.

____ k. Specific relief sought not clear.

____ l. The grievance raises unrelated issues that should be presented in seperate grievances.

____ m. The grievance is against the Superintendent, but not for actions taken directly by the Superintendent.

__X__ The above noted reason for screening your grievance is not self-explanatory. The following written explanation is provided to clarify the above noted screening decision:

You have not submitted any supporting documentation to show who the request were to or that they were submitted on that date.

January 02, 2004                        _[signature]_
Date                                    Signature of Grievance Coordinator

If you have evidence to show that this screening decision is incorrect or improper, you may appeal the decision to the Superintendent in writing. The appeal must be attached to your grievance and to this screening form.

Distribution:   Original to Prisoner Case File
                Prisoner
                Grievance Coordinator

Department of Corrections Form #808.03A
Rev. 04/02                                                          Page 1 of 1

Legend: I = Investigated, R = Resolved, S = Screened

EX. C, PAGE 2

**EXHIBIT D**

State of Alaska                                                                 Department of Corrections

# PRISONER GRIEVANCE

| Print Name | Institution/Module | OBSCIS Number | Log Number |
|---|---|---|---|
| Jack Earl | FCC-SG | 302235 | 04-0006 |

**Date of Incident:** 1-1-04

Describe the incident and your attempts to handle it informally. ONE issue per grievance.

I have been @ this detention center for 19 days, and in that time, I have requested "Greys" that fit (X tops & bottoms) several times. I have been out of Seg (which was an erroneous placement to begin with) 1 day, had to wear the Oranges for a day and got Greys that do not fit, are worn out, are defective are natty and in disrepair.

I believe fervently that this action has been ordered by staff in retaliation for my exercising of my rights under the "real" laws, not CCA jibberish.

(Attach additional pages if necessary)

**I request the following relief (state outcome you are seeking):** to clothes that fit, I want and have right to clothes that fit are in good condition and Greys. I also have rights not to be retaliated upon by staff.

I understand that this grievance must be filed with the grievance coordinator within 30 days of the occurrence or my knowledge of this incident.

**Date:** 1/1/04         **Prisoner's Signature:** [signed]

I acknowledge receipt of this grievance and have issued the Log Number above for reference. Please refer any inquiries about this grievance to the assigned Log Number:

**Date Filed in Compliance:** 1/2/03    **Grievance Coordinator's Signature:** Carl Kely

Original:   Prisoner File
Copies:    Prisoner
           Grievance Coordinator
           Grievance/Compliance Administrator

Form 808.03C -- Revised 3/98 (All previous Editions Obsolete)

**EX. D, PAGE 1**

# GRIEVANCE SCREENING FORM

To: <u>302235 / Earl, Jack</u>　　　　　　　　　　　<u>04-0006</u>
　　　Prisoner's Name/OTIS Number　　　　　　Log Number

<u>Florence Correctional Center</u>
Institution

I = Investigated

Your grievance is being returned to you because: (see the applicable line checked below):

____ a. The action or decision being grieved is not a grievable issue as specified in section A.2 of DOC Policy 808.03.

____ b. The grievance is not within the institution's or Department's jurisdiction.

**X** c. The issue grieved was not first addressed informally.

____ d. This issue was already grieved by the prisoner or by another prisoner and resolved.

____ e. The grievance is submitted on behalf of another prisoner who is able to file his or her own grievance.

____ f. This form is not filled out completely.
Instructions:


____ g. The grievance was not filed within 30 days.

____ h. The grievance is grieving an action not yet taken.

____ i. The grievance contains inappropriate use of obscene or profane words.

____ j. The grievance is factually incredible or clearly devoid of merit.

R = Resolved

____ k. Specific relief sought not clear.

____ l. The grievance raises unrelated issues that should be presented in seperate grievances.

____ m. The grievance is against the Superintendent, but is not for actions taken directly by the Superintendent.

**X** The above noted reason for screening your grievance is not self-explanatory. The following written explanation is provided to clarify the above noted screening decision:
<u>See case manager, prior to filing the grievance.</u>

January 02, 2004　　　　　　　　　　　　　　　　_Carl E. Kly_
Date　　　　　　　　　　　　　　　　　　　　　　Signature of Grievance Coordinator

If you have evidence to show that this screening decision is incorrect or improper, you may appeal the decision to the Superintendent in writing. The appeal must be attached to your grievance and to this screening form.

Distribution:　　Original to Prisoner Case File
　　　　　　　　Prisoner
　　　　　　　　Grievance Coordinator

Department of Corrections Form #808.03A
Rev. 04/02　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 1 of 1

Legend S= Screened

Ex. D, Page 2