**EXHIBIT E**

State of Alaska                                                                 Department of Corrections

## PRISONER GRIEVANCE

| Print Name | Institution/Module | OBSCIS Number | Log Number |
|---|---|---|---|
| Jack C. Earl Jr | FCC-K110 | 302235 | |

Date of Incident: 9-30-03

Describe the incident and your attempts to handle it informally. ONE issue per grievance.

Approximately 60 days ago I was seen by FCC Dr. Barnett. I explained that while in Alaska medical ordered for me either I Remeron or Imipramine back memory. This was for sleep therapy and to control fecal flow.

Later I signed the order. While I was erroneously placed in Ad Seg, I expected to receive one or the other however I did not. Dr. Barnett interceded I sent a request to the kitchen which went unanswered. Then I resubmitted to Ms. Sanchez 12/28/03 but still no response. So I submitted another "Sick Call Request" which became "not a medical matter back to kitchen." It appears to be the interview when asking how does one of its non-medical why did Dr. Barnett order it?

I request the following relief (state outcome you are seeking):

Fulfill the medical order. Myself (to whom Dr. to talk to) have medical as a certified physician and cannot debate a medically ordered special diet items.

I understand that this grievance must be filed with the grievance coordinator within 30 days of the occurrence or my knowledge of this incident:

Date: 1-2-04    Prisoner's Signature: [signature]

I acknowledge receipt of this grievance and have issued the Log Number above for reference. Please refer any inquiries about this grievance to the assigned Log Number:

Date Filed in Compliance: 1/6/04    Grievance Coordinator's Signature: [signature]

Original: Prisoner File
Copies: Prisoner
    Grievance Coordinator
    Grievance/Compliance Administrator

Form 808.03C -- Revised 3/98 (All previous Editions Obsolete)

EX. E, PAGE 1

# GRIEVANCE SCREENING FORM

To:   302235 / Earl, Jack                                              04-0022
   ──────────────────────────────                              ──────────────
   Prisoner's Name/OTIS Number                                  Log Number

*Florence Correctional Center*
──────────────────────────────
Institution

Your grievance is being returned to you because: (see the applicable line checked below):

_____   a. The action or decision being grieved is not a grievable issue as specified in section A.2 of DOC Policy 808.03.

_____   b. The grievance is not within the institution's or Department's jurisdiction.

__X__   c. The issue grieved was not first addressed informally.

_____   d. This issue was already grieved by the prisoner or by another prisoner and resolved.

_____   e. The grievance is submitted on behalf of another prisoner who is able to file his or her own grievance.

_____   f. This form is not filled out completely.

Instructions:


_____   g. The grievance was not filed within 30 days.

_____   h. The grievance is grieving an action not yet taken.

_____   i. The grievance contains inappropriate use of obscene or profane words.

_____   j. The grievance is factually incredible or clearly devoid of merit.

_____   k. Specific relief sought not clear.

_____   l. The grievance raises unrelated issues that should be presented in seperate grievances.

_____   m. The grievance is against the Superintendent, but is not for actions taken directly by the Superintendent.

__X__   The above noted reason for screening your grievance is not self-explanatory. The following written explanation is provided to clarify the above noted screening decision:

   If you have a copy of the order for the fruit than provide it, other wise you need to contact Ms. Ortiz the Health service
   administrator here about the order.


January 06, 2004                                    [signature]
──────────────────────                              ──────────────────────────
Date                                                Signature of Grievance Coordinator

If you have evidence to show that this screening decision is incorrect or improper, you may appeal the decision to
the Superintendent in writing. The appeal must be attached to your grievance and to this screening form.

Distribution:   Original to Prisoner Case File
                Prisoner
                Grievance Coordinator

Department of Corrections Form #808.03A
Rev. 04/02                                                                          Page 1 of 1

EX. E, PAGE 2