**EXHIBIT F**

State of Alaska                                                                 Department of Corrections

# PRISONER GRIEVANCE

| Print Name | Institution/Module | OBSCIS Number | Log Number |
|---|---|---|---|
| Jackle Earl | FCC-367 | 302235 | 04-0023 |

Date of Incident: 1-3-04

Describe the incident and your attempts to handle it informally. ONE issue per grievance.

I have submitted numerous requests in regards to cell 110 in SEPED. 1. leaky handicap sink 2. lockers don't have proper shelves

I've received no response

(Attach additional pages if necessary)

I request the following relief (state outcome you are seeking):

to have proper shelves put in to have leak fixed both lockers

I understand that this grievance must be filed with the grievance coordinator within 30 days of the occurrence or my knowledge of this incident:

Date: 1/6/04          Prisoner's Signature: [signed]

I acknowledge receipt of this grievance and have issued the Log Number above for reference. Please refer any inquiries about this grievance to the assigned Log Number:

Date Filed in Compliance: 1/6/04      Grievance Coordinator's Signature: Carl E. Ruly

Original:   Prisoner File
Copies:    Prisoner
           Grievance Coordinator
           Grievance/Compliance Administrator

Form 808.03C -- Revised 3/98 (All previous Editions Obsolete)

Ex. F, Page 1

## GRIEVANCE SCREENING FORM

To:   302235 / Earl, Jack                                        04-0023
      _____                                _____
      Prisoner's Name/OTIS Number                                Log Number

      *Florence Correctional Center*
      _____
      Institution

Your grievance is being returned to you because: (see the applicable line checked below):

_____  a. The action or decision being grieved is not a grievable issue as specified in section A.2 of DOC Policy 808.03.

_____  b. The grievance is not within the institution's or Department's jurisdiction.

__X__   c. The issue grieved was not first addressed informally.

_____  d. This issue was already grieved by the prisoner or by another prisoner and resolved.

_____  e. The grievance is submitted on behalf of another prisoner who is able to file his or her own grievance.

_____  f. This form is not filled out completely.

Instructions:

_____  g. The grievance was not filed within 30 days.

_____  h. The grievance is grieving an action not yet taken.

_____  i. The grievance contains inappropriate use of obscene or profane words.

_____  j. The grievance is factually incredible or clearly devoid of merit.

_____  k. Specific relief sought not clear.

_____  l. The grievance raises unrelated issues that should be presented in seperate grievances.

_____  m. The grievance is against the Superintendent, but is not for actions taken directly by the Superintendent.

__X__   The above noted reason for screening your grievance is not self-explanatory. The following written explanation is provided to clarify the above noted screening decision:

Talk to the unit manager.

January 06, 2004                                                  _____
_____                                            Signature of Grievance Coordinator
Date

If you have evidence to show that this screening decision is incorrect or improper, you may appeal the decision to the Superintendent in writing. The appeal must be attached to your grievance and to this screening form.

Distribution:   Original to Prisoner Case File
                Prisoner
                Grievance Coordinator

Department of Corrections Form #808.03A
Rev. 04/02                                                                           Page 1 of 1

Ex. F, Page 2