**EXHIBIT G**

State of Alaska

# PRISONER GRIEVANCE

Department of Corrections

| Print Name | Institution/Module | OBSCIS Number | Log Number |
|---|---|---|---|
| Jack Earl, Jr | FCC 36 110 | 302235 | |

Date of Incident: 12-30-03

Describe the incident and your attempts to handle it informally ONE issue per grievance.

On 2/12/03 after using the Alaska Department of Corrections policy #808.16 entered into and granted at Wild AK DOC ADA accommodations for "double mattresses and wedge mattress" this established an agreement of mutual understanding of my special needs.

I on 12/4/03 I was transported to Arizona FCC & submitted my concerns in the ADA non-compliance.

On 12/29/03 the 2002 ADA accommodations were ignored as well the [illegible] obtained to the 2/12/03 agreement. However today Mr. Frank Luna responded to my 12/29/03 "SICK CALL REQUEST" stating "nurse sick call wedge mattresses are not allowed @ FCC due to the fire hazard". Mr. Luna this is in no way in line with the 2/12/03 agreement [illegible]

(Additional pages if necessary)

I request the following relief (state outcome you are seeking):

compliance to the established ADA accommodation and if refused to comply with the ADA accommodation @ issue, immediate transport to AK

I understand that this grievance must be filed with the grievance coordinator within 30 days of the occurrence or my knowledge of this incident:

Date: 1-2-04 Prisoner's Signature: [signature]

I acknowledge receipt of this grievance and have issued the Log Number above for reference. Please refer any inquiries about this grievance to the assigned Log Number:

Date Filed in Compliance: [illegible] Grievance Coordinator's Signature: [signature]

**Original :** Prisoner File
**Copies:** Prisoner
Grievance Coordinator
Grievance/Compliance Administrator

Form 808.03C. Revised 3/98 (All previous Editions Obsolete)

600903-4111

# GRIEVANCE SCREENING FORM

To: *302235 / Earl, Jack*
Prisoner's Name/OTIS Number

04-0024
Log Number

*Florence Correctional Center*
Institution

Your grievance is being returned to you because: (see the applicable line checked below):

_____ a. The action or decision being grieved is not a grievable issue as specified in section A.2 of DOC Policy 808.03.

_____ b. The grievance is not within the institution's or Department's jurisdiction.

__X__ c. The issue grieved was not first addressed informally.

_____ d. This issue was already grieved by the prisoner or by another prisoner and resolved.

_____ e. The grievance is submitted on behalf of another prisoner who is able to file his or her own grievance.

_____ f. This form is not filled out completely.

Instructions:

_____ g. The grievance was not filed within 30 days.

_____ h. The grievance is grieving an action not yet taken.

_____ i. The grievance contains inappropriate use of obscene or profane words.

_____ j. The grievance is factually incredible or clearly devoid of merit.

_____ k. Specific relief sought not clear.

_____ l. The grievance raises unrelated issues that should be presented in seperate grievances.

_____ m. The grievance is against the Superintendent, but is not for actions taken directly by the Superintendent.

__X__ The above noted reasonfor screening your grievance is not self-explanatory. The following written explanation is provided to clarify the above noted screening decision:

Your grievance for a double mattress is without merit, the letter from Mr. Brandon doesn't reflect anything about a double mattress, all the issues addressed in the letter have been met.

January 06, 2004
Date

[signature]
Signature of Grievance Coordinator

If you have evidence to show that this screening decision is incorrect or improper, you may appeal the decision to the Superintendent in writing. The appeal must be attached to your grievance and to this screening form.

Distribution: Original to Prisoner Case File
Prisoner
Grievance Coordinator

Department of Corrections Form #808.03A
Rev. 04/02