**EXHIBIT H**

State of Alaska | **PRISONER GRIEVANCE** | Department of Corrections

| Print Name | Institution/Module | OBSCIS Number | Log Number |
|---|---|---|---|
| Jack L Earl, Jr | FCC-BA117 | 302235 | |

**Date of Incident:** 1-5-03

Describe the incident and your attempts to handle it informally. **ONE** issue per grievance.

Having attempted the following issue informally to Mr. Richie and having not received any response for well over 1 day, I grieve the following issues:

My visit(s) to both Sept & FCC law library were eventful in that both of them were inadequate. The following are materials needed in both law libraries: 1. PRISONER REQUEST FOR ADA ACCOMMODATION forms as outlined in PEP# 808.16, 2. copy of FCC contract with the State of Alaska DOC, 3. various legal forms, 4. inadequate Alaska statutes, volumes missing, 5. No Arizona Rules of Court book, no telephone access to use for contacting local agencies to ~~inadequate Federal supplements to no operator manuals for the typewriters~~ 6. inadequate amount of typewriters for AK population that write problem.

(Attach additional pages if necessary)

**I request the following relief (state outcome you are seeking):** FOR FCC to comply with the Alaska Law Library Standards, for FCC to comply and supply all required & necessary legal & ADA accommodation forms, seem to accomplish all necessary, for FCC to make positive pro-

I understand that this grievance must be filed with the grievance coordinator within 30 days of the occurrence or my knowledge of this incident.

**Date:** 1/5/04    **Prisoner's Signature:** [signed]

I acknowledge receipt of this grievance and have issued the Log Number above for reference. Please refer any inquiries about this grievance to the assigned Log Number.

**Date Filed in Compliance:** 1/6/04   **Grievance Coordinator's Signature:** [signed]

**Original:** Prisoner File
**Copies:** Prisoner
Grievance Coordinator
Grievance/Compliance Administrator

Form 808.03C -- Revised 3/98 (All previous Editions Obsolete)

**EX. H, PAGE 1**

# GRIEVANCE SCREENING FORM

To: <u>302235 / Earl, Jack</u>  
Prisoner's Name/OTIS Number

<u>04-0027</u>  
Log Number

<u>Florence Correctional Center</u>  
Institution

Your grievance is being returned to you because: (see the applicable line checked below):

____ a. The action or decision being grieved is not a grievable issue as specified in section A.2 of DOC Policy 808.03.

____ b. The grievance is not within the institution's or Department's jurisdiction.

_X_ c. The issue grieved was not first addressed informally.

____ d. This issue was already grieved by the prisoner or by another prisoner and resolved.

____ e. The grievance is submitted on behalf of another prisoner who is able to file his or her own grievance.

____ f. This form is not filled out completely.

Instructions:


____ g. The grievance was not filed within 30 days.

____ h. The grievance is grieving an action not yet taken.

____ i. The grievance contains inappropriate use of obscene or profane words.

____ j. The grievance is factually incredible or clearly devoid of merit.

____ k. Specific relief sought not clear.

____ l. The grievance raises unrelated issues that should be presented in seperate grievances.

____ m. The grievance is against the Superintendent, but is not for actions taken directly by the Superintendent.

_X_ The above noted reason for screening your grievance is not self-explanatory. The following written explanation is provided to clarify the above noted screening decision:

<u>I am not the informal for the lib. You need to address this with the law lib. Ms. Smith..</u>

<u>January 06, 2004</u>  
Date

_[signature]_  
Signature of Grievance Coordinator

If you have evidence to show that this screening decision is incorrect or improper, you may appeal the decision to the Superintendent in writing. The appeal must be attached to your grievance and to this screening form.

Distribution:   Original to Prisoner Case File  
Prisoner  
Grievance Coordinator

Department of Corrections Form #808.03A  
Rev. 04/02

Page 1 of 1

EX. H, PAGE 2