**EXHIBIT I**

State of Alaska                                                    Department of Corrections

## PRISONER GRIEVANCE

| Print Name | | Institution/Module | OBSCIS Number | Log Number |
|---|---|---|---|---|
| Jode L Ferg Jr | | FCC BANK | 302232 | |

| Date of Incident: 20 Nov 12/30 - 1/2 | Describe the incident and your attempts to handle it informally. **ONE** issue per grievance. |
|---|---|

I was called to pill call, I refused. I was again
called to "go to medical", & again refused.

The Sgt Walls came into the tier and threatened
me with the "hole" if I did not go to
medical and/or even a refusal. Under dur-
ess I went to medical, I took the pills
and then was confronted and again threatened
by Cpt. Walter and coerced in intimidation
that I had to sign a refusal for, if calls or
not.

However according to your own CRFCC
Policy and it states I had a "right to refuse any and
all medical", it also say that if I refuse to sign
the refusal the refusal will be witnessed by 2 staff
~~members. Nothing about going to the "hole" or~~
~~of handbook to further disrespects my rights, to~~
refuse w/o intimidation or threat (Attach additional pages if necessary)

| I request the following relief (state outcome you are seeking): |
|---|

apparently these two persons
are unfamiliar with what has to take place when
one refuses then refuses to sign a refusal, I
suggest retaining cognitive skills and no more
of their coercion or intimidation.

I understand that this grievance must be filed with the grievance coordinator within 30 days of the occurrence or my knowledge of
this incident.

Date: 1/5/04               Prisoner's Signature:

I acknowledge receipt of this grievance and have issued the Log Number above for reference.  Please refer any inquiries about this
grievance to the assigned Log Number:

Date Filed in Compliance: 5/6/04          Grievance Coordinator's Signature:

| Original: | Prisoner File |
|---|---|
| Copies: | Prisoner |
| | Grievance Coordinator |
| | Grievance/Compliance Administrator |

Form 808.03C -- Revised 3/98 (All previous Editions Obsolete)                    **Ex. I, PAGE 1**

# GRIEVANCE SCREENING FORM

To:      302235 / Earl, Jack
_____                     04-0028
Prisoner's Name/OTIS Number                          _____
                                                     Log Number

_Florence Correctional Center_
_____
Institution

Your grievance is being returned to you because: (see the applicable line checked below)

_____  a. The action or decision being grieved is not a grievable issue as specified in section A.2 of DOC Policy 808.03.

_____  b. The grievance is not within the institution's or Department's jurisdiction.

__X___  c. The issue grieved was not first addressed informally.

_____  d. This issue was already grieved by the prisoner or by another prisoner and resolved.

_____  e. The grievance is submitted on behalf of another prisoner who is able to file his or her own grievance.

_____  f. This form is not filled out completely.

         Instructions:


_____  g. The grievance was not filed within 30 days.

_____  h. The grievance is grieving an action not yet taken.

_____  i. The grievance contains inappropriate use of obscene or profane words.

_____  j. The grievance is factually incredible or clearly devoid of merit.

_____  k. Specific relief sought not clear.

_____  l. The grievance raises unrelated issues that should be presented in seperate grievances.

_____  m. The grievance is against the Superintendent, but is not for actions taken directly by the Superintendent.

__X___  The above noted reason for screening your grievance is not self-explanatory. The following written explanation is
         provided to clarify the above noted screening decision:

         Your correct you have the right to refuse medical treatment, and to refuse to sign a refusal witnessed by two staff, I will advise the
         two staff, in the future you can address this issue with the chief of security.


January 06, 2004
_____                     _____
Date                                                 Signature of Grievance Coordinator

If you have evidence to show that this screening decision is incorrect or improper, you may appeal the decision to
the Superintendent in writing. The appeal must be attached to your grievance and to this screening form.

Distribution:      Original to Prisoner Case File

                   Prisoner

                   Grievance Coordinator

Department of Corrections Form #808.03A
Rev. 04/02

Page 1 of 1

Ex. I, PAGE 2