**EXHIBIT J**

\* MEDICAL \*

State of Alaska                                                                                                                                        Department of Corrections

# PRISONER GRIEVANCE

| Print Name | Institution/Module | OBSCIS Number | Log Number |
|---|---|---|---|
| Jack Earl | FCC-dq | 302235 | 04-0037 |

Date of Incident: 1-10-04

Describe the incident and your attempts to handle it informally. ONE issue per grievance.

On 1/8/04, I submitted a medical "SICK CALL REQUEST" letting them know that my perscribed multi-vitamins would need to be refilled 1/8/04. On 1/10/04 I received CCA/FCC medical's response. They said that the multi-vitamins I have KOP'ed for 5+ years are "not KOP's" and in order for me to get them I'd have to go to the medication window. These vitamins are not elective, and as a result of a AK-DOC grievance, due to relatively this same issue, relief was granted me and AK-DOC continues to supply.

I see this response as meant to circumvent the previous relief by suggesting I either buy them myself or be inconvenienced by having to go to pill line to get them. I can have my ibuprofen KOP but not multi-vitamins. perhaps CCA-FCC is being egregious and not honoring established criteria but not their project with you, and not my CMO.

(Attach additional pages if necessary)

I request the following relief (state outcome you are seeking): to continue to receive multi-vitamin blister packs KOP, until at least the 11/04 expiration date, as these are not dangerous and are perscribed by AK-DOC and surgeon.

I understand that this grievance must be filed with the grievance coordinator within 30 days of the occurrence or my knowledge of this incident:

Date: 1-11-04                Prisoner's Signature: ___

I acknowledge receipt of this grievance and have issued the Log Number above for reference. Please refer any inquiries about this grievance to the assigned Log Number:

Date Filed in Compliance: 1/12/04     Grievance Coordinator's Signature: ___

Original:     Prisoner File
Copies:      Prisoner
              Grievance Coordinator
              Grievance/Compliance Administrator

Form 808.03C – Revised 3/98 (All previous Editions Obsolete)                                                              EX. J, PAGE 1

# GRIEVANCE SCREENING FORM

To: __302235 / Earl, Jack__          04-0037
   Prisoner's Name/OTIS Number          Log Number

*Florence Correctional Center*
Institution

Your grievance is being returned to you because: (see the applicable line checked below):

____  a. The action or decision being grieved is not a grievable issue as specified in section A.2 of DOC Policy 808.03.

____  b. The grievance is not within the institution's or Department's jurisdiction.

_X_  c. The issue grieved was not first addressed informally.

____  d. This issue was already grieved by the prisoner or by another prisoner and resolved.

____  e. The grievance is submitted on behalf of another prisoner who is able to file his or her own grievance.

_X_  f. This form is not filled out completely.
   Instructions:   contact ms. Ortiz Health service administrator

_X_  g. The grievance was not filed within 30 days.

____  h. The grievance is grieving an action not yet taken.

____  i. The grievance contains inappropriate use of obscene or profane words.

____  j. The grievance is factually incredible or clearly devoid of merit.

____  k. Specific relief sought not clear.

____  l. The grievance raises unrelated issues that should be presented in seperate grievances.

____  m. The grievance is against the Superintendent, but is not for actions taken directly by the Superintendent.

____  The above noted reason for screening your grievance is not self-explanatory. The following written explanation is provided to clarify the above noted screening decision:

January 12, 2004                    _[signature]_
Date                           Signature of Grievance Coordinator

If you have evidence to show that this screening decision is incorrect or improper, you may appeal the decision to the Superintendent in writing. The appeal must be attached to your grievance and to this screening form.

Distribution:    Original to Prisoner Case File
         Prisoner
         Grievance Coordinator

Department of Corrections Form #808.03A
Rev. 04/02                         Page 1 of 1

Ex. J, Page 2