UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

AT ANCHORAGE

| | |
|---|---|
| JACK LAWRENCE EARL, JR., <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>MIKE ADDINGTON, et al., <br><br>　　　　Defendants. | NO. 3:06-cv-00126 (TMB) |

## ORDER

Upon motion of Michael Evenson for leave to file supplemental Affidavit of Carl Richey in Support of his Motion to Dismiss and for good cause shown therein, it this _____ day of _____ 200\_\_\_\_:

**ORDERED**, that Defendant Michael Evenson's Motion is and the same hereby is granted;

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Timothy M. Burgess
　　　　　　　　　　　　　　　　　　　United States District Judge

Order Granting Def't Evenson's Mot. for Leave
*Earl v. Addington, et al.*
3:06-cv-00126 (TMB)
1864965.1　　　　　　　　　　　　　　　　1 of 2

copies to:

Jack L. Earl, Jr., #302235
**RED ROCK CORRECTIONAL FACILITY (AK CONTRACT)**
1752 East Arica Road
Eloy, Arizona 85231
*Plaintiff Pro Per*

Daniel P. Struck, Esq.
Timothy J. Bojanowski, Esq.
**JONES, SKELTON & HOCHULI, P.L.C.**
2901 North Central Avenue
Suite 800
Phoenix, AZ 85012
*Counsel for Defendant Evenson*

John K. Bodick, Esq.
**STATE OF ALASKA**
Attorney General's Office
310 K Street, Suite 403
Anchorage, AK 99501
*Counsel for Defendants Addington*

Richard L. Pomeroy, Esq.
**U.S. ATTORNEY'S OFFICE**
222 West 7th Avenue, #9
Anchorage, AK 99513
*Counsel for Defendant Itkowitz*

Order Granting Def't Evenson's Mot. for Leave
*Earl v. Addington, et al.*
3:06-cv-00126 (TMB)
1864965.1                                          2 of 2