Daniel P. Struck, Bar #012377
Timothy J. Bojanowski, Bar #022126
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona  85012
Telephone:  (602) 263-7324
Fax:  (602) 200-7837
tbojanowski@jshfirm.com

Attorneys for Defendant Michael Evenson

## UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

## AT ANCHORAGE

| | |
|---|---|
| JACK LAWRENCE EARL, JR., <br><br> Plaintiff, <br><br> v. <br><br> MIKE ADDINGTON, *et al.,* <br><br> Defendants. | NO. 3:06-cv-00126 (TMB) |

### MOTION FOR LEAVE TO FILE EXCESS PAGES OR, IN THE ALTERNATIVE, FOR EXTENSION OF TIME

Defendant Michael Evenson, through counsel, hereby moves this Court for leave to file a Reply Memorandum in support of his Motion for Summary Judgment [Doc. No. 123], in excess of the page limits provided by D. Ak. LR 10.1(m).  In the alternative, Defendant Evenson moves for an extension of time to file a reply memorandum which complies with D. AK. LR 10.1, effective December 1, 2007.  This motion is supported by the following Statement of Points and Authorities.

*Earl v. Addington, et al.*
3:06-cv-00126 (TMB)

**STATEMENT OF POINTS AND AUTHORITIES**

Defendant Michael Evenson filed his Motion to Dismiss [Doc. No. 103] on November 26, 2007. Plaintiff's Opposition was postmarked on December 24, 2007 and filed January 2, 2008 [Doc. No. 118]. During the intervening period, D. Ak. LR 10.1(l) was renumbered as D. Ak. LR 10.1(m) and amended to reduce the length of principal briefs and memoranda from 50 to twenty five pages and reduce the length of reply memoranda from 25 to 10 pages.

Prior to drafting Defendant Evenson's Reply Memorandum, counsel reviewed the Local Rules published in ALASKA COURT RULES, FEDERAL, 2008 (Thompson/West 2007) and filed the reply in compliance with D. Ak. LR 10.1(l), which he believed to be a current statement of the Local Rules. Defendant Evenson's reply memorandum was filed on January 7, 2008 and refiled on January 8, 2008 [Doc. No. 123], pursuant to the Court's docket annotation. On January 8, 2008, counsel was notified by the clerk's office that Local Rule 10.1 had been amended as of December 1, 2007 and that the reply memorandum exceeded the reduced page limit prescribed in section (m).

Defendant Evenson and his counsel regret the waste of judicial resources necessitated by the instant motion, but maintain that permitting the filing of a 20-page (including the caption, signature block and certificate of service) Reply Memorandum, while over the 15-page limit, would still serve the interest of judicial economy. Defendant Evenson originally advanced four independent and alternative arguments why he should be dismissed as a party to this action. Given the volume of argument, the 20-page Reply Memorandum is necessary to fully demonstrate how Plaintiff fails to show that he is entitled to proceed against Defendant Evenson, both as a matter of fact or law.

While counsel acknowledges that it is his duty to comply with all applicable rules and keep abreast of all changes thereto, his failure to comply with those rules by relying on the Thompson/West publication, rather than the more recent amendments published on the Court's

website is an inadvertent mistake, which counsel requests be excused in the interest of justice. Defendant Michael Evenson should not be punished for that mistake of counsel and would be prejudiced if not otherwise permitted to file a reply memorandum. As this is a reply, which is limited only to those issues raised in the original Motion and Opposition, Plaintiff is not prejudiced by the relief sought.

For the foregoing reasons, Defendant Evenson respectfully requests this Court grant leave to file his Reply Memorandum [Doc. No. 123] which exceeds the page limitations prescribed by D. Ak. LR 10.1(m) by five pages. In the alternative, Defendant Michael Evenson respectfully requests that, the Court grant a five-day extension of time, following the Court's order, within which Defendant Evenson may file a reply memorandum which complies fully with D. Ak. LR 10.1, effective December 1, 2007.

RESPECTFULLY SUBMITTED this 10th day of January 2008.

JONES, SKELTON & HOCHULI, P.L.C.

By s/Timothy J. Bojanowski
Daniel P. Struck
Timothy J. Bojanowski
2901 N. Central Ave., Suite 800
Phoenix, Arizona 85012
Tel: (602) 263-7324
Fax: (602) 200-7837
E-mail: tbojanowski@jshfirm.com

Michael D. Corey
ABA #8511130
Sandberg, Wuestenfeld & Corey
701 West 8th Avenue, Suite 1100
Anchorage, Alaska 99501
Tel: (907) 276-6363
Fax: (907) 276-3528

*Attorneys for Defendant Michael Evenson*

/ / /

/ / /

*Earl v. Addington, et al.*
3:06-cv-00126 (TMB)
1865472.1                                   3 of 4

This is to certify that a true and correct copy of the foregoing was served by ( XX ) mail ( ) hand ( ) fax this 10th day of January 2008, to:

Jack Lawrence Earl, Jr. #302235
**RED ROCK CORRECTIONAL FACILITY (AK CONTRACT)**
1752 East Arica Road
Eloy, Arizona 85231
*Plaintiff Pro Per*

and that true and correct copies were served, via the CM/ECF system, this date, upon:

John K. Bodick, Esq.
**STATE OF ALASKA**
Attorney General's Office
310 K Street, Suite 403
Anchorage, Alaska 99501
*Counsel for Defendants Addington*

and

Richard L. Pomeroy, Esq.
**U.S. ATTORNEY'S OFFICE**
222 West 7th Avenue, #9
Anchorage, Alaska 99512
*Counsel for Defendant Itkowitz*

       s/Dianne Clark
_____

*Earl v. Addington, et al.*
3:06-cv-00126 (TMB)