## UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

## AT ANCHORAGE

| | |
|---|---|
| JACK LAWRENCE EARL, JR., | NO. 3:06-cv-00126 (TMB) |
| Plaintiff, | |
| v. | |
| MIKE ADDINGTON, *et al.,* | |
| Defendants. | |

### ORDER

Upon Motion for Defendant Michael Evenson for Leave to File Excess Pages or, in the Alternative, for Extension of Time, any opposition thereto and for good cause shown therein, it is this _____ day of _____ 2008:

**ORDERED** that Defendant Evenson's Motion is GRANTED; and further:

**ORDERED** that the Clerk shall accept the Defendant Michael Evenson's Reply Memorandum in support of his Motion to Dismiss [Doc. No. 123] for filing.

**IT IS SO ORDERED.**

_____
Timothy M. Burgess
United States District Judge

copies to:

Jack L. Earl, Jr., #302235
**RED ROCK CORRECTIONAL FACILITY (AK CONTRACT)**
1752 East Arica Road
Eloy, Arizona 85231
*Plaintiff Pro Per*

*Earl v. Addington, et al.*
3:06-cv-00126 (TMB)
1865578.1

Daniel P. Struck, Esq.
Timothy J. Bojanowski, Esq.
**JONES, SKELTON & HOCHULI, P.L.C.**
2901 North Central Avenue, Suite 800
Phoenix, AZ 85012
*Counsel for Defendant Evenson*

John K. Bodick, Esq.
**STATE OF ALASKA**
Attorney General's Office
310 K Street, Suite 403
Anchorage, AK 99501
*Counsel for Defendants Addington*

Richard L. Pomeroy, Esq.
**U.S. ATTORNEY'S OFFICE**
222 West 7th Avenue, #9
Anchorage, AK 99513
*Counsel for Defendant Itkowitz*

*Earl v. Addington, et al.*
3:06-cv-00126 (TMB)