NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail:  richard.pomeroy@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK LAWRENCE EARL, JR., | Case No. 3:06-cv-00126-TMB |
| Plaintiff, | STATUS REPORT |
| v. | |
| MIKE ADDINGTON, et. al., | |
| Defendants. | |

This Court, at Docket 114, requested a notice be filed concerning two issues.

First, the Court requested that Defendant Deputy Itkowitz, indicate whether service was disputed.  In light of the Court's ruling, at Docket 114, dismissing Plaintiff's claims under the ADA, the Rehabilitation Act, Bivens and state constitutional claims, the question of adequate service is rendered moot.

Second, the Court suggested the parties confer to see whether they can agree upon a statement that Plaintiff's Constitutional rights were violated by Deputy Itkowitz.  Docket 114 at 9, 12.  Since Deputy Ikowitz denies that he violated Plaintiff's Constitutional rights, some admission to that effect

is not possible.

Accordingly, Deputy Itkowitz proposes to prepare and file within the next 30 days a motion for summary judgment on the question whether he was a "state actor".

Respectfully submitted this 18th day of January, 2008, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/Richard L. Pomeroy
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov
Alaska Bar No.8906031

**CERTIFICATE OF SERVICE**

I hereby certify that on January 18, 2008,
a copy of the foregoing **Status Report** was served
via U.S. mail and electronically on:

U.S. Mail:

Jack Lawrence Earl, Jr.
302235
RED ROCK CORRECTIONAL CENTER/CCA
1750 E. Arica Road
Eloy, AZ 85231

Electronically:

John K. Bodick

s/ Richard L. Pomeroy