Jack L. Earl, Jr. / Pro Se
# 302235
Red Rock Correctional Center
1752 East Arica Road
Eloy, AZ                85231



## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK L. EARL, JR., <br><br> Plaintiff, <br><br> vs. <br><br> MIKE ADDINGTON, et al., <br><br> Defendants. | Case No. 3:06-cv-00126-TMB <br><br> **MOTION FOR CLARIFICATION OF COURT ORDER, DOCUMENT 125** |

COMES NOW plaintiff, Jack L. Earl, Jr., pro se does hereby move this Court for clarification of it's order dated January 10, 2008 (Document 125) as the wording is somewhat confusing to plaintiff, and clarification of the areas of confusion will assist in what, if any, filings plaintiff will pursue, whether it be injunctive relief from defendants in their **"official capacities"** or to move this Court for reconsideration, as to number 2 of the Court's Order.

DATED this 16th day of January, 2008.

By: /s/ Jack L. Earl, Jr.
Jack L. Earl, Jr.
Plaintiff, Pro Se

Jack L. Earl, Jr. / Pro Se
#302235
Red Rock Correctional Center
1752 East Arica Road
Eloy, AZ                85231

RECEIVED
JAN 2 2 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK L. EARL, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | Case No. 3:06-CV-00126-TMB |
| ) | PROOF OF SERVICE |
| MIKE ADDINGTON, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

I certify that true and complete copy of plaintiff's Motion For Clarification was served upon the defendants named below, via U.S. Mail Service, this _16_ day of January, 2008 from Red Rock Correctional Center in Eloy, Arizona.         By: _____
                                                            Jack L. Earl, Jr.

| | | |
|---|---|---|
| John Bodick, AK AAGen. | Timothy Bojanowski | Richard Pomeroy, Assist. U.S. Atty. |
| 310 K St., Suite 507 | Atorney at Law | 222 West 7th Ave., #9 |
| Anchorage, AK  99501 | 2901 N. Central Ave. | Anchorage, AK    99513-7567 |
| | Suite 800 | |
| | Phoenix, AZ   85012 | |



Mr. Jack L. Earl, Jr. / #302235
Red Rock Correctional Center
1752 East Arica Road
Eloy, AZ           85231

UNITED STATES DISTRICT COURT
District Of Alaska
222 West 7th Avenue, #4
Federal Courthouse
Anchorage, Alaska    99513-77564

L E G A L                M A I L