Jack L. Earl, Jr. / Pro Se
#302235
Red Rock Correctional Center
1752 East Arica Road
Eloy, AZ                    85231

RECEIVED
JAN 2 2 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK L. EARL, JR., | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 3:06-CV-00126-TMB |
| | ) PROOF OF SERVICE |
| MIKE ADDINGTON, et al., | ) |
| Defendants. | ) |

I certify that true and complete copy of plaintiff's Proposed Order was served upon the defendants named below, via U.S. Mail Service, this 16 day of January, 2008 from Red Rock Correctional Center in Eloy, Arizona.     By: _____
                                                    Jack L. Earl, Jr.

John Bodick, AK AAGen.      Timothy Bojanowski       Richard Pomeroy, Assist. U.S. Atty.
310 K St., Suite 507        Attorney at Law          222 West 7th Ave., #9
Anchorage, AK     99501     2901 N. Central Ave.     Anchorage, AK      99513-7567
                            Suite 800
                            Phoenix, AZ     85012