Jack L. Earl, Jr. / Pro Se
# 302235
Red Rock Correctional Center
1752 East Arica Road
Eloy, AZ                    85231

RECEIVED
JAN 22 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK L. EARL, JR., <br><br> Plaintiff, <br><br> vs. <br><br> MIKE ADDINGTON, et al., <br><br> Defendants. | Case No. 3:06-cv-00126-TMB <br> PROPOSED ORDER |

This Court having considered the plaintiff's Motion for Clarification of it's order dated January 10th, 2008, does hereby GRANT the motion and has issued appropriate clarification as to number 2 of the aforementioned order.

It is futher ORDERED, that plaintiff will have 20 days after distribution of the clarification to submit reconsideration, if appropriate and/or move for injunctive relief as to all named defendants concerning the Americans with Disabilities Act claims.

IT IS SO ORDERED this____day of_____, 2008 in United States District Court, for the District of Alaska.

The Honorable Timothy M. Burgess
United States District Court Judge