MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

*JACK LAWRENCE EARL  v. ADDINGTON, ET AL*
Case No. 3:06-cv-0126 TMB

By:             THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS:   ORDER FROM CHAMBERS

At Docket [60] Plaintiff filed a Motion for Case Status. An Amended Complaint was filed at Docket [77] and at Docket [75]  a Voluntary Motion to Dismiss SORT defendants was filed. These actions make the need for case status unneccessary.

At Docket [61] Plaintiff filed a Motion for Entry of Default Judgment against Defendant Matthew Itkowitz. Defendant Itkowitz has now responded to the complaint and motion practice is ongoing.

**IT IS HEREBY ORDERED:**

Plaintiff's Motion. at Docket [60] and Docket [61] are **DENIED as Moot**.

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE:  February 1, 2008