Jack L. Earl, Jr. / Pro Se
# 302235
Red Rock Correctional Center
1752 East Arica Road
Eloy, AZ                85231



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK L. EARL, JR.,<br><br>          Plaintiff,<br><br>vs.<br><br>MIKE ADDINGTON,<br>CYNDI ADDINGTON,<br>MATTHEW ITKOWITZ,<br>DEBBIE CARTER, Flight Nurse for<br>U.S. Marshal-JPATS,<br>JOHN DOE, United States Marshal,<br>MICHAEL EVENSON, S.O.R.T. TEAM<br>MEMBER-F.C.C.,<br>LEITONI TUPOU,<br><br>          Defendants. | )<br>)<br>)<br>)<br>) Case No. 3:06-cv-00126-TMB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

MOTION REQUESTING COURT HOLD PLAINTIFF'S RESPONSE TO DEFENDANT'S

MOTION FOR SUMMARY JUDGEMENT IN ABEYANCE, AND FOR COURT ORDER

DIRECTING DEFENDANT TO SERVE PLAINTIFF WITH ANY DOCUMENTATIONS

CONCERNING THE AGREEMENT MADE WITH ALASKA D.O.C. and U.S.M.S.

REGARDING STATE PRISONER AIR TRANSPORT OF DECEMBER 2003

Plaintiff, Jack L. Earl, Jr., pro se, does hereby move this Court to hold his response date to Defendant's Motion for Summary Judgment, and issue order directing them to serve documentations upon Plaintiff concerning the agreement made by U.S.M.S. and Alaska D.O.C. regarding state prisoner air transports, during December, 2003.

This motion is supported by attached memorandum.

Dated this 7th day of May, 2008.

BY: _____
    Jack L. Earl, Jr.

Mr. Jack L. Earl, Jr. /#302235
Red Rock Correctional Center
1752 East Arica Road
Eloy, AZ          85231

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
222 W. 7th Avenue, #4
Anchorage, AK          99513-7564

L E G A L          M A I L
99513+7564