Jack L. Earl, Jr. / Pro Se
# 302235
Red Rock Correctional Center
1752 East Arica Road
Eloy, AZ                    85231

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK L. EARL, JR., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MIKE ADDINGTON, )<br>CYNDI ADDINGTON, )<br>MATTHEW ITKOWITZ, )<br>DEBBIE CARTER, Flight Nurse for )<br>U.S. Marshal-JPATS, )<br>JOHN DOE, United States Marshal, )<br>MICHAEL EVENSON, S.O.R.T. TEAM )<br>MEMBER-F.C.C., )<br>LEITONI TUPOU, )<br>)<br>Defendants. )<br>_____) | Case No. 3:06-cv-00126-TMB |

### PROPOSED ORDER

This Court having considered the Plaintiff's motion and any oppositions thereto does hereby GRANT and will hold Plaintiff's response to Defendant's Motion for Summary Judgment in abeyance, setting a new date(once Court issued order directing Defendant to sewrve upon Plaintiff documentation of the agreement, during December, 2003, between the U.S.M.S. and the State of Alaska DOC, regarding air tranport of the State's prisoners from Alaska to Arizona) for when Plaintiff's response to Defendant's Motion for Summary Judgment will be due.

IT IS SO ORDERED this_____day of May, 2008.

_____
The Honorable Timothy Burgess
U.S. District Judge