Jack L. Earl, Jr. / Pro Se
# 302235
Red Rock Correctional Center
1752 East Arica Road
Eloy, AZ                    85231



RECEIVED
MAY 13 2008
CLERK, U.S.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK L. EARL, JR., | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 3:06-cv-00126-TMB |
| | ) **PROOF OF SERVICE** |
| MIKE ADDINGTON, | ) |
| CYNDI ADDINGTON, | ) |
| MATTHEW ITKOWITZ, | ) |
| DEBBIE CARTER, Flight Nurse for | ) |
| U.S. Marshal-JPATS, | ) |
| JOHN DOE, United States Marshal, | ) |
| MICHAEL EVENSON, S.O.R.T. TEAM | ) |
| MEMBER-F.C.C., | ) |
| LEITONI TUPOU, | ) |
| Defendants. | ) |

I, Jack L. Earl, Jr., Plaintiff does hereby certify that true and complete copies of the foregoing was sent via First Class U.S. Mail to:

Mr. John Bodick
Assistant Attorney General
State of Alaska
310 K Street, Suite 507
Anchorage, AK         99501

Timothy Bojanowski
2901 N. Central Ave., Suite 800
Phoenix, AZ              85012

this __7th__ day of __May__, 2008.

By: _____
    Jack L. Earl, Jr. / Pro Se
    Plaintiff