NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK LAWRENCE EARL, JR.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MIKE ADDINGTON, et. al.,<br><br>　　　　Defendants. | Case No. 3:06-cv-00126-TMB<br><br>**RESPONSE TO MOTION TO HOLD PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT IN ABEYANCE** |

　　　　Plaintiff, at Docket 134, moves to hold his opposition to Defendant Itkowitz's Motion for Summary Judgment in abeyance pending production of the prisoner transportation agreement between the State of Alaska and the U. S. Marshal Service. The Cooperative Prisoner Transportation Agreement is attached as Exhibit A.

　　　　Plaintiff's opposition should be due within 10 days of his receipt of this response.

Respectfully submitted this 22nd day of May, 2008, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/Richard L. Pomeroy
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov
AK #8906031

**CERTIFICATE OF SERVICE**

I hereby certify that on May 22, 2008
a copy of the foregoing **RESPONSE TO MOTION TO HOLD PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT IN ABEYANCE** was served
via U.S. mail and electronically on:

U.S. Mail
Jack Lawrence Earl, Jr.
302235
RED ROCK CORRECTIONAL CENTER/CCA
1750 E. Arica Road
Eloy, AZ 85231

Electronically
John K. Bodick
Timothy Bojanowski

s/ Richard L. Pomeroy