Jack L. Earl, Jr. / Pro Se
# 302235
Red Rock Correctional Center
1752 East Arica Road
Eloy, AZ                    85231



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK L. EARL, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 3:06-cv-00126-TMB |
| ) | |
| MIKE ADDINGTON, ) | MOTION FOR LEAVE TO PURSUE |
| CYNDI ADDINGTON, ) | INJUNCTIVE RELIEF AVAILABLE |
| MATTHEW ITKOWITZ, ) | |
| DEBBIE CARTER, Flight Nurse for ) | |
| U.S. Marshal-JPATS, ) | |
| JOHN DOE, United States Marshal, ) | |
| MICHAEL EVENSON, S.O.R.T. TEAM ) | |
| MEMBER-F.C.C., ) | |
| LEITONI TUPOU, ) | |
| ) | |
| Defendants. ) | |

Plaintiff, Jack L. Earl, Jr., appearing without the benefit of counsel, pro se, does hereby move this Court for leave to pursue all available injunctive relief(s) regarding Defendants' sued in their "official" capacities concerning claims asserted under Title II of the Americans with Disabilities Act and § 504 of the Rehabilitation Act. See Miranda B. v Kitzhaber, 328 F.3d 1181, 1187-88 (9th Cir. 2003)

This motion is supported by Court's April 1, 2008 "Minute Order From Chambers."

DATED this _____ day of May, 2008 at Red Rock Correctional Center in Eloy, Arizona.

By: _____
Jack L. Earl, Jr. / Plaintiff
Pro Se

Mr. Jack L. Earl, Jr. / AK# 302235
Red Rock Correctional Center
1752 East Arica Road
Eloy, AZ                    85231

UNITED STATES DISTRICT COURT
District of Alaska
222 West 7th Avenue, #4
Anchorage, AK        99513-7564


L E G A L                                           M A I L