Jack L. Earl, Jr. / Pro Se
# 302235
Red Rock Correctional Center
1752 East Arica Road
Eloy, AZ                          85231

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK L. EARL, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 3:06-cv-00126-TMB |
| | ) |
| MIKE ADDINGTON, | ) **PROPOSED ORDER** |
| CYNDI ADDINGTON, | ) |
| MATTHEW ITKOWITZ, | ) |
| DEBBIE CARTER, Flight Nurse for | ) |
| U.S. Marshal-JPATS, | ) |
| JOHN DOE, United States Marshal, | ) |
| MICHAEL EVENSON, S.O.R.T. TEAM | ) |
| MEMBER-F.C.C., | ) |
| LEITONI TUPOU, | ) |
| | ) |
| Defendants. | ) |
| | ) |

This Court having considered the Plaintiff's Motion for Leave to
Pursue Injunctive Relief Available, and any opposition thereto does
hereby GRANT the Plaintiff's motion with the following directives:_____

_____

_____.


IT IS SO ORDERED this_____day of_____, 2008 at United States
District Court for the District of Alaska, Anchorage.


                                    _____
                                    The Honorable Timothy M. Burgess
                                    United States District Court Judge