Jack L. Earl, Jr. / Pro Se
# 302235
Red Rock Correctional Center
1752 East Arica Road
Eloy, AZ                         85231



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK L. EARL, JR., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MIKE ADDINGTON, )<br>CYNDI ADDINGTON, )<br>MATTHEW ITKOWITZ, )<br>DEBBIE CARTER, Flight Nurse for )<br>U.S. Marshal-JPATS, )<br>JOHN DOE, United States Marshal, )<br>MICHAEL EVENSON, S.O.R.T. TEAM )<br>MEMBER-F.C.C., )<br>LEITONI TUPOU, )<br>)<br>Defendants. )<br>_____ ) | Case No. 3:06-cv-00126-TMB<br><br>MOTION FOR CASE STATUS REGARDING<br>REMAINING CLAIMS AND/OR FOR LEAVE<br>TO PURSUE EIGHTH AMENDMENT CLAIMS |

Plaintiff, Jack L. Earl, Jr., appearing without the benefit of counsel, pro se, does hereby move this Court for a case status regarding the remaining claims, and/or for leave to pursue the Eighth Amendment claims included in the civil complaint, as against all remaining Defendants.'

DATED this 20th day of May, 2008 at Red Rock Correctional Center in Eloy, Arizona.

By: _____
Jack L. Earl, Jr., / Plaintiff
Pro Se