Jack L. Earl, Jr. / Pro Se
# 302235
Red Rock Correctional Center
1752 East Arica Road
Eloy, AZ                85231

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK L. EARL, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 3:06-cv-00126-TMB |
| ) | |
| MIKE ADDINGTON, ) | PROPOSED ORDER |
| CYNDI ADDINGTON, ) | |
| MATTHEW ITKOWITZ, ) | |
| DEBBIE CARTER, Flight Nurse for ) | |
| U.S. Marshal-JPATS, ) | |
| JOHN DOE, United States Marshal, ) | |
| MICHAEL EVENSON, S.O.R.T. TEAM ) | |
| MEMBER-F.C.C., ) | |
| LEITONI TUPOU, ) | |
| ) | |
| Defendants. ) | |

This Court having considered the Plaintiff's Motion for Case Status Regarding Remaining Claims and/or For Leave to Pursue Eighth Amendment Claims, and any opposition thereto does hereby GRANT Plaintiff's motion as follows:_____

_____

_____.

IT IS SO ORDERED this____day of_____,2008 at United States District Court for the District of Alaska, Anchorage.

_____
The Honorable Timothy M. Burgess
United States District Court Judge