Jack L. Earl, Jr. / Pro Se
# 302235
Red Rock Correctional Center
1752 East Arica Road
Eloy, AZ                    85231


RECEIVED
MAY 27 2008
U.S. DISTRICT C...
...A.K.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK L. EARL, JR., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 3:06-cv-00126-TMB |
| MIKE ADDINGTON, CYNDI ADDINGTON, MATTHEW ITKOWITZ, DEBBIE CARTER, Flight Nurse for U.S. Marshal-JPATS, JOHN DOE, United States Marshal, MICHAEL EVENSON, S.O.R.T. TEAM MEMBER-F.C.C., LEITONI TUPOU, | ) **PROOF OF SERVICE** ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

I hereby certify that true and complete copies of the foregoing were served this _____ day of May, 2008 via U.S. Mail Service upon:

Mr. Richard Pomeroy
Asst. U.S. Attorney
222 W. 7th Avenue, #9
Anchorage, AK   99513-7567

Mr. Timothy Bojanowski
Attorney at Law
2901 N. central Ave., Suite 800
Phoenix, AZ              85012

Mr. John Bodick
Assistant Attorney General
State of Alaska
310 K Street, Suite 507
Anchorage, AK      99501

By: _____
Jack L. Earl, Jr. / Pro Se
Plaintiff