NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail:  richard.pomeroy@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK LAWRENCE EARL, JR., <br><br> Plaintiff, <br><br> v. <br><br> MIKE ADDINGTON, et. al., <br><br> Defendants. | Case No. 3:06-cv-00126-TMB <br><br> **OPPOSITION  TO MOTIONS AT DOCKET 138 and 139** |

  Plaintiff, at Docket 138, moves for leave to pursue injunctive relief against defendants in their official capacities.  Plaintiff cites Docket 131 for support.  Defendant Itkowitz objects.

  Leave of court is not necessary to pursue relief if it has been properly pled.  If it has not, then Plaintiff's motion may be read as a motion to amend his complaint, but that relief has already been granted twice in this case.  This rationale applies to Plaintiff's motion at Docket 138 and 139.

  Nonetheless, in as much as Plaintiff's motion may be construed to include Defendant Itkowitz, it is improper in so far as the Court, at Docket 125 and Docket 131, has made clear that injunctive relief is not available against federal defendants under Title II of the Americans with

Disabilities Act or § 504 of the Rehabilitation Act.

    Respectfully submitted this 2nd day of June, 2008, in Anchorage, Alaska.

                              NELSON P. COHEN
                              United States Attorney

                              s/Richard L. Pomeroy
                              Assistant U.S. Attorney
                              222 West 7th Ave., #9, Rm. 253
                              Anchorage, AK 99513-7567
                              Phone: (907) 271-5071
                              Fax: (907) 271-2344
                              E-mail: richard.pomeroy@usdoj.gov
                              Alaska Bar No. 8906031

**CERTIFICATE OF SERVICE**

I hereby certify that on June 2, 2008
a copy of the foregoing **OPPOSITION TO MOTION AT DOCKET 138 and 139**
was served via U.S. mail and electronically on:

U.S. Mail

Jack Lawrence Earl, Jr.
302235
RED ROCK CORRECTIONAL CENTER/CCA
1750 E. Arica Road
Eloy, AZ 85231

Electronically

John K. Bodick
Timothy Bojanowski

s/ Richard L. Pomeroy