Jack L. Earl, Jr. / Pro Se
# 302235
Red Rock Correctional Center
1752 East Arica Road
Eloy, AZ                    85231

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

RECEIVED
JUN 1 6 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

JACK L. EARL, JR.,                )
                                  )
            Plaintiff,            )
                                  )
vs.                               ) Case No. 3:06-cv-00126-TMB
                                  )
MIKE ADDINGTON, et al.,           ) PLAINTIFF'S OPPOSITION TO MOTION
                                  ) FOR SUMMARY JUDGMENT OF DEFENDANT
            Defendants.           ) MATTHEW ITKOWITZ
                                  )

    Plaintiff, Jack L. Earl, Jr., appearing without the benefit of counsel, pro se does hereby oppose Defendant Matthew Itkowitz's Motion for Summary Judgment as to whether he is liable under 42 U.S.C. § 1983 for his acts, during the December 13, 2003 Alaska prisoner transport flight from Anchorage, Alaska to Phoenix, Arizona which violated the Plaintiff's rights, and whether he was in fact a "state actor."

    Defendant Matthew Itkowitz's motion for summary judgment on this claim should be denied.

    This opposition is supported by the following memorandum and affidavit attached hereto.

    DATED this ____ day of June, 2008 at Red Rock Correctional Center in Eloy, Arizona.

By: _____
Jack L. Earl, Jr., Plaintiff
Pro Se

Mr. Jack L. Earl, Jr. / AK# 302235
Red Rock Correctional Center
1752 East Arica Road
Eloy, AZ                    85231

L E G A L

PHX PBDC AZ 850

UNITED STATES DISTRICT COURT
For The District Of Alaska
222 West 7th Avenue, #4
Anchorage, AK   99513-7564

M A I L