EXHIBIT A

Case 3:06-cv-00126-RRB    Document 142-2    Filed 06/16/2008    Page 2 of 2
Case 3:06-cv-0012█-█MB    Document 137-2    Filed 05/█/2008    Page 1 of 1
11/24/03  12:47 FAX 907 269 7█31    DOC RECORDS/TRANS    ☒002/002
NOV 24 2003 10:56 FR USMS JPATS    816 374 6040 TO 89072697431    P.02

**U.S. Department of Justice**
**United States Marshals Service**

## COOPERATIVE PRISONER TRANSPORTATION AGREEMENT

I. This agreement is entered into, pursuant to 31 U.S.C., Sec. 6505(b), between the United States Marshals Service and the Department of Corrections, State of Alaska.

II. The Department of Corrections, State of Alaska designates the U.S. Marshal or his assigned Deputies as its agent(s) for the purpose of transporting approximately eighty (80) prisoners and one (1) Alaska Department of Corrections officer from Phoenix, Arizona, to Anchorage, Alaska, and approximately one hundred twenty (120) prisoners from Anchorage, Alaska, to Phoenix, Arizona.

III. The Department of Corrections, State of Alaska, (hereinafter "DOC") agrees to defend and indemnify the United States Marshals Service and its employees (hereinafter "Marshals") from any claim or lawsuit made against the "Marshals" directly arising out of the "Marshals" participation in this agreement to transport "DOC" prisoners between Phoenix, Arizona, and Anchorage, Alaska, including any claims for medical or death expenses as may be required for any prisoner. This agreement to defend and indemnify does not, however, include claims or lawsuits for wilful, intentional, or reckless misconduct of "Marshals", arising during the transport, unless such claims or lawsuits are determined by the State to be frivolous or any claims or lawsuits resulting from the operation, maintenance, or servicing of the aircraft.

IV. The Department of Corrections, State of Alaska agrees to reimburse the U.S. Marshals Service $88,172.10 for transportation costs. The final bill will reflect the actual costs incurred. Reimbursement will be by check or money order made payable to the U.S. Marshals Service and mailed to Prisoner Transportation.

V. The Department of Corrections, State of Alaska will furnish pertinent data concerning security risks or other factors regarding the prisoner, including medical condition(s), suicidal, escape risk, etc. The Department of Corrections, State of Alaska will also furnish current Tuberculosis clearance paperwork - documented medical test results showing a negative PPD or chest x-ray, completed within the past 12 months.
( ) Check here if there are any security/medical data attached.

VI. The U.S. Marshals Service will transport and house the prisoner in accordance with Service policies and procedures for federal prisoners.

_Donald Stolworthy_ by Kenneth L. Pekarek
SIGNATURE

Deputy Commissioner
OFFICIAL (type or print)

Alaska Dept. of Corrections
STATE/COUNTY/CITY (agency name)

4500 Diplomacy Drive
MAILING ADDRESS

Anchorage, AK 99508
CITY/STATE/ZIP

907-269-7429
TELEPHONE (include area code)

11-24-03
DATE

SIGNATURE

JPATS Program Manager (type or print)

USMS/JPATS
DISTRICT

250 Richards Rd, Ste 250
MAILING ADDRESS

Kansas City, MO 64116
CITY/STATE/ZIP

816/374-6060
TELEPHONE (include area code)

November 24, 2003
DATE

Form USM-105
(Rev. 9/97)

Prior edition is obsolete and not to be used.

Exhibit A