EXHIBIT B

10/31/04

Eric Allen

I was asked to write a report on my transfer from Alaska to Arizona on October 1st, 2004. This is in regards to my specail medical condition known of as a colostomy bag.

　　While leaving the Anchorage jail provision was made for me through medical to empty bag before departure for Airport. Medical told me the flight nurse on the plane will have my colostomy supplies on hand should the need arise while on board.

　　Durring the flight provision was made to use bathroom three times. I did not need to empty bag durring this time However, the need did arise at the Mesa Airport while we were being moved from plane to C.C.A. Buses. Transport Officer Sede *(Pronounced See-dee)* was right in front of me so I talked to him about my need and he had me have a seat instead of exiting the plane. He then contacted the flight Nurse whos came to my side immediatly. He produced my suppleis and we discussed how we were going to change the bag. I was going to remove the attatched bag (snap ring type) and then reapply new bag. While I was attempting to do this it became obvious that I was not going to successfully manueve *Through* this proccess due to the restricting cuffs, so I alerted the Flight Nurse who *Then* assisted me so I could complete the bag exchange. Had it not been for the flight Nurse's help I could not of successfully made the bag exchange while hand-cuffed. This could of ended up being very messy as colostomy bags have a Tendency to spill and there is no control to stop the intestine from dishcharging feces.

In closing this statement, I would like to say that everyone I interacted with regarding this issue was helpful and understanding. I encountered no problems through this Ak. to Az. $ Transfer.

Sincerly: Eric L. Allen