EXHIBIT C

**federal agency.** A department or other instrumentality of the executive branch of the federal government, including a government corporation and the Government Printing Office. • The Administrative Procedure Act defines the term *agency* negatively as being any U.S. governmental authority that does not include Congress, the courts, the government of the District of Columbia, the government of any territory or possession, courts-martial, or military authority. 5 USCA § 551. The caselaw on this definition focuses on authority: generally, an entity is an agency if it has authority to take binding action. Other federal statutes define agency to include any executive department, government corporation, government-controlled corporation, or other establishment in the executive branch, or federal regulatory board. [Cases: Administrative Law and Procedure ⚖101; United States ⚖30. C.J.S. *Public Administrative Law and Procedure* § 8; *United States* § 49.]

**independent agency.** A federal agency, commission, or board that is not under the direction of the executive, such as the Federal Trade Commission or the National Labor Relations Board. — Also termed *independent regulatory agency; independent regulatory commission*. [Cases: United States ⚖29. C.J.S. *United States* §§ 52, 57.]

**local agency.** A political subdivision of a state. • Local agencies include counties, cities, school districts, etc.

**quasi-governmental agency.** A government-sponsored enterprise or corporation (sometimes called a *government-controlled corporation*), such as the Federal National Mortgage Corporation. [Cases: United States ⚖53. C.J.S. *United States* §§ 83, 88–95.]

**state agency.** An executive or regulatory body of a state. • State agencies include state offices, departments, divisions, bureaus, boards, and commissions. — Also termed *state body*.

**agency adjudication.** See ADMINISTRATIVE PROCEEDING.

**agency adoption.** See ADOPTION.

**Agency for Healthcare Research and Quality.** An agency in the U.S. Department of Health and Human Services responsible for conducting research into improving the quality of healthcare, reducing its cost, and broadening access to essential healthcare services.

**Agency for International Development.** See UNITED STATES AGENCY FOR INTERNATIONAL DEVELOPMENT.

**Agency for Toxic Substances and Disease Registry.** An agency in the U.S. Department of Health and Human Services responsible for evaluating the impact on public health of the release of hazardous substances into the environment, for maintaining a registry of contaminated waste sites, and for conducting research on the effects of hazardous substances on human health. — Abbr. ATSDR.

**agency jurisdiction.** See JURISDICTION.

**agency records.** Under the Freedom of Information Act, documents that are created or obtained by a government agency, and that are in the agency's control at the time the information request is made. 5 USCA § 552; *United States Dep't of Justice v. Tax Analysts*, 492 U.S. 136, 109 S.Ct. 2841 (1989). [Cases: Records ⚖54. C.J.S. *Records* §§ 99–100, 103–104.]

**agency regulation.** See REGULATION (3).

**agency security.** See *government security* under SECURITY.

**agency shop.** See SHOP.

**agency-shop membership.** See FINANCIAL-CORE MEMBERSHIP.

**agenda.** A list of things to be done, as items to be considered at a meeting, usu. arranged in order of consideration. — Also termed *calendar; calendar of business; order of business*. Cf. PROGRAM (1).

*action agenda.* See *action calendar* under CALENDAR (4).

*consent agenda.* See *consent calendar* under CALENDAR (4).

*debate agenda.* See *debate calendar* under CALENDAR (4).

*final agenda.* An agenda that a deliberative assembly has adopted, or that has been adopted for a deliberative assembly by an officer or board charged with setting such an agenda.

*proposed agenda.* An agenda offered, usu. with the notice calling the meeting that the agenda covers, for a deliberative assembly's consideration. — Also termed *tentative agenda*.

*report agenda.* See *report calendar* under CALENDAR (4).

*special-order agenda.* See *special-order calendar* under CALENDAR (4).

*tentative agenda.* See *proposed agenda*.

*unanimous-consent agenda.* See *consent calendar* under CALENDAR (4).

**agens** (ay-jenz). [Latin] **1.** One who acts or does an act; an agent. Cf. PATIENS. **2.** A plaintiff.

**agent. 1.** Something that produces an effect <an intervening agent>. See CAUSE (1); ELECTRONIC AGENT. **2.** One who is authorized to act for or in place of another; a representative <a professional athlete's agent>. — Also termed *commissionaire*. Cf. PRINCIPAL (1); EMPLOYEE. [Cases: Principal and Agent ⚖1, 3. C.J.S. *Agency* §§ 2, 4–9, 11–16, 18, 23, 25–27, 33, 38–40, 58.]

> "Generally speaking, anyone can be an agent who is *in fact* capable of performing the functions involved. The agent normally binds not himself but his principal by the contracts he makes; it is therefore not essential that he be legally capable to contract (although his duties and liabilities to his principal might be affected by his status). Thus an infant or a lunatic may be an agent, though doubtless the court would disregard either's attempt to act as if he were so young or so hopelessly devoid of reason as to be completely incapable of grasping the function he was attempting to perform." Floyd R. Mechem, *Outlines of the Law of Agency* 8–9 (Philip Mechem ed., 4th ed. 1952).

> "The etymology of the word agent or agency tells us much. The words are derived from the Latin verb, *ago*, *agere*; the noun *agens*, *agentis*. The word agent denotes one who acts, a doer, force or power that accomplishes things." Harold Gill Reuschlein & William A. Gregory, *The Law of Agency and Partnership* § 1, at 2–3 (2d ed. 1990).