Jack L. Earl, Jr. / Pro Se
# 302235
Red Rock Correctional Center
1752 East Arica Road
Eloy, AZ           85231



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK L. EARL, JR., | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 3:06-cv-00126-TMB |
| MIKE ADDINGTON, et al., | ) AFFIDAVIT OF JACK L. EARL, JR. |
| | ) PLAINTIFF IN THIS ACTION AND IN |
| Defendants. | ) SUPPORT OF OPPOSITION TO SUMMARY |
| | ) JUDGMENT MOTION OF "ITKOWITZ" |

I Jack L. Earl, Jr., Plaintiff and Affiant, first having been duly sworn upon oath does hereby depose and state the following:

1. That had I been allowed to exercise my constitutional rights to meaningful access to the restroom, with the specially packaged supplies to do appropriate self-care, that none of the subsequent injuries would have resulted.

2. That had the USMS exercised proper discretion and allowed one of my hands loose to do self-care then the accident more than likely would not have happened in the restroom.

3. That at no time did I purposely cause the accidental spilling of the pouch contents on the restroom floor, and toilet seat, and most certainly did not smear, fling, or otherwise disburse fecal matter in any manner described in fraudulent official documents procured by "Itkowitz" and State DOC and co-defendant Sgt. Cynthia Addington.

4. That as a result of "Itkowitz's" unprofessionism I will seek a different mode of transport if eventually returned to Alaska.

5. That because of "Itkowitz" I was further assaulted by co-defendant and FCC SORT team member Everson, and endured additional other deprivations and injuries as a result.

6. That my injures are both physical (which have not lingered long after release from FCC Segregation) and emotional (which continue to effect me to this day) and are tangible.

7. That I pray relief.

SUBSCRIBED AND SWORN to before me this 9th day of June, 2008 at Red Rock Correctional Center in Eloy, Arizona.

BY: _____
Jack L. Earl Jr. / Affiant

_____
NOTARY PUBLIC in and for the State of Arizona

MY COMMISSION expires: 10.23.2010



"OFFICIAL SEAL"
Anna A. Canuas
Notary Public-Arizona
Pinal County
My Commission Expires 10/23/2010

-2-