Jack L. Earl, Jr. / Pro Se
#302235
Red Rock Correctional Center
1752 East Arica Road
Eloy, AZ                    85231

RECEIVED

JUN 16 2008

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

JACK L. EARL, JR.,                )
                                  )
            Plaintiff,            )
                                  )
VS.                               ) Case No. 3:06-CV-00126-TMB
                                  ) PROOF OF SERVICE
MIKE ADDINGTON, et al.,           )
                                  )
            Defendants.           )
                                  )
_____)

I certify that true and complete copies of the foregoing was served this 9th day of June, 2008 via United States Mail Service upon:

Mr. John Bodick
Assist. Attorney General
State of Alaska
310 K Street
Anchorage, Alaska   99501

Mr. Timoty Bojanowski
Attorney at Law
2901 N. Central Avenue,
Suite 800
Phoenix, Arizona   85012

Mr. Richard Pomeroy
Assist. U.S. Attorney
222 W. 7th Avenue, #9
Anchorage, Alaska
99513-7567

By: _____
Jack L. Earl, Jr., Plaintiff/Pro Se