**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

JACK EARL, JR.   v.   MIKE ADDINGTON, et al.

THE HONORABLE TIMOTHY M. BURGESS

DEPUTY CLERK                                                CASE NO.  3:06-cv-00126-TMB

Pam Richter

PROCEEDINGS: **Minute Order From Chambers**                 DATE: July 8, 2008

The defendants' citations in the documents they have filed in this case are not consistently in accordance with this Court's rules.[1] This Court's Local Civil Rule 10.1(i) provides: "A reference to a specific part of another pleading, motion, or paper must include the document number and page assigned by the CM/ECF System."

If a party wants this Court to consider its citations to the record, it must cite to this Court's record, such as, "Docket No. at ," in the CM/ECF System.

Any documents filed without compliance will be STRICKEN.

IT IS SO ORDERED.

---

[1] *See, e.g.*, Itkowitz Reply, Docket No. 146 at 5 n. 123 ("Plaintiff's Opp. p. 3); Evenson Motion, Docket No. 120 at 3 n. 1 ("Richey Aff. At ¶ 23.").

[306-cv-126 Order re citations.wpd]{IA.WPD*Rev.12/96}